**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter  __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Alternative Solar, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **dba The Alternative Solar Home Solutions; aka alternativesolar, LLC** |
| 3. | Debtor's federal Employer Identification Number (EIN) | _8_ _2_ – _3_ _1_ _0_ _2_ _4_ _1_ _4_ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5415 Lost Lane** | **1426 Hummingbird** |
| Number     Street | Number     Street |
| | P.O. Box |
| **San Antonio**     TX     78238 | **San Antonio**     TX     78245 |
| City     State     ZIP Code | City     State     ZIP Code |
| **Bexar** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | City     State     ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.wearethealternative.org** |
| 6. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  **Alternative Solar, LLC**                                                Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__2__  __2__  __1__  __1__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **Alternative Solar, LLC** _____  Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in _this district_?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Alternative Solar, LLC**                                    Case number (if known)

---

**12.  Does the debtor own or
have possession of any
real property or personal
property that needs
immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if
needed.

**Why does the property need immediate attention?**          *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or
safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without
attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-
related assets or other options).

☐ Other _____

**Where is the property?**          _____
                                     Number        Street

                                     _____

                                     _____  _____  _____
                                     City                              State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency  _____

          Contact name     _____

          Phone            _____

---

█ **Statistical and adminstrative information**

**13.  Debtor's estimation of
available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured
creditors.

**14.  Estimated number of
creditors**

☐ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
☐ 50-99                   ☐ 5,001-10,000           ☐ 50,001-100,000
☐ 100-199                 ☐ 10,001-25,000          ☐ More than 100,000
☑ 200-999

**15.  Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0-$50,000              ☑ $1,000,001-$10 million        ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million     ☐ More than $50 billion

---

Debtor  **Alternative Solar, LLC**                                    Case number (if known)

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/20/2023**
MM / DD / YYYY

X  **/s/ Eric Allen**
Signature of authorized representative of debtor

**Eric Allen**
Printed name

**CEO**
Title

**18.  Signature of attorney**

X  **/s/ Joyce W. Lindauer**          Date  **01/20/2023**
Signature of attorney for debtor                  MM / DD / YYYY

**Joyce W. Lindauer**
Printed name

**Joyce Lindauer**
Firm name

**Joyce W. Lindauer Attorney, PLLC**
Number          Street

**1412 Main Street, Suite 500**

**Dallas**                              **TX**        **75202**
City                                   State      ZIP Code

**(972) 503-4033**                     joyce@joycelindauer.com
Contact phone                          Email address

**21555700**                           **TX**
Bar number                             State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Alternative Solar, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

  ☐ No.  Go to Part 2.
  ☑ Yes.  Fill in the information below.

  **All cash or cash equivalents owned or controlled by the debtor**

  Current value of debtor's interest

2.  **Cash on hand**

  _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value |
|---|---|---|---|
| 3.1. **Checking account - Chase Bank** | **Checking account** | 0  5  0  7 | ($6,125.64) |
| 3.2. **Checking account - Frost Bank** | **Checking account** | 1  2  5  0 | $459.90 |

4.  **Other cash equivalents**    *(Identify all)*

  Name of institution (bank or brokerage firm)

| | |
|---|---|
| 4.1. **Sqaure App** | $51,742.85 |
| 4.2. **CPS Rebates** | $97,500.00 |

5.  **Total of Part 1**
  Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

  | $143,577.11 |

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

  ☑ No.  Go to Part 3.
  ☐ Yes.  Fill in the information below.

Debtor  **Alternative Solar, LLC**                        Case number (if known) _____
_____
Name

**Current value of
debtor's interest**

**7.  Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8.  Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.  Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| | $0.00 |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of
debtor's interest**

**11.  Accounts receivable**

11a.  90 days old or less:  __**$135,917.00**__  –  __**$15,000.00**__  =  ............. →  __$120,917.00__
                    face amount         doubtful or uncollectible accounts

11b.  Over 90 days old:  __**$90,000.00**__  –  __**$90,000.00**__  =  ............. →  __$0.00__
                    face amount         doubtful or uncollectible accounts

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $120,917.00 |

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

**Valuation method
used for current value** | **Current value of
debtor's interest**

**14.  Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15.  Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

**16.  Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

**17.  Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor   **Alternative Solar, LLC**                                          Case number (if known) _____
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **Wire and electrical scraps** | _____ | _____ | _____ | $1,200.00 |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |
| **Electrical components, ladders, small tools** | _____ | _____ | _____ | $300.00 |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$1,500.00

**24.  Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

Debtor    __Alternative Solar, LLC__                  Case number (if known) _____
          Name

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.

☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office chairs, desks, etc. | | | **$2,500.00** |
| **40. Office fixtures** | | | |
| Office fixtures | | | **$800.00** |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, printers, software, phones | | | **$1,000.00** |
| **42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

               **$4,300.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2020 Chevrolet Silverado** **VIN ending in 1286** | | | **$35,325.00** |
| 47.2. **2020 Chevrolet Silverado** **VIN ending in 5564** | | | **$41,850.00** |

Debtor  **Alternative Solar, LLC**                                    Case number (if known) _____
_____
Name

| | | | |
|---|---|---|---|
| 47.3. | **2020 Chevrolet Silverado**<br>**VIN ending in 4281** | | **$35,325.00** |
| 47.4. | **2020 Chevrolet Silverado**<br>**VIN ending in 1546** | | **$35,325.00** |
| 47.5. | **2020 Chevrolet Silverado**<br>**VIN ending in 1770** | | **$35,325.00** |
| 47.6. | **2015 Mitsubishi Mirage**<br>**VIN ending in 9312** | | **$4,350.00** |
| 47.7. | **2020 Ford F250 Super Duty**<br>**VIN ending in 6264** | | **$35,150.00** |
| 47.8. | **2021 Ford Expedition**<br>**VIN ending in 0540** | | **$41,900.00** |
| 47.9. | **2021 Tesla Model 3**<br>**VIN ending in 6391** | | **$34,675.00** |
| 47.10. | **2022 Ford F250**<br>**VIN ending in 0596** | | **$47,510.00** |
| 47.11. | **2022 Ford F250**<br>**VIN ending in 0595** | | **$47,510.00** |
| 47.12. | **2022 Ford F250**<br>**VIN ending in 3726** | | **$44,325.00** |
| 47.13. | **2022 Ford F250 Super Duty**<br>**VIN ending in 3198** | | **$57,245.00** |
| 47.14. | **2020 Ford F350**<br>**VIN ending in 1731** | | **$54,225.00** |
| 47.15. | **2020 Ford F250**<br>**VIN ending in 9106** | | **$42,550.00** |
| 47.16. | **2022 Ford F250**<br>**VIN ending in 3276** | | **$47,150.00** |
| 47.17. | **2021 Chevrolet Silverado K2500**<br>**VIN ending in 3682** | | **$41,625.00** |
| 47.18. | **2020 BMW X6 M501**<br>**VIN ending in 6975** | | **$84,000.00** |
| 47.19. | **2019 Ford Transit**<br>**VIN ending in 0198** | | **$0.00** |

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)

**Forklift**                                                                    **$5,000.00**

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                  **$770,365.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

Debtor  **Alternative Solar, LLC**                                              Case number (if known) _____
_____
Name

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:   Real property**

**54.  Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes.  Fill in the information below.

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **5415 Lost Lane, San Antonio, TX 78238**<br>**5415 Lost Lane, San Antonio, TX 78238** | **Commercial Prop.** | | | **$1,300,000.00** |
| 55.2. **6700 Guada Coma, Schertz, TX 78154**<br>**6700 Guada Coma, Schertz, TX 78154**<br>**Commerical lease located at 6700 Guada Coma, Schertz, TX 78154** | **Rental Property** | | | **$0.00** |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

**$1,300,000.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:  Intangibles and Intellectual Property**

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** | | | |
| **wearethealternative.com** | | | **$0.00** |

Debtor    **Alternative Solar, LLC**                    Case number (if known) _____
          Name

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

66.  **Total of Part 10.**
     Add lines 60 through 65.  Copy the total to line 89.                              $0.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
     ☒ No
     ☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ☒ No
     ☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 11:  All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ☒ Yes.  Fill in the information below.

                                                                          Current value of
                                                                          debtor's interest

71.  **Notes receivable**

     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

     **Debtor anticipates a refund of approximately $1,040,000.00 in ERC credit
     for the 2022 tax year.**                              Tax year   **2022**      **$1,040,000.00**

73.  **Interests in insurance policies or annuities**

     **Pending insurance claim regarding 2021 Tesla Model 3 - vehicle involved in a car accident on
     November 1, 2022. Kempner Insurance has taken possession of the vehicle and gap insurance
     will be satisfying the note directly to lienholder. Debtor does not anticipate any funds directly,
     but an insurance claim remains pending.**                                      $0.00

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **A contract was executed to sell the business on December 6, 2022 to Modern Pro Solutions
     and Harrison Vickers and Waterman, Inc. (the "Buyers"). The Buyers did not follow through
     with the contract. No lawsuit has been filed yet regarding the breach of contract claim.**        Unknown

     Nature of claim          **Breach of Contract Claim**

     Amount requested         _____

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____
           Name

**75.  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                    | **$1,040,000.00** |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.  Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$143,577.11** | |
| **81.  Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| **82.  Accounts receivable.** *Copy line 12, Part 3.* | **$120,917.00** | |
| **83.  Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84.  Inventory.** *Copy line 23, Part 5.* | **$1,500.00** | |
| **85.  Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86.  Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$4,300.00** | |
| **87.  Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$770,365.00** | |
| **88.  Real property.** *Copy line 56, Part 9* ........................................➜ | | **$1,300,000.00** |
| **89.  Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90.  All other assets.** *Copy line 78, Part 11.* | **+ $1,040,000.00** | |
| **91.  Total.** Add lines 80 through 90 for each column. 91a. | **$2,080,659.11** | + 91b. **$1,300,000.00** |

**92.  Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .......................................................................  | **$3,380,659.11** |

**Fill in this information to identify the case:**

Debtor name    **Alternative Solar, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

**Creditor's name**
**Ally Automotive Financing**

**Creditor's mailing address**
**P. O. Box 380901**
_____

**Bloomington**    **MN**  **55438**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**2020 Chevrolet Silverado VIN ending in 4281**

**Describe the lien**

**Automobile Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$41,433.27      $35,325.00

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$4,206,770.09

Debtor  **Alternative Solar, LLC** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.2** | Creditor's name
**Ally Automotive Financing**

**Describe debtor's property that is
subject to a lien**
$52,440.35 | $41,850.00

**Creditor's mailing address
P. O. Box 380901**

**2020 Chevrolet Silverado VIN ending in 5564**

**Describe the lien**

**Automobile Loan**

**Bloomington        MN   55438**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account
number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

**2.3** | Creditor's name
**Ally Automotive Financing**

**Describe debtor's property that is
subject to a lien**
$53,302.34 | $47,510.00

**Creditor's mailing address
P. O. Box 380901**

**2022 Ford F250 VIN ending in 0595**

**Describe the lien**

**Automobile Loan**

**Bloomington        MN   55438**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**  _____

**Last 4 digits of account
number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes.  Have you already specified the
relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is
specified on lines  _____

Debtor __**Alternative Solar, LLC**_____  Case number (if known) _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|

### Part 1:  Additional Page

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

**2.4**

| | |
|---|---|
| Creditor's name<br>**Ally Automotive Financing** | **Describe debtor's property that is subject to a lien** |
| | **2022 Ford F250 VIN ending in 3726** |
| Creditor's mailing address<br>**P. O. Box 380901** | **Describe the lien** |
| | **Automobile Loan** |
| | **Is the creditor an insider or related party?** |
| **Bloomington          MN   55438** | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| Date debt was incurred _____ | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) |

Column A: **$55,406.09**   Column B: **$44,325.00**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.5**

| | |
|---|---|
| Creditor's name<br>**Ally Automotive Financing** | **Describe debtor's property that is subject to a lien** |
| | **2022 Ford F250 VIN ending in 0596** |
| Creditor's mailing address<br>**P. O. Box 380901** | **Describe the lien** |
| | **Automobile Loan** |
| | **Is the creditor an insider or related party?** |
| **Bloomington          MN   55438** | ☑ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| Date debt was incurred _____ | ☑ No |
| Last 4 digits of account number ___ ___ ___ ___ | ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) |

Column A: **$53,070.00**   Column B: **$47,510.00**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor __Alternative Solar, LLC__     Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.6**    **Creditor's name**
**Backd Finance**

**Creditor's mailing address**
**2101 S IH-35 Frontage Road**

**Suite 400**

_____

**Austin**       **TX**    **78741**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**    ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☑ No
☐ Yes.  Have you already specified the
     relative priority?

     ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**Chattel**

**Describe the lien**

**Business Debt**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

      **$923,181.96**        **$0.00**

---

**2.7**    **Creditor's name**
**BMW Financial Services**

**Creditor's mailing address**
**PO Box 83290**

_____

**Chicago**       **IL**    **60691**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account**
**number**    ___ ___ ___ ___

**Do multiple creditors have an interest in**
**the same property?**

☑ No
☐ Yes.  Have you already specified the
     relative priority?

     ☐ No.  Specify each creditor, including this
        creditor, and its relative priority.

     ☐ Yes.  The relative priority of creditors is
        specified on lines _____

**Describe debtor's property that is**
**subject to a lien**

**2020 BMW X6 M501 VIN ending in 6975**

**Describe the lien**

**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

      **$80,254.61**        **$84,000.00**

Debtor __Alternative Solar, LLC_____ Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the | **that supports** |
| | | value of collateral. | **this claim** |

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

| **2.8** | Creditor's name | Describe debtor's property that is | | |
|---|---|---|---|---|
| | **C T Corporation System** | **subject to a lien** | **$76,334.26** | **$1,315,294.11** |

| Creditor's mailing address | **UCC Lien - Personal property, chattel, monies, etc** |
|---|---|
| **330 N Brand Blvd** | **Describe the lien** |
| **Suite 700** | **Business Debt** |
| **Attn: SPRS** | **Is the creditor an insider or related party?** |
| **Glendale       CA   91203** | ☑ No |
| Creditor's email address, if known | ☐ Yes |

Date debt was incurred _____

**Is anyone else liable on this claim?**

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account
number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

Do multiple creditors have an interest in
the same property?

☐ Contingent

☐ No

☐ Unliquidated

☑ Yes.  Have you already specified the
relative priority?

☐ Disputed

☑ No.  Specify each creditor, including this
creditor, and its relative priority.

For Checking account - Chase Bank: 1) C T Corporation System; 2) Small Business Administration; 3) Idea 247, Inc.; 4) Wesco Distribution, Inc.  For Checking account - Frost Bank: 1) C T Corporation System; 2) Small Business Administration; 3) Idea 247, Inc.; 4) Wesco Distribution, Inc.  For Sqaure App: 1) C T Corporation System; 2) Small Business Administration; 3) Idea 247, Inc.; 4) Wesco Distribution, Inc.  For CPS Rebates: 1) Small Business Administration; 2) C T Corporation System; 3) Idea 247, Inc.; 4) Wesco Distribution, Inc.  For AR - 90 days or less: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.  For AR - 90 days or more: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.  For Wire and electrical scraps: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.  For Electrical components, ladders, small tools: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.  For Office chairs, desks, etc.: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.  For Office fixtures: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.  For Computers, printers, software, phones: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.  For Forklift: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.  For Debtor anticipates a refund of approximately $1,040,000.00 i: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.  For A contract was executed to sell the business on December 6, 2022 to Modern Pro Solutions and Harrison Vickers and Waterman, Inc. (the "Buyers"). The Buyers did not follow through with the contract. No lawsuit has been filed yet regarding the breach o: 1) C T Corporation System; 2) Idea 247, Inc.; 3) Small Business Administration; 4) Wesco Distribution, Inc.

☐ Yes.  The relative priority of creditors is
specified on lines _____

Debtor  **Alternative Solar, LLC** _____  Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**2.9**  Creditor's name
**Ford Credit**

Creditor's mailing address
**P O Box 650575**

**Dallas                    TX    75265**

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account
number                     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
        relative priority?

  ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
          specified on lines _____

**Describe debtor's property that is
subject to a lien**                            $36,508.02          $35,150.00
**2020 Ford F250 Super Duty VIN ending in 6264**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.10**  Creditor's name
**Ford Credit**

Creditor's mailing address
**P O Box 650575**

**Dallas                    TX    75265**

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account
number                     ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?
☑ No
☐ Yes.  Have you already specified the
        relative priority?

  ☐ No.  Specify each creditor, including this
          creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
          specified on lines _____

**Describe debtor's property that is
subject to a lien**                            $62,180.29          $41,900.00
**2021 Ford Expedition VIN ending in 0540**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Official Form 206D          **Additional Page of Schedule D: Creditors Who Have Claims Secured by Property**          page 6

Debtor __**Alternative Solar, LLC**_____  Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.11** Creditor's name
**Gelt Financial**

Creditor's mailing address
**6401 Congress Ave, Suite 215**

_____

**Boca Raton          FL    33487**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number                    **1   0   7   0**

Do multiple creditors have an interest in
the same property?

☐ No
☒ Yes.  Have you already specified the
      relative priority?

   ☒ No.  Specify each creditor, including this
       creditor, and its relative priority.

**1) Small Business Administration; 2) Gelt Financial.**

   ☐ Yes.  The relative priority of creditors is
       specified on lines  _____

Describe debtor's property that is
subject to a lien                                  **$409,013.00**     **$1,300,000.00**

**5415 Lost Lane, San Antonio, TX 78238**

Describe the lien

**Mortgage**
_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** Creditor's name
**GM Financial**

Creditor's mailing address
**PO Box 1630**

_____

**Fort Worth          TX    76101**

Creditor's email address, if known

_____

Date debt was incurred  _____

Last 4 digits of account
number                    ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☒ No
☐ Yes.  Have you already specified the
      relative priority?

   ☐ No.  Specify each creditor, including this
       creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is
       specified on lines  _____

Describe debtor's property that is
subject to a lien                                  **$41,454.65**      **$35,325.00**

**2020 Chevrolet Silverado VIN ending in 1286**

Describe the lien

**Automobile Loan**
_____

Is the creditor an insider or related party?

☒ No
☐ Yes

Is anyone else liable on this claim?

☒ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor __Alternative Solar, LLC_____  Case number (if known) _____

| Part 1: | Additional Page | | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral<br>that supports<br>this claim** |
|---|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

---

**2.13**

**Creditor's name**
**GM Financial**

**Describe debtor's property that is subject to a lien**
**2020 Chevrolet Silverado VIN ending in 1770**

$30,722.33    $35,325.00

**Creditor's mailing address**
**PO Box 1630**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

__Fort Worth_____ **TX**  __76101__

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

**2.14**

**Creditor's name**
**GM Financial**

**Describe debtor's property that is subject to a lien**
**2020 Chevrolet Silverado VIN ending in 1546**

$41,468.92    $35,325.00

**Creditor's mailing address**
**PO Box 1630**

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

__Fort Worth_____ **TX**  __76101__

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred** _____

**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

---

Debtor    **Alternative Solar, LLC** _____     Case number (if known) _____

| **Part 1:** | **Additional Page** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

### 2.15

**Creditor's name**
**Idea 247, Inc.**

**Creditor's mailing address**
**200 SE 1st Street**

**Suite 703**

_____

**Miami**      **FL**    **33131**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

     ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     ☑ Yes.  The relative priority of creditors is specified on lines  **2.8**

**Describe debtor's property that is subject to a lien**

**UCC Lien - Personal property, chattel, monies, etc**

**Describe the lien**

**Business Debt**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$250,000.00**     Column B: **$1,315,294.11**

### 2.16

**Creditor's name**
**Small Business Administration**

**Creditor's mailing address**
**10737 Gateway West #300**

_____

**El Paso**      **TX**    **79935**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes.  Have you already specified the relative priority?

     ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     ☑ Yes.  The relative priority of creditors is specified on lines  **2.8, 2.11**

**Describe debtor's property that is subject to a lien**

**UCC Lien - Personal property, chattel, monies, etc**

**Describe the lien**

**Business Debt**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$2,000,000.00**     Column B: **$2,615,294.11**

| Debtor | **Alternative Solar, LLC** | Case number (if known) _____ |
| --- | --- | --- |

## Part 1: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.17**

| | | |
| --- | --- | --- |
| **Creditor's name**<br>Tesla | **Describe debtor's property that is subject to a lien**<br>2021 Tesla Model 3 VIN ending in 6391 | **Unknown**      **$34,675.00** |

**Creditor's mailing address**
1 Tesla Road

**Describe the lien**
Automobile Loan

Austin      TX    78725

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes.  The relative priority of creditors is specified on lines _____

**2.18**

| | | |
| --- | --- | --- |
| **Creditor's name**<br>Wesco Distribution, Inc | **Describe debtor's property that is subject to a lien**<br>UCC Lien - Personal property, chattel, monies, etc | **$0.00**      **$1,315,294.11** |

**Creditor's mailing address**
306 E Nakoma St

**Describe the lien**
Business Debt

San Antonio      TX    78216

**Is the creditor an insider or related party?**

**Creditor's email address, if known**

☑ No
☐ Yes

**Date debt was incurred** _____

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No
☑ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☑ Yes.  The relative priority of creditors is specified on lines **2.8**

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Austin Business Finance, LLC** | Line  **2.6** | ___ ___ ___ ___ |
| **Attn: Chris Mundt, Esq.** | | |
| **2101 S IH 35 Frontage Road** | | |
| **Fourth Floor** | | |
| **Austin**              **TX**    **78741** | | |
| **CSC** | Line  **2.15** | ___ ___ ___ ___ |
| **251 Little Falls Drive** | | |
| | | |
| | | |
| **Wilmington**        **DE**    **19808** | | |

| **Fill in this information to identify the case:** |
| --- |

Debtor      **Alternative Solar, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ☑ No.  Go to Part 2.
  ☐ Yes.  Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | **Total claim** | **Priority amount** |
| --- | --- | --- | --- | --- |

**2.1**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No
☐ Yes

**Last 4 digits of account number**   ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____)

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

**6700 GCD LLC**

**4137 BREAN DOWN**

**PFLUGERVILLE**        **TX**    **78660**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,400.00**

---

**3.2** **Nonpriority creditor's name and mailing address**

**American Express**

**P O Box 360001**

**Fort Lauderdale**        **FL**    **33336**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$711,000.00**

---

**3.3** **Nonpriority creditor's name and mailing address**

**CED - Greentech**

**PO Box 207115**

**Dallas**        **TX**    **75320**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$243,844.38**

---

**3.4** **Nonpriority creditor's name and mailing address**

**Chase**

**P.O. Box 78036**

**Phoenix**        **AZ**    **85062-8036**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$100,000.00**

---

Debtor __Alternative Solar, LLC__      Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                              Amount of claim

**3.5**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* — **$1,740,000.00**

__Cobalt Funding__

__99 Wall Street__

__Suite 3618__

☐ Contingent
☐ Unliquidated
☐ Disputed

__New York__     **NY**   10005

**Basis for the claim:**
__Business Debt__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.6**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* — **$940.64**

__DH Pace Company__

__1901 E 119th Street__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Olathe__     **KS**   66061

**Basis for the claim:**
__Business Debt__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.7**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* — **$25,568.00**

__Dustin Mclain and Team__

__4306 Ramona Cir__

__Apt A__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Harlingen__     **TX**   78550

**Basis for the claim:**
__Business Debt__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.8**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* — **$300,000.00**

__Goodleap__

__8781 Sierra College Blvd.__

☐ Contingent
☐ Unliquidated
☐ Disputed

__Roseville__     **CA**   95661

**Basis for the claim:**
__Business Debt__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number __ __ __ __

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,800.00 |
|---|---|---|---|

**I E C I, LLC**

**1940 Colorado Avenue**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Kenner** | **LA** | **70062** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,614.00 |
|---|---|---|---|

**JEC Electric**

**8925 TX-111**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Ganado** | **TX** | **77962** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,870.08 |
|---|---|---|---|

**Joseph Sylve**

**827 Homedale Street**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **New Orleans** | **LA** | **70124** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $284,509.71 |
|---|---|---|---|

**Minski**

**1346 N Zaragoza St**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **El Paso** | **TX** | **79936** |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,215.79** |
|---|---|---|---|

**Revolution**

**522 N 1120 E**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Orem | UT | 84097 |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,786.55** |
|---|---|---|---|

**Solar Integrated Roofing Corporation**

**3101 N Central Ave, Suite 760**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Phoenix | AZ | 85012 |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,482.90** |
|---|---|---|---|

**Spartan Renovations, LLC**

**420 Metairie Hammond HWY**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Metairie | LA | 70005 |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$123,188.36** |
|---|---|---|---|

**Sun Source**

**10000 Ranch Hand Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Las Vegas | NV | 89117 |
|---|---|---|

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.17 | Nonpriority creditor's name and mailing address | | **$20,000.00** |
|---|---|---|---|

**Valero**

**1 Valero Way**

| San Antonio | TX | 78249 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | | **$391.78** |
|---|---|---|---|

**Verizon**

**PO Box 3397**

| Bloomington | IL | 61702 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | | **$43,276.58** |
|---|---|---|---|

**Vivint, Inc.**

**4931 and 4907 N 300 W**

| Provo | UT | 84604 |
|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Alternative Solar, LLC**                                     Case number (if known) _____

## Part 3:    List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  **Aaron Huntley**
**210 WILLIAMSBURG PL**

**SAN ANTONIO      TX      78201**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.2**  **Abel Munoz Jr**
**2436 Viola Ave**

**Corpus Christi      TX      78415**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.3**  **Abimelec Valcarcel**
**9611 Murandy Drive**

**Killeen      TX      76542**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.4**  **Adam Martinez**
**335 Haverford Drive**

**San Antonio      TX      78217**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.5**  **Adolph Koenig**
**235 Edge Avenue**

**San Antonio      TX      78223**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.6**  **Adriana Silva**
**2908 Fuerte Ave**

**McAllen      TX      78504**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor   **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Agustine Rico**<br>**2337 March Lane**<br><br>**Grand Prairie      TX     75050** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.8 | **Ainsworth Gorkin PLLC**<br>**PO Box 605**<br><br>**New York          NY     10038** | Line    **3.5**<br>☐ Not listed.  Explain: | __ __ __ __ |
| 4.9 | **Alana Cassell**<br>**7113 Runnymede Dr**<br><br>**Marrero            LA     70072** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.10 | **Albert & Priscilla Casares**<br>**401 Mary Street**<br><br>**San Antonio      TX     78214** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.11 | **Alberta Ramos**<br>**2527 E 17th St**<br><br>**Brownsville       TX     78521** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.12 | **Alberto Ramírez**<br>**3344 Resaca Vista Drive**<br><br>**Brownsville       TX     78526** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.13 | **Albiu Garcia**<br>**2713 Tyler Ave**<br><br>**McAllen            TX     78503** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.14 | **Alejandro Castillo** **3064 Alvin Cir** **Eagle Pass        TX     78852** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.15 | **Alejandro Delgado** **4825 S OKLAHOMA AVE** **BROWNSVILLE        TX     78521** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.16 | **Alejandro Sanchez** **1827 Gettysburg St** **Donna        TX     78537** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.17 | **ALEX AGUILAR** **9650 Landis Dr** **Beaumont        TX     77707** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.18 | **Alex Rico** **1823 Westcloud Lane** **San Antonio        TX     78227** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.19 | **Alexander Geddes** **525 Warrington Dr** **New Orleans        LA     70122** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.20 | **Alexander Glen** **6050 DANUBIO CT** **BROWNSVILLE        TX     78526** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**        Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **Alfredo Blancas** **7511 Bronco Lane** **San Antonio**   **TX**   **78227** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.22 | **Alfredo Chavarria** **3415 La Terraza Wy** **Laredo**   **TX**   **78046** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.23 | **Alfredo Gomez** **4006 Cochran Street** **Houston**   **TX**   **77009** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.24 | **Alicia Arévalo de ibarra** **1322 E Kennedy Ave** **Alton**   **TX**   **78573** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.25 | **Alma Valle** **315 Pine Hearst Dr** **Brownsville**   **TX**   **78521** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.26 | **Alvin Williams** **6147 Kingston Ct** **New Orleans**   **LA**   **70131** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.27 | **Amado Tenorio** **531 WESTMINSTER AVENUE** **SAN ANTONIO**   **TX**   **78228** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                              Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.28 | **Amalia Monreal** <br> **10707 N 23rd Ln** <br><br> **McAllen        TX     78504** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.29 | **Amanda Estrada** <br> **2718 KAISER DR** <br><br> **SANANTONIO        TX     78222** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.30 | **Amparo Ochoa** <br> **543 Solar Drive** <br><br> **San Antonio        TX     78227** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.31 | **Ana Saenz** <br> **7418 Pin Oak Ln** <br><br> **Olmito        TX     78575** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.32 | **Andre Williams** <br> **330 Eden Isles Blvd** <br><br> **Slidell        LA     70458** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.33 | **Andrea Hatchett** <br> **218 Rodeo Drive** <br><br> **Keller        TX     76248** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.34 | **Andrea Reed** <br> **3837 Ames Blvd** <br><br> **Marrero        LA     70072** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**  Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.35 | **Andrew Moise** <br> **712 Division Street** <br><br> **Metairie          LA      70001** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.36 | **Andria Lewis** <br> **2621 Bayou Chauvin Dr** <br><br> **Marrero          LA      70072** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.37 | **Angela Shelton** <br> **6041 Franklin Avenue** <br><br> **New Orleans          LA      70122** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.38 | **Angelica & Patrick Olivarez** <br> **5043 Prince Valiant** <br><br> **San Antonio          TX      78218** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.39 | **Angelica Garcia** <br> **1403 Roper St** <br><br> **Houston          TX      77034** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.40 | **Anna Arevalo** <br> **6723 Ambling St** <br><br> **San Antonio          TX      78238** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.41 | **Anna Benavides** <br> **1209 Northpoint Dr** <br><br> **Pharr          TX      78577** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) _____ |
| --- | --- | --- |

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.42 | Annette Estrada<br>1310 S Crockett Ave<br><br>Sonora          TX     76950 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.43 | Anthony Marino<br>5010 Debore Cir<br><br>New Orleans      LA     70126 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.44 | Anthony Timmermann<br>332 PLACID MDW<br><br>NEW BRAUNFELS      TX     78130 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.45 | Antonio Gonzalez<br>728 Heathcliff Dr<br><br>Everman          TX     76140 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.46 | Antonio Gonzalez<br>728 Heathcliff Dr<br><br>Everman          TX     76140 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.47 | Antonio Salazar<br>5814 Kettering Dr<br><br>San Antonio      TX     78228 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.48 | Antonio Villanueva<br>8623 Northridge Loop<br><br>Laredo          TX     78045 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                  Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.49 | **Araceli vela Riojas** <br> **3204 Melissa St** <br><br> **Mercedes       TX    78570** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.50 | **Aracely Valdez** <br> **11411 Pro Cove** <br><br> **San Antonio       TX    78221** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.51 | **Arden Angelina Diamantis** <br> **2425 Bolivar Street** <br><br> **Beaumont       TX    77701** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.52 | **Arianna Castillon** <br> **1402 El Venado Dr** <br><br> **Eagle Pass       TX    78852** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.53 | **Aricia Lopez** <br> **5643 Pratt Dr** <br><br> **New Orleans       LA    70122** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.54 | **Arieann Leblanc** <br> **4710 Lurline St** <br><br> **New Orleans       LA    70127** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.55 | **Arnold Blunt** <br> **905 Schoultz Dr** <br><br> **Covington       LA    70433** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) _____ |
|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.56 | **Arnoldo Gonzalez** <br> **5205 N MOCKINGBIRD AVE** <br><br> **PHARR**     **TX**     **78577** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.57 | **Arnulfo Sanchez** <br> **3711 La Sabre Drive** <br><br> **San Antonio**     **TX**     **78218** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.58 | **Artemio Garcia** <br> **1931 Leath St** <br><br> **Dallas**     **TX**     **75212** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.59 | **Arthur Davis** <br> **8111 Hathaway Lane** <br><br> **Killeen**     **TX**     **76542** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.60 | **Arturo Guerrero** <br> **2350 Lemonwood St** <br><br> **Eagle Pass**     **TX**     **78852** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.61 | **Arturo Martinez** <br> **912 W Cantu Rd** <br><br> **Del Rio**     **TX**     **78840** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.62 | **Ashley Baudy** <br> **12547 FLEET RIVER RD** <br><br> **HOUSTON**     **TX**     **77047** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.63**  **Ashley Gray**
2523 Brown Cir

Bossier City        LA      71111

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.64**  **Ashley Lolatte**
8702 Sarasota Woods

San Antonio        TX      78250

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.65**  **Ashley Montross**
411 E Butterfly Cir

Terrytown        LA      70056

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.66**  **Ashley Ryan**
416 N Johnson St

New Orleans        LA      70112

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.67**  **Aureliano Rodriguez**
1201 Nava St

Uvalde        TX      78801

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.68**  **Austin Bedford**
1015 Kubitz Road

Copperas Cove        TX      76522

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.69**  **Ava gay Marshall**
817 Bridle Dr

DeSoto        TX      75115

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor  **Alternative Solar, LLC**                              Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.70 | **Baldemar De Leon** <br> **2331 Westward Drive** <br><br> **San Antonio        TX     78227** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.71 | **Baltazar & Norma Castro** <br> **513 Perez St** <br><br> **Uvalde        TX     78801** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.72 | **Beatrice & Guillermo Medrano** <br> **8525 Village Creek** <br><br> **San Antonio        TX     78251** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.73 | **Beh Bo** <br> **6834 King David** <br><br> **Corpus Christi        TX     78414** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.74 | **Benjamin Garza** <br> **216 Austin St** <br><br> **Rio Grande City        TX     78582** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.75 | **Benjamin Klump** <br> **4110 Cork Dr** <br><br> **Corpus Christi        TX     78413** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.76 | **Bernabe Cavazos Garcia** <br> **712 West Eagle Avenue** <br><br> **Pharr        TX     78577** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor     **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|

**4.77**   **Bertha Jackson**
        **7830 Butterfield Road**

        **New Orleans        LA     70126**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.78**   **BEVERLY YOUNG**
        **7701 Jones Rd**

        **College Station     TX     77845**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.79**   **Blanca Flores**
        **8719 Bridington**

        **San Antonio        TX     78239**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.80**   **Blanca Herrera**
        **1406 Seminole Valley Dr**

        **Alamo             TX     78516**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.81**   **Blanca Martinez**
        **19010 Remington Park Drive**

        **Houston           TX     77073**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.82**   **Bonnie Kleinpeter**
        **4045 Foret St**

        **Addis             LA     70710**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.83**   **Braden Rooney**
        **9952 Wading Pool Path**

        **Austin            TX     78748**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   **Alternative Solar, LLC**                                      Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

**4.84**   **Bradley Puckett**
    **2110 St Nick Dr**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

    **New Orleans**        **LA**    **70131**

**4.85**   **Brandi Joseph**
    **8804 Rosecrest Ln**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

    **River Ridge**        **LA**    **70123**

**4.86**   **Brandon Wells**
    **206 Coastal Wildwood Drive**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

    **Rockport**        **TX**    **78382**

**4.87**   **Brandt Michelet**
    **12303 Brighton Ln**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

    **Meadows Place**        **TX**    **77477**

**4.88**   **Braulio Lugo**
    **6303 Parkdale Drive**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

    **Dallas**        **TX**    **75227**

**4.89**   **Brenda Wanta**
    **602 Little Oak Dr**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

    **Austin**        **TX**    **78753**

**4.90**   **Brett Lapeyrouse**
    **355 Providence Bay Rd**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

    **Slidell**        **LA**    **70461**

Debtor  **Alternative Solar, LLC**                                            Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.91 | **Brett Lapeyrouse** <br> **355 Providence Bay Rd** <br> **Slidell** **LA** **70461** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.92 | **Brett Reece** <br> **6010 Ozark Trail Lane** <br> **Garland** **TX** **75043** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.93 | **Brett Young** <br> **1414 Prentiss Avenue** <br> **New Orleans** **LA** **70122** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.94 | **Bruce Grant** <br> **548 Welham Loop** <br> **LaPlace** **LA** **70068** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.95 | **Bryan & Jennifer Hill** <br> **1212 Princess Lane** <br> **Hurst** **TX** **76053** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.96 | **Bryan Smith** <br> **7210 St James Ct** <br> **Corpus Christi** **TX** **78413** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.97 | **Cabreia Ellsworth** <br> **1102 Dakota Drive** <br> **Temple** **TX** **76504** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**        Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.98 | **Caridad Rodriguez** <br> **3809 Bolivar Drive** <br> **Killeen**   **TX**   **76549** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.99 | **Carla Leveling** <br> **108 Ellinger Ranch Rd** <br> **Buffalo Gap**   **TX**   **79508** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.100 | **Carlos Acevedo** <br> **134 Cresta Dr** <br> **Laredo**   **TX**   **78045** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.101 | **Carlos Arizmendis** <br> **9424 West Queen Palm** <br> **San Benito**   **TX**   **78586** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.102 | **Carlos F Lopez** <br> **134 County Road 4631** <br> **Hondo**   **TX**   **78861** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.103 | **Carlos issac McKinnon** <br> **600 Torreon Dr** <br> **Brownsville**   **TX**   **78526** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.104 | **Carlos Ventura** <br> **1305 Damon St** <br> **Rosenberg**   **TX**   **77471** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.105 | **Carmen Valenzuela** <br> **116 Lodgepole Trail** <br><br> **Del Rio**      **TX**    **78840** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.106 | **Carolina & Alvaro Araiza** <br> **4200 Phoenix Dr** <br><br> **Carrollton**      **TX**    **75010** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.107 | **Carolyn Bowman** <br> **14707 Gladebrook Drive** <br><br> **Houston**      **TX**    **77068** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.108 | **Carrie Beene** <br> **2352 Allen Toussaint** <br><br> **New Orleans**      **LA**    **70122** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.109 | **Carrie Jackson** <br> **9985 Sand Dune Dr** <br><br> **Frisco**      **TX**    **75034** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.110 | **Casey Burrough** <br> **2107 Petseri Park** <br><br> **San Antonio**      **TX**    **78251** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.111 | **Casey Webb** <br> **905 East Cantey Street** <br><br> **Fort Worth**      **TX**    **76104** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                              Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.112 | **Cathy Office** <br> **5417 Marigny Street** <br><br> **New Orleans        LA     70122** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.113 | **Celestino Bernal Jr.** <br> **2322 LLANO MOLANO LN** <br><br> **EDINBURG        TX     78542** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.114 | **Chamundeswari & Mahesh Pedavalli** <br> **2260 Jasper Dr** <br><br> **Krugerville        TX     76227** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.115 | **Charles & Katie Hallstrom** <br> **1418 Clementson Dr** <br><br> **San Antonio        TX     78260** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.116 | **Charles Talbert & Amanda Nunez** <br> **4435 Mercury Dr** <br><br> **San Antonio        TX     78219** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.117 | **Charles Terry** <br> **208 Meadowcreek Dr** <br><br> **DeSoto        TX     75115** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.118 | **Chase Michael Kyser** <br> **2107 Brook Lane** <br><br> **Kingsville        TX     78363** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                      Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|---------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.119**  **Cheryl Goodspeed**
**23206 Kendall Way**

**San Antonio      TX    78264**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.120**  **Chris Beck**
**1705 Aden Dr**

**Houston      TX    77003**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.121**  **Chris Cockrill**
**10510 Borlaug Street**

**Converse      TX    78109**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.122**  **Chris Grimo**
**106 Millsaps Pl**

**Kenner      LA    70065**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.123**  **Christina and Michael Garcia**
**3942 Shiva Drive**

**Corpus Christi      TX    78410**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.124**  **CHRISTINE & JEFF POPE**
**10491 Silverock Drive**

**Dallas      TX    75218**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.125**  **Christine Ruiz**
**14 VILLA DEL SOL**

**BROWNSVILLE      TX    78526**

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor    **Alternative Solar, LLC**       Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.126 | **Christopher Houser** <br> **2806 ROCKY OAK ST** <br><br> **SANANTONIO**   **TX**   **78232** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.127 | **Christopher Slaton** <br> **11406 Crayford Drive** <br><br> **Houston**   **TX**   **77065** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.128 | **Christopher Willy** <br> **257 S Presidential Cir** <br><br> **Lake Charles**   **LA**   **70611** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.129 | **Cirilo Lopez** <br> **904 Calle Roble** <br><br> **Brownsville**   **TX**   **78521** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.130 | **Clara Garcia** <br> **9877 W Luz Ave** <br><br> **Brownsville**   **TX**   **78520** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.131 | **Clarine Courson** <br> **104 Steven St** <br><br> **Hutto**   **TX**   **78634** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.132 | **Clay Routh** <br> **13910 Bonnington Drive** <br><br> **Houston**   **TX**   **77034** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**         Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.133 | Cody LeBert<br>205 W Lee St<br><br>Sulphur   LA   70663 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.134 | Cohl Langendorff<br>1017 Bromley Court<br><br>Seguin   TX   78155 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.135 | Cohl Langendorff<br>1017 Bromley Court<br><br>Seguin   TX   78155 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.136 | Connie Baker<br>2337 Valmont Street<br><br>New Orleans   LA   70115 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.137 | Connie Rodriguez<br>5901 St Roch Ave<br><br>New Orleans   LA   70122 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.138 | Connor Chauffe<br>401 River Oaks Dr<br><br>Luling   LA   70070 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.139 | Consuelo Villalon<br>943 W Military Rd<br><br>Sullivan City   TX   78595 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**                                  Case number (if known) _____

## Part 3:  Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.140**  **Consuelo Villalon**
943 W Military Rd

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Sullivan City        TX     78595

**4.141**  **Corey Bazille**
6531 Lawnridge Dr

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Baton Rouge        LA     70818

**4.142**  **Cornelio Reyna**
2033 17th St

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Corpus Christi        TX     78404

**4.143**  **Corrie Gilley**
3 Toro Ct

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Odessa        TX     79765

**4.144**  **Crespin Perez**
344 Mulberry St

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Uvalde        TX     78801

**4.145**  **Criselda Botello Trevino**
242 DELUXE ST

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

RIOGRANDE CITY        TX     78582

**4.146**  **Crystal Fuentes**
783 Hauff Ln

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Brownsville        TX     78521

Debtor __**Alternative Solar, LLC**__        Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.147 | **Curtis M Williams** <br> **4410 Weiskopf Ln** <br><br> **Corpus Christi**    **TX**    **78413** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.148 | **Cynthia Carraman** <br> **3406 Sereno Dr** <br><br> **Laredo**    **TX**    **78046** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.149 | **Cynthia Crum** <br> **330 West 3rd Street** <br><br> **Leming**    **TX**    **78050** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.150 | **Cynthia Foster** <br> **653 Spring Branch Dr** <br><br> **Slidell**    **LA**    **70460** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.151 | **Cynthia Karl** <br> **2033 Bayou Oaks Dr** <br><br> **Harvey**    **LA**    **70058** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.152 | **Dabrick Brill** <br> **15106 Natural Spring Way** <br><br> **Austin**    **TX**    **78728** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.153 | **Dalila Alcorta & Hector Navarro** <br> **1814 Lee Hall Street** <br><br> **San Antonio**    **TX**    **78201** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                        Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.154 | **Dalinda Valdez & Luis Reyes** <br> **9200 N 28th St** <br><br> **McAllen    TX    78504** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.155 | **Daniel Burlett** <br> **2594 Foliage Drive** <br><br> **Marrero    LA    70072** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.156 | **Daniel Demaree** <br> **15309 I-20 Frontage** <br><br> **Cisco    TX    76437** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.157 | **Daniel Hale** <br> **3009 Legacy Loop** <br><br> **Pineville    LA    71360** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.158 | **Daniel Hammons** <br> **180 Jolie Oaks Blvd** <br><br> **Thibodaux    LA    70301** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.159 | **Daniel Kozak** <br> **323 Enchanted Way** <br><br> **Del Rio    TX    78840** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.160 | **Daniel Martinez** <br> **2726 Woodland Drive** <br><br> **Pleasanton    TX    78064** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____  Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.161** | **Daniel Ramirez & Myriam Santiago** **2426 Jean St** **LAREDO          TX      78046** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.162** | **Daniel Ramirez Hernandez** **2504 East Bella Vista Avenue** **Mission          TX      78573** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.163** | **Daniella Cordero** **1015 Galapagos** **San Antonio          TX      78214** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.164** | **Daniella Herrera** **2905 Tehuacan Dr** **Eagle Pass          TX      78852** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.165** | **Danny Lombardo** **380 Solitaire Path** **New Braunfels          TX      78130** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.166** | **Darleen Trevino** **407 Northeast 3rd Street** **Andrews          TX      79714** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.167** | **Darlene & Simmie Carter** **2153 Colonial Drive** **LaPlace          LA      70068** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____  Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.168** __**Darlene Wyman**_____  Line _____

__**310 Glenbrook**_____  ☑ Not listed.  Explain:  __ __ __ __

_____  **Notice Only**

__**San Antonio**_____**TX**____**78220**__

**4.169** __**Darrick Chee**_____  Line _____

__**3225 Chancellorsville Drive**_____  ☑ Not listed.  Explain:  __ __ __ __

_____  **Notice Only**

__**Forest Hill**_____**TX**____**76140**__

**4.170** __**Darryl Sanders**_____  Line _____

__**5031 St Anthony Ave**_____  ☑ Not listed.  Explain:  __ __ __ __

_____  **Notice Only**

__**New Orleans**_____**LA**____**70122**__

**4.171** __**David  Solis**_____  Line _____

__**28390 Baker Potts Rd**_____  ☑ Not listed.  Explain:  __ __ __ __

_____  **Notice Only**

__**Harlingen**_____**TX**____**78552**__

**4.172** __**David & Elizabeth Alvarez**_____  Line _____

__**771 Westward Trail**_____  ☑ Not listed.  Explain:  __ __ __ __

_____  **Notice Only**

__**Uvalde**_____**TX**____**78801**__

**4.173** __**David & Margaret Dean**_____  Line _____

__**344 Edgehill Drive**_____  ☑ Not listed.  Explain:  __ __ __ __

_____  **Notice Only**

__**Pleasanton**_____**TX**____**78064**__

**4.174** __**David Cooper**_____  Line _____

__**120 Simon Road**_____  ☑ Not listed.  Explain:  __ __ __ __

_____  **Notice Only**

__**Pleasanton**_____**TX**____**78064**__

Debtor   **Alternative Solar, LLC**                                Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.175 | David Cruz Jr<br>1423 Cambridge Dr<br><br>Corpus Christi        TX     78415 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.176 | David Dorrell<br>117 E Candlestick Dr<br><br>Lumberton        TX     77657 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.177 | David Gomez derate<br>140 County Road 2728<br><br>Mico        TX     78056 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.178 | David Martinez<br>123 Sabyan Dr<br><br>San Antonio        TX     78218 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.179 | David Miller<br>1066 SW Dartmouth Ave<br><br>Port St. Lucie        FL     34953 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.180 | David Mitchell<br>9127 Wild Trails St<br><br>San Antonio        TX     78250 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.181 | David Rosalio Pena<br>3146 County Road 49A<br><br>Corpus Christi        TX     78415 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.182 | David Sanchez <br> 4622 Twin Creek <br><br> San Antonio  TX  78238 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.183 | David Stein <br> 218 Tumblebrook Street <br><br> Slidell  LA  70461 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.184 | David Vargas <br> 4117 Zinnia Avenue West <br><br> McAllen  TX  78504 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.185 | Davidson Ogbes <br> 1509 Forest Park Drive <br><br> Alvarado  TX  76009 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.186 | Dayliuba Martinez <br> 607 Candleberry Cir <br><br> Pflugerville  TX  78660 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.187 | Deandre Banford <br> 3223 Lillian Dr <br><br> Jackson  LA  70748 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.188 | Deanna Patecek <br> 2001 Stall Dr <br><br> Harvey  LA  70058 | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC** _____  Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.189** | **Deborah Craft**<br>**2508 Van Arpel Dr**<br><br>**LaPlace**    **LA**    **70068** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.190** | **Dee Fedrick**<br>**421 Barton Ave**<br><br>**Luling**    **LA**    **70070** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.191** | **Delia Castillo**<br>**8509 S Estrella St**<br><br>**Pharr**    **TX**    **78577** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.192** | **Demetrious Dillon**<br>**2640 Halsey Avenue**<br><br>**New Orleans**    **LA**    **70114** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.193** | **Denise Carter**<br>**5229 Music St**<br><br>**New Orleans**    **LA**    **70122** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.194** | **Denise Nix**<br>**3900 W Bamboo Dr**<br><br>**Harvey**    **LA**    **70058** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.195** | **Denise Paulk**<br>**14616 Frisco Ranch Dr**<br><br>**Little Elm**    **TX**    **75068** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.196 | **Dennis Chaney** <br> **6515 Hoofs Lane** <br> **San Antonio** **TX** **78240** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.197 | **Deodata Escobedo Gutierrez** <br> **733 Zebra Dr** <br> **Laredo** **TX** **78045** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.198 | **Devan Guidry** <br> **7183 LA-14** <br> **Bell City** **LA** **70630** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.199 | **Devin Lapeyrouse** <br> **302 S Central Blvd** <br> **Chauvin** **LA** **70344** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.200 | **Dewayne Williams** <br> **5606 N HEATHERSTONE DR** <br> **SHREVEPORT** **LA** **71129** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.201 | **Diana Ayala Ramirez** <br> **16387 Lupita Pl** <br> **Harlingen** **TX** **78552** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.202 | **Diana Fox** <br> **118 Honeysuckle Ln** <br> **San Antonio** **TX** **78213** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.203 | Diana Garcia<br>1411 Paulita St<br><br>San Benito    TX    78586 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.204 | Diana Zendejas<br>1775 Old Creek Ct<br><br>Brownsville    TX    78521 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.205 | Dinah Estrada & Jesus Hernandez<br>8231 Prickly Oak<br><br>San Antonio    TX    78223 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.206 | Dionicio & Irma Bedolla<br>3787 S Foster Rd<br><br>San Antonio    TX    78222 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.207 | Donald  Payne<br>4821 Rebecca Blvd<br><br>Kenner    LA    70065 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.208 | DONALD AND PATRICIA BOWEN<br>5041 Penrose Avenue<br><br>Fort Worth    TX    76116 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.209 | Donald Bacot<br>5696 STILLWATER DR<br><br>NEW ORLEANS    LA    70128 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.210 | **Donald Boudreaux** <br> **4413 Loveland St** <br><br> **Metairie        LA    70006** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.211 | **Donna Albarado** <br> **1802 Fairway St** <br><br> **Kenner        LA    70062** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.212 | **Donnie Morgan** <br> **7014 Capella Cir** <br><br> **San Antonio        TX    78252** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.213 | **Dora Maldonado** <br> **408 N Mississippi St** <br><br> **Alton        TX    78573** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.214 | **DORIS AND CHRISTIAN BUATSI** <br> **201 S MacArthur Blvd** <br><br> **Coppell        TX    75019** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.215 | **Doris Nelson** <br> **3734 Pauger Street** <br><br> **New Orleans        LA    70122** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.216 | **DUNG AND LONG VAN** <br> **11226 Hall Greens Court** <br><br> **Houston        TX    77075** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.217** __**Dustin Conners**_____
__**3812 Lolan Ct**_____

__**Marrero**____ **LA** __**70072**__

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.218** __**Dwight Arganbright**_____
__**397 Westlake Blvd**_____

__**Eagle Pass**____ **TX** __**78852**__

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.219** __**Ed & Susan Caballero**_____
__**1205 Destiny Ct**_____

__**Wylie**____ **TX** __**75098**__

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.220** __**Edgar Reyna**_____
__**7013 Austrian Pine**_____

__**Brownsville**____ **TX** __**78526**__

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.221** __**Edith Olguin Marrs**_____
__**412 Sol Dorado St**_____

__**Mission**____ **TX** __**78572**__

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.222** __**Edmundo Sanchez**_____
__**4156 Pommard Dr**_____

__**Kenner**____ **LA** __**70065**__

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.223** __**Eduardo Ramirez**_____
__**1105 Dark Horn Dr**_____

__**Laredo**____ **TX** __**78045**__

Line _____

☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor    **Alternative Solar, LLC**                          Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.224 | **Eduardo Zaragoza** <br> **5048 Viking Coral** <br><br> **San Antonio      TX     78244** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.225 | **Edward Adams** <br> **2423 Oriole Street** <br><br> **New Orleans      LA     70122** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.226 | **Elana  Marrero-Savoie** <br> **5121 Metropolitan Dr** <br><br> **New Orleans      LA     70126** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.227 | **Eleazar Garcia** <br> **411 W Mckinley Ave** <br><br> **Alton      TX     78573** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.228 | **Elida Guerra** <br> **1310 9th St** <br><br> **Galena Park      TX     77547** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.229 | **Eliezer Colon** <br> **4310 Rifle Drive** <br><br> **Killeen      TX     76542** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.230 | **Eliseo Cacares** <br> **3927 Mossy Oaks Rd E** <br><br> **Spring      TX     77389** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                        Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.231**  **Eliseo Carrales**

**1004 E Henderson St**

**Bishop**          **TX**    **78343**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.232**  **Elizabeth  Ojeyinka**

**1323 Wild Mustang Trail**

**Richmond**          **TX**    **77406**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.233**  **Elizabeth Foust**

**5827 Sun Bay**

**San Antonio**          **TX**    **78244**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.234**  **Elizabeth Malloy**

**700 President Dr**

**San Antonio**          **TX**    **78216**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.235**  **Eloy Chapa Jr**

**521 Co Rd 205**

**Falfurrias**          **TX**    **78355**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.236**  **Eloy Pazmino**

**3110 Claymore Street**

**Killeen**          **TX**    **76542**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.237**  **Emanuel Salazar**

**1512 Res Dr**

**Brownsville**          **TX**    **78526**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.238 | **Emilio Bernal** **427 Estrella St** **San Antonio        TX      78237** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.239 | **Emilio Villarreal** **8709 CROSSWAY DR** **LAREDO          TX      78045** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.240 | **Enrique Rivera** **5602 Chuckwagon Circle** **Killeen          TX      76542** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.241 | **Eric Hartman** **901 Jasper Street** **Vidor            TX      77662** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.242 | **Eric Mendez Esparza** **400 W Union St** **Leesville        LA      71446** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.243 | **Erica Karina Moreno** **301 Rosalinda Dr** **Del Rio          TX      78840** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.244 | **Erik Hegge** **3001 Little Nolan Road** **Killeen          TX      76542** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                              Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.245**   **Erik Kalbacher**
**114 Boras Ln**

**Des Allemands**    **LA**    **70030**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

**4.246**   **Erika Saldana**
**8605 S Norma St**

**Pharr**    **TX**    **78577**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

**4.247**   **Erin Nilsson**
**210 Legendre Dr**

**Slidell**    **LA**    **70460**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

**4.248**   **Erinn Venerable**
**1221 N Center St**

**Arlington**    **TX**    **76011**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

**4.249**   **Ernest Gabriel**
**5326 N Rampart St**

**New Orleans**    **LA**    **70117**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

**4.250**   **Esmeralda Castillo**
**2331 Westward Drive**

**San Antonio**    **TX**    **78227**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

**4.251**   **Esmeralda Meza**
**2713 Savoy Pl**

**Midland**    **TX**    **79705**

Line _____

☑ Not listed. Explain:
**Notice Only**

___ ___ ___ ___

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.252 **Esparanza Sanchez** <br> **2322 E Monroe Ave** <br><br> **Harlingen       TX    78550** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.253 **Esteban Herrera** <br> **4164 Boca Bay Drive** <br><br> **Dallas       TX    75244** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.254 **Estefana Espinoza** <br> **2505 Acapulco Ave** <br><br> **Mission       TX    78574** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.255 **Estefania De Hoyos** <br> **1625 Rene Solis Dr** <br><br> **Laredo       TX    78046** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.256 **Estella Sanchez** <br> **6050 Sunrise Bend Drive** <br><br> **San Antonio       TX    78244** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.257 **Ester Perez** <br> **1116 Malone Dr** <br><br> **Weslaco       TX    78596** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.258 **Esther Stackhouse** <br> **1502 Meadowcrest Drive** <br><br> **Garland       TX    75042** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor      **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.259** | **Eufemio Martinez** **27418 William Cir** **San Benito        TX      78586** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.260** | **Eugenio Valdez** **6745 Tenaza Dr** **Brownsville      TX      78526** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.261** | **Evaristo Ruiz** **2946 Rolling Hills Drive** **Carrollton        TX      75007** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.262** | **Federico Garza Almendariz** **648 St James Dr** **Brownsville      TX      78521** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.263** | **Felipe Espinoza** **2277 Lighthouse Dr** **New Braunfels    TX      78130** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.264** | **Felipe Moreno** **33094 Melon Dr** **Los Fresnos      TX      78566** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| **4.265** | **Felix & Michelle Graces** **2201 Meadowgrove Dr** **Corpus Christi    TX      78414** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                          Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.266**  **Felix Camarillo**

**613 N 7th St**

Line _____

☑ Not listed.  Explain:
**Notice Only**

**Alamo**          **TX**    **78516**

___ ___ ___ ___

**4.267**  **Fernando & Angelica Cortez**

**931 Cormorant**

Line _____

☑ Not listed.  Explain:
**Notice Only**

**San Antonio**      **TX**    **78245**

___ ___ ___ ___

**4.268**  **Fidencio Prado Jr.**

**211 South Liberty Loop**

Line _____

☑ Not listed.  Explain:
**Notice Only**

**San Juan**        **TX**    **78589**

___ ___ ___ ___

**4.269**  **Flor Morales**

**1506 Mardell St**

Line _____

☑ Not listed.  Explain:
**Notice Only**

**San Antonio**      **TX**    **78201**

___ ___ ___ ___

**4.270**  **Frances Cradic**

**4137 Piedmont Dr**

Line _____

☑ Not listed.  Explain:
**Notice Only**

**New Orleans**      **LA**    **70122**

___ ___ ___ ___

**4.271**  **Frances Roberts**

**3822 Florinda Street**

Line _____

☑ Not listed.  Explain:
**Notice Only**

**Houston**         **TX**    **77021**

___ ___ ___ ___

**4.272**  **Francisca Delgado Deleon**

**3717 El Canario St**

Line _____

☑ Not listed.  Explain:
**Notice Only**

**Mercedes**        **TX**    **78570**

___ ___ ___ ___

Debtor     **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.273 | **Francisco Gaitan** <br> **1228 North High Street** <br><br> **Uvalde          TX     78801** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.274 | **Francisco Lopez** <br> **19906 Drake Shadows Ln** <br><br> **Katy          TX     77449** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.275 | **Francisco Rizo** <br> **145 SHEPARD CT** <br><br> **BROWNSVILLE          TX     78521** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.276 | **Fredrick Combs** <br> **179 Ashton Parc Slidell** <br><br> **Slidell          LA     70458** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.277 | **Gabriel Sosa** <br> **12717 Magnolia Mound Trail** <br><br> **Austin          TX     78727** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.278 | **Gabriela Herrera** <br> **1801 Blue Bird Ln N** <br><br> **Harlingen          TX     78550** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.279 | **Gabriela Sanchez** <br> **15310 Eaglebrook Street** <br><br> **San Antonio          TX     78232** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                              Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.280 | **GABRIELLE AND CLARENCE DUGAS**<br>**907 North 8th Street**<br>**Orange        TX     77630** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.281 | **Gaige Rodriguez**<br>**2704 Bark Ave**<br>**Marrero       LA     70072** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.282 | **Garielle Neal**<br>**4610 Cerise Ave**<br>**New Orleans   LA     70127** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.283 | **Garrah Leshe**<br>**1302 Wellerman Rd**<br>**West Monroe   LA     71291** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.284 | **Garrett Geib**<br>**5653 Surry Mountain Trail**<br>**Fort Worth    TX     76179** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.285 | **George Chavez**<br>**711 Bernard Dr**<br>**San Antonio   TX     78221** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.286 | **George Crumbock**<br>**7033 Powderhorn Court**<br>**Corpus Christi  TX    78413** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**                                   Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.287 | George Kaualoku<br>4203 Tropical Dr<br><br>San Antonio          TX     78218 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.288 | George Kypuros<br>382 Kypuros Rd<br><br>Eagle Pass          TX     78852 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.289 | Gerald Manson<br>2586 Donald Dr<br><br>Baton Rouge          LA     70809 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.290 | Gerardo Gonzalez<br>1275 Norma Ln<br><br>Brownsville          TX     78521 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.291 | Gerardo Mata<br>2803 Chapel Pl<br><br>Corinth          TX     76210 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.292 | Gifty Amos<br>22119 Roxanne Field Lane<br><br>Hockley          TX     77447 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.293 | Gilberto Cuellar<br>513 Pantera Dr<br><br>Alamo          TX     78516 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  __**Alternative Solar, LLC**_____    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.294 | **GILBERTO MARTINEZ** **1609 FROST ST** **ROSENBERG        TX      77471** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.295 | **Glenda  Cooper** **1309 Kent Ave** **Metairie        LA      70001** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.296 | **Glenda Marlene Mendez** **1516 Res Dr** **Brownsville        TX      78526** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.297 | **Glenda Thomas** **22725 Plainsland Dr** **Zachary        LA      70791** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.298 | **Glenna Reams** **4612 Anetta Dr** **Midland        TX      79703** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.299 | **Gloria Rodriguez** **516 NORTH 8TH STREET** **ALAMO        TX      78516** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.300 | **Granville Betton** **214 marble garden ln** **Conroe        TX      77304** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____  Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.301 | **Gregorio Ramos** <br> **27539 Nelson Rd** <br><br> **San Benito          TX      78586** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.302 | **Griffith Wayne** <br> **3712 Liro Ln** <br><br> **Harvey          LA      70058** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.303 | **Guadalupe T Trevino** <br> **1101 N Reagan St** <br><br> **San Benito          TX      78586** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.304 | **Guadalupe Vega** <br> **2514 Scabbard Drive** <br><br> **Corpus Christi          TX      78414** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.305 | **Guillermo Espinoza** <br> **5516 Adam Stefan St** <br><br> **Edinburg          TX      78542** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.306 | **Guillermo Ledesma & Eva Longoria** <br> **960 E Harris Ave** <br><br> **Raymondville          TX      78580** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.307 | **Guillermo Romero** <br> **401 South Alta Vista Boulevard** <br><br> **Beeville          TX      78102** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.308**  **Gwendolyn Jones**

**412 Wallace Dr**

**New Orleans          LA    70122**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.309**  **Haocheng Lin**

**768 Pierre Ln**

**Plano          TX    75023**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.310**  **Harold Dice**

**411 CRESCENTWOOD LOOP**

**SLIDELL          LA    70458**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.311**  **Hau Vo**

**1251 Sinskey Dr**

**Marrero          LA    70072**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.312**  **Hayde Salazar**

**2041 Carranza Street**

**Brownsville          TX    78526**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.313**  **Heather Lankford**

**1521 Fairway Dr**

**Westlake          LA    70669**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.314**  **Hector Figueroa**

**2123 Travis Dr**

**Carrollton          TX    75006**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   **Alternative Solar, LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.315 | **HECTOR MEJIA** <br> **112 Coahuila Loop** <br><br> **Laredo**   **TX**   **78045** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.316 | **Henryk Konhauser** <br> **3317 Saddle Club Lane** <br><br> **Crowley**   **TX**   **76036** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.317 | **Heriberta Rodriguez de Arriaga** <br> **6109 China St** <br><br> **Brownsville**   **TX**   **78521** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.318 | **Herlinda Olivarez** <br> **383 Quentin Dr** <br><br> **San Antonio**   **TX**   **78201** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.319 | **Hermenegilda Hinojosa** <br> **1609 La Estrella St** <br><br> **Mission**   **TX**   **78572** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.320 | **Heron Castillo** <br> **2275 Mile 3 North** <br><br> **Mercedes**   **TX**   **78570** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.321 | **Hilda & Henry Escobedo** <br> **2106 MEADOWGROVE DR** <br><br> **CORPUS CHRISTI**   **TX**   **78414** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**                                     Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.322** | **HILDA AND DAMIAN VILTZ** **6210 Charles Ave** **Port Arthur      TX     77640** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.323** | **Hilry Hunt** **5213 Timber Crest Dr** **New Orleans      LA     70131** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.324** | **Hipolito Soria** **600 Viento Tropical St** **Mission      TX     78572** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.325** | **Homer Hernandez** **549 Yoakum Street** **San Benito      TX     78586** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.326** | **Hope Ogle** **408 Oakbluff Dr** **Denton      TX     76210** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.327** | **Hugh Katz** **601 West 1st Street** **Hico      TX     76457** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.328** | **Hui Ok Connor** **1513 BELLVIEW CT** **EL PASO      TX     79912** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                         Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.329 | **Idalia Inzunza De Gastelum**<br>**2209 Southwest Augusta Square**<br><br>**McAllen        TX      78503** | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.330 | **Idelia Sauceda**<br>**1517 Charolais Dr**<br><br>**Austin        TX      78758** | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.331 | **Idolina & Fructuoso Sierra**<br>**117 TULIPAN ST**<br><br>**ELSA        TX      78543** | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.332 | **Irma Munguia**<br>**1822 6th St**<br><br>**Rosenberg        TX      77471** | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.333 | **Irma Warner**<br>**6220 Bellaire Dr**<br><br>**New Orleans        LA      70124** | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.334 | **Isabel Hernandez**<br>**765 W Villaret Blvd**<br><br>**San Antonio        TX      78224** | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.335 | **Isidro Medina**<br>**2013 Nolan Street**<br><br>**San Antonio        TX      78202** | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |

**4.336**   Israel Vazquez
1536 Eastside Drive

Mesquite          TX    75149

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.337**   Jack Lawrence
6806 Mustang Creek Road

Killeen          TX    76549

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.338**   Jack Ruiz
3718 South Mittman Street

San Antonio      TX    78223

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.339**   Jacklyn Martinez
2930 Rowan Dr

Laredo           TX    78046

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.340**   Jacob Tremblay
6613 Hardwick Street

Corpus Christi   TX    78412

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.341**   Jacqueline Benitez
2401 Coby Dr

Mission          TX    78574

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __


**4.342**   Jaime Valenzuela Hernandez
1510 17th St

Corpus Christi   TX    78404

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor  **Alternative Solar, LLC**                                  Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.343 | **Jamar Johnson** <br> **7830 Allison Road** <br><br> **New Orleans** **LA** **70126** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.344 | **James & Rosalyn Kirkwood** <br> **1501 Nina Dr** <br><br> **Killeen** **TX** **76549** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.345 | **James Barry** <br> **258 Wayside Drive** <br><br> **San Antonio** **TX** **78213** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.346 | **James Cassity** <br> **305 W Fern Ave** <br><br> **McAllen** **TX** **78501** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.347 | **James Duhon** <br> **327 Bishop Ct** <br><br> **Thibodaux** **LA** **70301** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.348 | **James Francois** <br> **187 Kingfisher Rd** <br><br> **Sterlington** **LA** **71280** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.349 | **James Germany** <br> **10828 White Pine Dr** <br><br> **Greenwell Springs** **LA** **70739** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor     **Alternative Solar, LLC** _____     Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|

**4.350**  **James Mark**  
**27210 Rio Pass**  

**Boerne      TX    78015**  
Line _____  
☑ Not listed.  Explain: **Notice Only**  
__ __ __ __

**4.351**  **James Martin**  
**273 County Rd 110**  

**Uvalde      TX    78801**  
Line _____  
☑ Not listed.  Explain: **Notice Only**  
__ __ __ __

**4.352**  **James Riddle**  
**15701 Dyna Street**  

**Corpus Christi    TX    78418**  
Line _____  
☑ Not listed.  Explain: **Notice Only**  
__ __ __ __

**4.353**  **Jameson & Dunagan, P.C.**  
**5429 LBJ Freeway, Suite 700**  

**Dallas      TX    75240**  
Line __**3.3**__  
☐ Not listed.  Explain:  
__ __ __ __

**4.354**  **Janice Will**  
**4291 County Road 862**  

**McKinney    TX    75071**  
Line _____  
☑ Not listed.  Explain: **Notice Only**  
__ __ __ __

**4.355**  **Jared Cryer**  
**600 North Cherry Street**  

**Aubrey      TX    76227**  
Line _____  
☑ Not listed.  Explain: **Notice Only**  
__ __ __ __

**4.356**  **Jasmine Reddick**  
**3304 Lakewood Dr**  

**Violet      LA    70092**  
Line _____  
☑ Not listed.  Explain: **Notice Only**  
__ __ __ __

| Debtor | **Alternative Solar, LLC** | Case number (if known) |
|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.357** | **Jason Bolding** <br> **7650 Heathridge** <br><br> **San Antonio        TX      78250** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.358** | **Javier & Marylou Perez** <br> **302 Astoria Drive** <br><br> **San Antonio        TX      78220** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.359** | **Javier Borrego & Jo L Moreno** <br> **3316 Harvard Ave** <br><br> **McAllen        TX      78504** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.360** | **Javier Nunez** <br> **131 Tamarack Loop** <br><br> **Laredo        TX      78045** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.361** | **JEFF & LINDSAY MEDLEY** <br> **11015 McMoore Lane** <br><br> **Beaumont        TX      77713** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.362** | **Jeffrey Correa** <br> **6521 Macroom Meadows Lane** <br><br> **Houston        TX      77048** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.363** | **Jeffrey Roller** <br> **323 Forrest Trail** <br><br> **Universal City        TX      78148** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.364 | Jennifer Brooks<br>152 W Henfer Ave<br><br>River Ridge        LA      70123 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.365 | JENNIFER cooey & Frederick Tiede<br>1845 County Road 807<br><br>Cleburne        TX      76031 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.366 | Jennifer Russell<br>342 Jamaica Dr<br><br>San Antonio        TX      78227 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.367 | Jessica Aguilar<br>902 E Washington Ave<br><br>Harlingen        TX      78550 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.368 | Jessica Arbour<br>416 Melbrook Dr<br><br>Gretna        LA      70056 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.369 | Jessica Balcer<br>119 Dumoulin Avenue #1<br><br>San Antonio        TX      78210 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.370 | Jessica Doan<br>2210 EMERALD LAKE DR<br><br>HARLINGEN        TX      78550 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.371**  Jessica Griffith
12303 Brighton Ln

Meadows Place          TX      77477

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.372**  Jessica Hacker
1020 Fox Willow Ct

Burleson          TX      76028

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.373**  Jessica Kirk
3609 Aspen Drive

Harvey          LA      70058

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.374**  Jessica Zimmermann
1016 Isabella St

Sulphur          LA      70663

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.375**  Jesus Macias-Fernandez
624 Cat Island Ct

Slidell          LA      70461

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.376**  Jesus Ortiz
1034 North 2nd Street

Raymondville          TX      78580

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.377**  Jesus Renteria
5979 Tecate Dr

Brownsville          TX      78521

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   **Alternative Solar, LLC**                                    Case number (if known) _____

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.378** | **Jesus Sanchez**<br>**2420 Grisell Drive**<br><br>**Laredo          TX     78041** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.379** | **Jhoana Arellano**<br>**1642 Sunbend Falls**<br><br>**San Antonio     TX     78224** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.380** | **Jimmie Hughes**<br>**172 COUNTY ROAD 2816**<br><br>**MICO          TX     78056** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.381** | **Jimmy Wooley**<br>**2468 Old Golf Course Road**<br><br>**Belton          TX     76513** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.382** | **Jin Kim**<br>**14073 Stone Gate Dr**<br><br>**Baton Rouge     LA     70816** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.383** | **Jitin Jaitly**<br>**2201 Obsidian Dr**<br><br>**Aubrey          TX     76227** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.384** | **Joan & Omar Bjelde**<br>**304 Baseline Rd**<br><br>**Krugerville     TX     76227** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**_____  Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.385 | Joaquin Pina<br>11201 Gideon Lincecum Ln<br><br>Burton            TX      77835 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.386 | Joe Flores<br>2908 East Harrington Drive<br><br>Corpus Christi      TX      78410 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.387 | Joe Romo<br>5518 Castle Brook Dr<br><br>San Antonio        TX      78218 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.388 | Joel DeLeon<br>127 Tabard Dr<br><br>San Antonio        TX      78213 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.389 | Joel Garcia<br>510 Huron Street<br><br>Cleburne          TX      76031 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.390 | John Arvie<br>4461 Bay View Dr<br><br>Marrero            LA      70072 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.391 | John Green<br>30401 Dawson Ln<br><br>Hammond          LA      70403 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                          Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.392**  **John Hall**

**11463 Farm to Market Road 279**

**Brownsboro          TX      75756**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.393**  **John Reeves**

**5439 Eads St**

**New Orleans          LA      70122**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.394**  **Johnie Knox**

**232 Lebanon Street**

**San Antonio          TX      78223**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.395**  **Johnny Trevino**

**703 Leo Lane**

**Killeen          TX      76542**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.396**  **Jonas Del Angel**

**5601 Escondido Pass**

**McAllen          TX      78504**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.397**  **Jonathan Jagnanan**

**4707 Goldeneye Dr**

**Baytown          TX      77521**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.398**  **Jorge Baldemar Uresti**

**2615 Granjeno Ave**

**Hidalgo          TX      78557**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.399 | **Jorge Colon** <br> **9338 Bowen Dr** <br><br> **San Antonio**  **TX**  **78250** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.400 | **Jorge Gonzalez Mancha** <br> **743 Pelican Pt** <br><br> **San Antonio**  **TX**  **78221** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.401 | **Jorge Infante** <br> **8923 Lady Di Loop** <br><br> **Laredo**  **TX**  **78045** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.402 | **Jorge Siller** <br> **4925 Ruidoso Pl** <br><br> **Brownsville**  **TX**  **78520** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.403 | **Jorge Vadillo** <br> **3830 TOLOSA ST** <br><br> **BROWNSVILLE**  **TX**  **78520** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.404 | **Jorge Vasquez** <br> **3620 Joaquin Ponce Dr** <br><br> **Laredo**  **TX**  **78046** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.405 | **Jorge Zepeda** <br> **249 Westlake Blvd** <br><br> **Eagle Pass**  **TX**  **78852** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor **Alternative Solar, LLC** _____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |

4.406 **Jose C Almarez**
**283 La Paz Loop**

**Del Rio** **TX** **78840**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

4.407 **Jose Flores Mireles**
**3802 california ave**

**Kenner** **LA** **70065**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

4.408 **Jose Jr Lerma**
**5702 Crest Forest Dr**

**Corpus Christi** **TX** **78415**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

4.409 **Jose Lino Resendez**
**4000 Santa Erica**

**Mission** **TX** **78572**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

4.410 **Jose Luis Hernandez**
**2709 Seville Blvd**

**Brownsville** **TX** **78526**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

4.411 **Jose Luna**
**6108 Centurion Ave**

**Edinburg** **TX** **78542**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

4.412 **Jose ruben Mireles**
**757 S 15TH**

**STRAYMONDVILLE** **TX** **78580**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.413 | **Jose Solis** **305 Lake Carnegie Court** **Laredo       TX    78041** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.414 | **Jose Taveras** **349 Private rd 4658** **Hondo       TX    78861** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.415 | **Josefina Longoria** **705 Chapman St** **San Benito       TX    78586** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.416 | **Joseph Walker** **14 FALLING LEAF CT** **FRIENDSWOOD       TX    77546** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.417 | **Josh Juett** **12122 Woodsrim Street** **Live Oak       TX    78233** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.418 | **Joshua Martin** **2221 Spoonbill Dr** **Corpus Christi       TX    78414** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.419 | **Joshua Rivera** **3833 Shannon Dr** **Harvey       LA    70058** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**_____    Case number (if known) _____

---

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.420**  **Journey Woodall**
**632 CHESTNUT LN**

**SAGINAW**          **TX**    **76179**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.421**  **Juan Deleon**
**6009 Brockhampton Street**

**Corpus Christi**      **TX**    **78414**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.422**  **Juan Enrique Pachuca**
**618 W 17TH ST**

**WESLACO**          **TX**    **78596**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.423**  **Juan Flores**
**812 Gable Dr**

**Pharr**            **TX**    **78577**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.424**  **Juan J. Barrera Chapa**
**1900 Barbara Street**

**Mission**          **TX**    **78572**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.425**  **Juan Jose & Zenaida Martinez**
**216 Colorado St**

**Weslaco**          **TX**    **78596**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

**4.426**  **Juan Llanos**
**4908 Lubbock Avenue**

**Fort Worth**        **TX**    **76115**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

---

Debtor    **Alternative Solar, LLC**_____    Case number (if known) _____

| | |
|---|---|
| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.427** | **Juan Lopez**<br>**3022 Northwest 29th Street**<br><br>**Fort Worth        TX     76106** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.428** | **Juan Martinez Carvajal**<br>**1603 S Jackson St**<br><br>**Kaufman        TX     75142** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.429** | **Juan Medrano**<br>**9671 Pinehurst Ln**<br><br>**Dallas        TX     75227** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.430** | **Juan Moreno**<br>**8624 Blue Sage Ln**<br><br>**Brownsville        TX     78520** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.431** | **Juan Perez**<br>**513 Pantera Dr**<br><br>**Alamo        TX     78516** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.432** | **Juan Ramirez**<br>**5205 Eloy St**<br><br>**Brownsville        TX     78521** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| **4.433** | **Juan Sanchez**<br>**517 Perez St**<br><br>**Uvalde        TX     78801** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.434 | **Juan Valdiviez** <br> **2302 Dennis Ave** <br><br> **Brownsville        TX     78526** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.435 | **Juan Victoria** <br> **15703 Kings Cypress Ln** <br><br> **Cypress           TX     77429** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.436 | **Juanita Trevino** <br> **7635 Branston** <br><br> **San Antonio       TX     78250** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.437 | **Jude Zimmerman** <br> **905 Wood Trail** <br><br> **Azle              TX     76020** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.438 | **Julian Martinez Derate** <br> **627 Edgebrook Lane** <br><br> **San Antonio       TX     78213** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.439 | **Julie & David Heitzman** <br> **5415 Stormy Trail** <br><br> **San Antonio       TX     78247** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.440 | **Julio Fernandez** <br> **4621 Christie St** <br><br> **Corpus Christi    TX     78415** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**_____    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.441 | **Juliza Guajardo** <br> **5344 Nicholstone St** <br><br> **Brownsville    TX    78526** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.442 | **Junius Houston** <br> **500 Driftwood Cir** <br><br> **Slidell    LA    70458** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.443 | **Justin & Kimberly White** <br> **3511 Sereno Dr** <br><br> **Laredo    TX    78046** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.444 | **Justin Cano** <br> **10610 Margarita Loop** <br><br> **Converse    TX    78109** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.445 | **Justin Cruz** <br> **612 South 11th Street** <br><br> **Carrizo Springs    TX    78834** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.446 | **Karen Kliewer** <br> **349 Co Rd 375** <br><br> **San Antonio    TX    78253** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.447 | **Karie Kriegel** <br> **202 North County Road 1026** <br><br> **Kingsville    TX    78363** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**                                Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.448 | **Karina Arroyo** <br> **710 W Eagle Ave** <br><br> **Pharr**     **TX**    **78577** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.449 | **Karl Helmer** <br> **2720 Bayou Teche Dr** <br><br> **Marrero**     **LA**    **70072** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.450 | **Katherine & Lauro Garcia** <br> **510 W Galbraith St** <br><br> **Hebbronville**     **TX**    **78361** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.451 | **Kathleen Fletcher** <br> **281 Melba Ave NW** <br><br> **Palm Bay**     **FL**    **32907** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.452 | **Kathleen Francis** <br> **2286 Clover Ridge** <br><br> **New Braunfels**     **TX**    **78130** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.453 | **Kathryn A Sims** <br> **1112 Edison Dr** <br><br> **San Antonio**     **TX**    **78201** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.454 | **Kathryn Earnest** <br> **2040 Beck Street** <br><br> **New Orleans**     **LA**    **70131** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.455 | **Katie Widmer** <br> **2250 Co Rd 448** <br> **Taylor**  **TX**  **76574** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.456 | **Katrina & Walter Dybis** <br> **2027 Saint Nick Drive** <br> **New Orleans**  **LA**  **70131** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.457 | **Kedrick Pitts** <br> **11372 Hampton Ct** <br> **Denham Springs**  **LA**  **70726** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.458 | **Kedrick Pitts** <br> **5712 Baccich St** <br> **New Orleans**  **LA**  **70122** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.459 | **Kegan Perry** <br> **2613 Brannan Street** <br> **Corpus Christi**  **TX**  **78405** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.460 | **Keith Smith** <br> **3552 Dominion Ridge Cir** <br> **San Angelo**  **TX**  **76904** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.461 | **Kelvin Medina** <br> **847 Kathy Dr** <br> **Gretna**  **LA**  **70056** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.462 | **Kenneth Jenkins** <br> **5002 Village Green** <br><br> **San Antonio      TX      78218** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.463 | **Kenneth Justice** <br> **341 La Paz Loop** <br><br> **Del Rio      TX      78840** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.464 | **Kenneth Ricard** <br> **5408 State Rte 568** <br><br> **Waterproof      LA      71375** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.465 | **KENWICK AND LEAH GAINES** <br> **11902 Shady Sands Pl** <br><br> **Pearland      TX      77584** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.466 | **Kerri Domangue** <br> **347 Camille Dr** <br><br> **Patterson      LA      70392** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.467 | **Kerri Van Horn** <br> **1505 MAPLEWOOD DR** <br><br> **SLIDELL      LA      70458** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.468 | **Kerry Farris** <br> **1211 Weston** <br><br> **San Antonio      TX      78251** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**                                Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|--------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.469 | Kevin Franklin<br>2522 Sage St<br><br>New Orleans        LA        70122 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.470 | Kevin Kordish<br>716 Herman Drive<br><br>Hurst        TX        76054 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.471 | Kevin Tate<br>104 Cherry Dr<br><br>Lumberton        TX        77657 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.472 | KEYARA GROGAN<br>7140 SWEETGUM ROAD<br><br>BEAUMONT        TX        77713 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.473 | Khadijah Green-Gaskin<br>6546 Hibiscus Falls<br><br>San Antonio        TX        78218 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.474 | Khoa Pham<br>6420 Glenwick Dr<br><br>Fort Worth        TX        76123 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.475 | Kiara Hogans<br>2708 Bayou Cane Dr<br><br>Marrero        LA        70072 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.476 | **Kim & Michael Hilton** <br> **8315 Meadville Street** <br><br> **Houston** **TX** **77061** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.477 | **Kimberly Avery** <br> **4504 Bayou Des Familles Dr** <br><br> **Marrero** **LA** **70072** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.478 | **Kimberly Watson** <br> **114 Weese Ln** <br><br> **Pleasanton** **TX** **78064** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.479 | **Korey Davis** <br> **2614 Tinian Drive** <br><br> **Corpus Christi** **TX** **78418** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.480 | **Kovid Bhandari** <br> **6505 Macarena Drive** <br><br> **Corpus Christi** **TX** **78414** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.481 | **Kristal Castro** <br> **114 W Pecos St** <br><br> **Uvalde** **TX** **78801** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.482 | **Kristopher Cortinas** <br> **3516 Oviedo Dr** <br><br> **Brownsville** **TX** **78520** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|--------|----------------------------|------------------------|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| **4.483** | **Kuo-Jen Yuan** <br> **5919 Marigny St** <br> **New Orleans  LA  70122** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.484** | **Lamar Dunn** <br> **5130 Village Park** <br> **Marion  TX  78124** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.485** | **Lamiska Knight** <br> **2526 73rd Ave** <br> **Baton Rouge  LA  70807** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.486** | **LaRon Elliot** <br> **2709 Natural Lane** <br> **Killeen  TX  76549** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.487** | **Larry & Edna Rodriguez** <br> **2710 Centenario Dr** <br> **Laredo  TX  78045** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.488** | **Larry Bennett** <br> **7003 Jalna Street** <br> **Houston  TX  77055** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.489** | **Larry Byrd** <br> **915 Kyle Lane** <br> **Athens  TX  75751** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**        Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.490**   **Larry Hidalgo**
**3547 Heather Meadow**

**San Antonio**    **TX**    **78222**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.491**   **Lateefah Blackwell**
**2037 Spanish Oaks Drive**

**Harvey**    **LA**    **70058**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.492**   **Latifah Gray**
**157 Duperier Ave**

**New Iberia**    **LA**    **70563**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.493**   **Latonya Webb**
**109 Parkside Rd**

**Forney**    **TX**    **75126**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.494**   **Laura Garza**
**823 Allende Drive**

**San Antonio**    **TX**    **78237**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.495**   **Lauren Courville**
**651 Lionel Ln**

**Lake Charles**    **LA**    **70605**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

**4.496**   **Lawrnce & Lawrence Esparza**
**1813 S Palm Ct Dr**

**Harlingen**    **TX**    **78552**

Line _____
☑ Not listed. Explain:
**Notice Only**

__ __ __ __

Debtor   **Alternative Solar, LLC**                                    Case number (if known) _____

**Part 3:**     **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.497**   Le huyen Vu
3243 Essie Road

Houston   TX   77086

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.498**   Leah Ledtje
2633 Gemini St

Harvey   LA   70058

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.499**   Leandro Ramirez
2106 Abacus Drive

San Antonio   TX   78224

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.500**   Leland Roussell
112 Ash Dr

Converse   TX   78109

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.501**   Leonard Mensay
1229 Klondike St

San Antonio   TX   78245

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.502**   Leslie Danache
7124 CARIBBEAN DR

BROWNSVILLE   TX   78520

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.503**   Leviticus Leggett
8405 GRAYSON TRL

KILLEEN   TX   76542

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor     **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

|  | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.504 | **Librado Ramirez** <br> **102 Savannah Dr** <br><br> **San Antonio          TX      78213** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.505 | **Lidia Glazier** <br> **1907 Rocky Mountain Trail** <br><br> **Harker Heights       TX      76548** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.506 | **Lidia Guerrero** <br> **225 Esma St** <br><br> **San Antonio          TX      78223** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.507 | **Linda Brady** <br> **350 Oak Creek Way** <br><br> **New Braunfels        TX      78130** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.508 | **LIONEL THEODORE** <br> **1916 Lac La Belle Dr** <br><br> **Harvey               LA      70058** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.509 | **LISA RUSSELL** <br> **7627 Dowdell Road** <br><br> **Spring               TX      77389** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.510 | **Liza Yebra** <br> **717 Fresno Dr** <br><br> **EDINBURG             TX      78542** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) |
|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.511**   **Lloyd Nelton**
**5822 LA-56**

**Chauvin**     **LA**    **70344**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.512**   **LOIDA PADONG**
**2090 Driskill Street**

**Beaumont**     **TX**    **77706**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.513**   **Lon Levy**
**27558 Saint Louis Street**

**Lacombe**     **LA**    **70445**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.514**   **Loraine Almodovar**
**2857 Cottondale Dr**

**Deltona**     **FL**    **32738**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.515**   **Lorenzo Mcmillian**
**2321 Comet Street**

**New Orleans**     **LA**    **70131**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.516**   **Lori Bollay**
**3200 Canadian River Loop**

**Killeen**     **TX**    **76549**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.517**   **Lucio Zamarripa**
**3820 Campacuas Dr**

**Mercedes**     **TX**    **78570**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

---

## Part 3:     Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.518 | **Luis & Maria Guadalupe Botello** <br> **316 Norma Drive** <br><br> **Irving**     **TX**     **75061** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.519 | **Luis Angel Resendez** <br> **714 Juarez Avenue** <br><br> **Zapata**     **TX**     **78076** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.520 | **Luis Garcia** <br> **728 Antelope Ln** <br><br> **Laredo**     **TX**     **78045** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.521 | **Luis Munoz** <br> **15101 Cerralvo Dr** <br><br> **Laredo**     **TX**     **78045** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.522 | **Luis Rosario** <br> **1012 McKavett Drive** <br><br> **Fort Worth**     **TX**     **76140** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.523 | **Lupe Ramos** <br> **2104 North Nebraska Avenue** <br><br> **Weslaco**     **TX**     **78599** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.524 | **Lurry Royer** <br> **36449 Hermina St** <br><br> **Slidell**     **LA**     **70460** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                        Case number (if known) _____

## Part 3:   Additional Page for Others to Be Notified About Unsecured Claims

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.525 | **Luz Garcia**<br>**7516 Camelot Dr**<br><br>**Mission**　　　**TX**　　**78572** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.526 | **Magdalena Gonzalez**<br>**1517 Jose St N**<br><br>**Weslaco**　　　**TX**　　**78596** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.527 | **Magdalena Jackson-sanchez**<br>**543 Demya Dr**<br><br>**San Antonio**　　　**TX**　　**78227** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.528 | **Malachi Rodriguez**<br>**416 Minter St**<br><br>**Uvalde**　　　**TX**　　**78801** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.529 | **Malcolm Corpening**<br>**1485 Bowen Rd**<br><br>**Lake Charles**　　　**LA**　　**70611** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.530 | **Manny & Taylor De Leon**<br>**121 East 6th Street**<br><br>**Yorktown**　　　**TX**　　**78164** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.531 | **Manuel Villa & Dominique Armendariz**<br>**600 E Crockett St**<br><br>**Ennis**　　　**TX**　　**75119** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.532 | **Mara Ingersoll** <br> **205 Saint Clair Drive** <br><br> **Longview          TX     75605** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.533 | **Marben Israel** <br> **3957 Desert Bluff Drive** <br><br> **El Paso          TX     79938** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.534 | **Marcia Ferrer** <br> **156 County Road 4631** <br><br> **Hondo          TX     78861** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.535 | **Marcial  Cortinas** <br> **4815 Oklahoma Ave** <br><br> **Brownsville          TX     78521** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.536 | **Marco Ramos** <br> **2742 STONE WAY** <br><br> **Eagle Pass          TX     78852** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.537 | **Marcos Gaona Garcia** <br> **3519 South Elevation Drive** <br><br> **Edinburg          TX     78542** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.538 | **Marcus Steiner** <br> **1802 Laurie St** <br><br> **Rayne          LA     70578** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.539** | **Margarita Talbott** <br> **2102 Market St** <br> **Laredo**    **TX**    **78043** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| **4.540** | **Margarito Rios** <br> **106 N 28th Ave** <br> **Edinburg**    **TX**    **78542** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| **4.541** | **Maria & Vincent Salmeron** <br> **8011 Latigo Dr** <br> **San Antonio**    **TX**    **78227** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| **4.542** | **Maria Barron** <br> **8755 Elam Rd** <br> **Dallas**    **TX**    **75217** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| **4.543** | **Maria Calvo** <br> **1075 N 6th St** <br> **Raymondville**    **TX**    **78580** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| **4.544** | **Maria D Guzman** <br> **712 West Eagle Avenue** <br> **Pharr**    **TX**    **78577** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| **4.545** | **Maria De La Luz** <br> **6295 Fargo Ave** <br> **Brownsville**    **TX**    **78521** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 3: Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.546 | **Maria De Los Angeles Briseno** **6354 Montebello Cir** **Brownsville        TX     78521** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.547 | **Maria Gonzales** **839 South San Dario Avenue** **San Antonio        TX     78237** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.548 | **Maria Graciela Rodriguezure** **724 Hauff Ln** **Brownsville        TX     78521** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.549 | **Maria Hinojosa** **2034 Matehuala Ct** **Brownsville        TX     78526** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.550 | **Maria Salinas** **9238 Carmalee Street** **Houston        TX     77075** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.551 | **Maria Selvera** **1014 E Taylor St** **Brownsville        TX     78520** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.552 | **Maria Villarreal** **147 San Juan Drive** **Roma        TX     78584** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.553 | **Maria& Jimmy Salinas**<br>**1211 E Virginia Ave**<br><br>**Victoria        TX     77901** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.554 | **Maricela Ortega**<br>**1400 South Abram Road**<br><br>**Palmview        TX     78572** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.555 | **Marilyn Weiss**<br>**2300 lattimore st**<br><br>**Denton        TX     76209** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.556 | **Mario Ferreyro**<br>**5202 Estancia Ln**<br><br>**Laredo        TX     78046** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.557 | **Marisa Marie Martinez**<br>**804 E Henderson St**<br><br>**Bishop        TX     78343** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.558 | **Marisol Martinez**<br>**6722 Freedom Oaks**<br><br>**San Antonio        TX     78242** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.559 | **MARK AND JENNY STANZEL**<br>**1834 Waterwood Dr**<br><br>**Arlington        TX     76012** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                        Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.560 | **Mark Walters PT** <br> **709 Minutemen Dr** <br><br> **Laredo          TX     78046** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.561 | **Marquand Price** <br> **4610 Lennox Boulevard** <br><br> **New Orleans          LA     70131** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.562 | **Martha a Guevarra de torres** <br> **3114 E 24th St** <br><br> **Brownsville          TX     78521** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.563 | **Martha Ann Cunningham** <br> **1104 Reitz Drive** <br><br> **Cedar Hill          TX     75104** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.564 | **Mary Garcia** <br> **1204 West Alamo Street** <br><br> **Carrizo Springs          TX     78834** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.565 | **Mary Martin** <br> **843 Coulee Bend Blvd** <br><br> **Moss Bluff          LA     70611** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.566 | **Mary Rayford** <br> **2602 Shelton St** <br><br> **Bellmead          TX     76705** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.567** __Mary Salinas__

__424 Center Rd__

__LAREDO          TX      78045__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.568** __Mary Stortz__

__4704 Hackberry Drive__

__New Orleans      LA      70121__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.569** __Matt Mansuri__

__2134 Forest Way__

__Westlake          LA      70669__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.570** __Matthew Didier__

__2816 Sierra Drive__

__Fort Worth        TX      76116__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.571** __Matthew Gandara__

__708 Debora Street__

__Troy               TX      76579__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.572** __Mauricio Vega Jr__

__14910 Ridge Hill Dr__

__San Antonio       TX      78233__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.573** __Mayla Palomo__

__125 Pruddy Oaks Drive__

__Liberty Hill       TX      78642__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.574 | __Mayra Gonzalez__<br>__4203 SANTA FE ST__<br><br>__MISSION__        __TX__    __78752__ | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.575 | __Mecene Jean__<br>__897 Oakwood Dr__<br><br>__Terrytown__       __LA__    __70056__ | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.576 | __Melinda Zuniga__<br>__3917 Azali Dr__<br><br>__Corpus Christi__     __TX__    __78414__ | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.577 | __Melissa & Richard Bruce__<br>__6706 STUYVESANT CT__<br><br>__CORPUS CHRISTI__    __TX__    __78414__ | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.578 | __Mercedes Ramirez__<br>__407 E San Benito St__<br><br>__Rio Grande City__    __TX__    __78582__ | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.579 | __Mercedes Sanchez__<br>__1013 Keats St__<br><br>__San Antonio__      __TX__    __78211__ | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.580 | __Mia St Martin__<br>__2565 Lavender Street__<br><br>__New Orleans__      __LA__    __70122__ | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**  Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.581 | **Michael & Angelina McDonald** <br> **9215 Longmire Trace** <br><br> **San Antonio** **TX** **78245** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.582 | **Michael Abramovich** <br> **3521 Timber Ridge Trail** <br><br> **McKinney** **TX** **75071** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.583 | **Michael Cantu** <br> **714 Blueleaf** <br><br> **San Antonio** **TX** **78245** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.584 | **Michael Curtis James** <br> **2914 Quebec Drive** <br><br> **Corpus Christi** **TX** **78414** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.585 | **Michael Hunt** <br> **18269 Terraceside Dr** <br><br> **Prairieville** **LA** **70769** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.586 | **Michael Mcdaniel** <br> **3608 Charles St** <br><br> **Richland Hills** **TX** **76180** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.587 | **Michael Robinson** <br> **3926 Fairmont Dr7** <br><br> **New Orleans** **LA** **70122** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.588**  Michael Thompson
510 Waterford St

Farmersville          TX      75442

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.589**  Michelle Gomez
4302 Willow Street

Corpus Christi        TX      78411

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.590**  Michelle Hawkins
2024 Essen Ct

Celina                TX      75009

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.591**  Michelle Rodriguez
9314 Claret

San Antonio           TX      78254

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.592**  MIKE & JULIE GRIFFIN
1301 Lakeridge Dr

Ennis                 TX      75119

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.593**  Miluska Paz Zavala & Miguel Olalde
715 Shorleaf

San Antonio           TX      78245

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.594**  Minerva Gonzalez
322 Catherine Ave

Rio Hondo             TX      78583

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

Debtor    **Alternative Solar, LLC**                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.595 | **Ming Chan** | Line _____ | __ __ __ __ |
| | **1904 Emerald Breeze Ct.** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Houston**        **TX**    **77089** | | |
| 4.596 | **Naga Paritala** | Line _____ | __ __ __ __ |
| | **3302 Mattie Grey Lane** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Melissa**        **TX**    **75454** | | |
| 4.597 | **Nanci Bassey** | Line _____ | __ __ __ __ |
| | **5435 Osprey Drive** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Houston**        **TX**    **77048** | | |
| 4.598 | **Nattina Wilkerson** | Line _____ | __ __ __ __ |
| | **2606 S 27th St** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Waco**        **TX**    **76706** | | |
| 4.599 | **Nelson Santiago-Mercado** | Line _____ | __ __ __ __ |
| | **2105 Basalt Drive** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Killeen**        **TX**    **76549** | | |
| 4.600 | **Nicholas Conrad** | Line _____ | __ __ __ __ |
| | **87 Quail Creek Dr** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Del Rio**        **TX**    **78840** | | |
| 4.601 | **Nicholas Humphrey** | Line _____ | __ __ __ __ |
| | **3900 Aspen Drive** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Harvey**        **LA**    **70058** | | |

Debtor    **Alternative Solar, LLC**        Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.602 | Nicky Dimonde<br>100 St Gaspar St<br><br>Youngsville   LA   70592 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.603 | Nicolas Garza<br>208 NYE DR<br><br>Laredo   TX   78041 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.604 | Nicolas Torres<br>453 Ceresa Ln<br><br>Brownsville   TX   78521 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.605 | Nicole & Jonathan Vogel<br>26 San Carlos Ave<br><br>Jefferson   LA   70121 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.606 | Nisa Chimnai<br>1210 Ferndale Dr<br><br>El Lago   TX   77586 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.607 | Nolberto Cortez<br>429 Manshir Cir<br><br>Edinburg   TX   78539 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.608 | Nora Cazares<br>326 Collado Dr<br><br>Laredo   TX   78045 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**__     Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.609 | **Octavio Murguia Diaz** <br> **313 N 11th St** <br><br> **McAllen**    **TX**    **78501** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.610 | **Odalis Alvarado** <br> **416 Minter St** <br><br> **Uvalde**    **TX**    **78801** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.611 | **Ofelia Trejo** <br> **334 Fair Ave** <br><br> **San Antonio**    **TX**    **78223** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.612 | **Olivia Jones** <br> **5105 Westcliff Road** <br><br> **Killeen**    **TX**    **76543** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.613 | **Omar Turner** <br> **2207 Lewis Trail** <br><br> **Grand Prairie**    **TX**    **75052** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.614 | **Orfelinda Balderas** <br> **3211 Nabors Road** <br><br> **Mission**    **TX**    **78574** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.615 | **Orlando Gutierrez** <br> **6822 Crosstimbers Drive** <br><br> **Corpus Christi**    **TX**    **78413** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor **Alternative Solar, LLC**     Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.616 | Orvin Williams<br>2408 Sail Port Street<br><br>Pearland   TX   77584 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.617 | Oscar Gracia<br>1606 W Israel Ave<br><br>Alton   TX   78573 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.618 | Oscar Joseph<br>5163 St Anthony Ave<br><br>New Orleans   LA   70122 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.619 | Oscar Villarreal<br>4825 Kostoryz Rd<br><br>Corpus Christi   TX   78415 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.620 | Pablo Longoria<br>416 Beech Ave<br><br>Donna   TX   78537 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.621 | Patricia Martinez<br>38 Atlantic Ave<br><br>Brownsville   TX   78521 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.622 | Patricia RAMOS<br>404 Mountain View Dr<br><br>Del Rio   TX   78840 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.623 | Patricio Ramos<br>511 Diaz St<br><br>Uvalde              TX      78801 | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | ___ ___ ___ ___ |
| 4.624 | Patsy Barnes<br>7921 Dorsett Dr<br><br>New Orleans       LA      70128 | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | ___ ___ ___ ___ |
| 4.625 | Paul J Walker<br>6113 Creekhaven Drive<br><br>Mesquite          TX      75181 | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | ___ ___ ___ ___ |
| 4.626 | Paul Stone<br>3503 Viburnum Dr<br><br>Wylie             TX      75098 | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | ___ ___ ___ ___ |
| 4.627 | Paul Walker<br>2101 Crawford Dr<br><br>Mesquite          TX      75149 | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | ___ ___ ___ ___ |
| 4.628 | Paulo Villarreal LST<br>558 Gilbert Ln<br><br>San Antonio       TX      78213 | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | ___ ___ ___ ___ |
| 4.629 | Pedro Amador<br>933 Pueblo Ct<br><br>Brownsville       TX      78526 | Line _____<br><br>☑ Not listed. Explain:<br>**Notice Only** | ___ ___ ___ ___ |

Debtor    **Alternative Solar, LLC**                                Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|
| 4.630 **Pedro Conde**<br>**411 W Raymond Ave**<br><br>**Raymondville        TX     78580** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.631 **Penny Schmidt**<br>**5220 Pork Chop Drive**<br><br>**Fort Worth        TX     76126** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.632 **Pepe Navarro**<br>**1655 Nantucket St**<br><br>**Deltona        FL     32725** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.633 **Pete Alvarez**<br>**128 Fenley St**<br><br>**Uvalde        TX     78801** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.634 **Petra Garcia**<br>**851 Iowa Ave**<br><br>**Mercedes        TX     78570** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.635 **Phillip Ulibarri**<br>**2950 Kerri Elizabeth**<br><br>**San Antonio        TX     78237** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.636 **Photthasith Sirimanotham**<br>**6049 Tarafaya Drive**<br><br>**Corpus Christi        TX     78414** | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                  Case number (if known) _____

| | |
|---|---|
| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.637**  **Ra'Jard Roberts**
**513 Olympia St**

**DeSoto          TX     75115**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.638**  **Rachael Settles**
**6645 Vista View Drive**

**Woodway         TX     76712**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.639**  **Rafael Flores Malave**
**2202 Lava Lane**

**Killeen          TX     76549**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.640**  **Rafael Martinez**
**211 Shasta Avenue**

**San Antonio      TX     78221**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.641**  **Rafael Ramirez**
**1604 Rock Quarry Rd**

**Crystal City     TX     78839**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.642**  **Rafael Ramos Valencia**
**766 W PALMA VISTA DR**

**PALMVIEW         TX     78572**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.643**  **Ralph Martinez**
**556 W Mayfield Blvd**

**San Antonio      TX     78211**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   **Alternative Solar, LLC**                          Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.644** | **Ramiro Rodriguez**<br>**204 E Leticia St**<br><br>**San Juan** **TX** **78589** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.645** | **Ramona Ramirez**<br>**555 Gettysburg Road**<br><br>**San Antonio** **TX** **78228** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.646** | **Randy Cheramie**<br>**145 Danos St**<br><br>**Raceland** **LA** **70394** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.647** | **Raquel Pantoja**<br>**3207 Fontenay Park**<br><br>**San Antonio** **TX** **78251** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.648** | **Raven Reese**<br>**417 Cherrywood Dr**<br><br>**Gretna** **LA** **70056** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.649** | **Ray Ramirez**<br>**15803 Heidelberg Drive**<br><br>**LaCoste** **TX** **78039** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.650** | **Raymond Charles Jr.**<br>**3600 Aspen Drive**<br><br>**Harvey** **LA** **70058** | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.651 | **Raymond Weber** <br> **7008 Ridgefield Dr** <br><br> **New Orleans** **LA** **70128** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.652 | **Raymundo Espinoza** <br> **1831 West Poplar Street** <br><br> **San Antonio** **TX** **78207** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.653 | **Rebecca Brockhaus Denham** <br> **1324 Perrin Dr** <br><br> **Arabi** **LA** **70032** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.654 | **REBECCA JOHNSON** <br> **745 E Dartmouth Ln** <br><br> **Deer Park** **TX** **77536** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.655 | **Reddy Kuravalapalli** <br> **3203 Morris Lane** <br><br> **Melissa** **TX** **75454** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.656 | **Rene Montemayor** <br> **3520 Pinder Ave** <br><br> **Laredo** **TX** **78041** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.657 | **Reynaldo Demesa** <br> **7815 Abbey Place** <br><br> **San Antonio** **TX** **78218** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.658 | **Ricardo Carbajal** **3621 Rosalva Ave** **McAllen** **TX** **78503** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.659 | **Ricardo Gutierrez** **1840 Rebecca Ln** **Eagle Pass** **TX** **78852** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.660 | **Richard Barnett** **3016 ENCINO DR** **FORT WORTH** **TX** **76116** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.661 | **Richard Gaspard** **5012 Towering Oaks Ave** **Marrero** **LA** **70072** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.662 | **Richard Leanna** **5835 Sun Farm** **San Antonio** **TX** **78244** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.663 | **Richard Taylor PT** **1916 Prospect Street** **Houston** **TX** **77004** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.664 | **Richard Teague** **1514 Lindenwood Dr** **Orange** **TX** **77630** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

<table>
<tr><td>**Part 3:**</td><td>**Additional Page for Others to Be Notified About Unsecured Claims**</td></tr>
</table>

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.665** **Ricky and Sharletta Lawton** **1354 Ann Arbor Avenue** **Dallas** **TX** **75216** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.666** **Ricky Rodriguez** **8719 Bridington** **San Antonio** **TX** **78239** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.667** **Rigoberto Garcia** **4625 CHRISTIE ST** **CORPUS CHRISTI** **TX** **78415** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.668** **Rob Allen & Melissa Ibey** **19117 Pencil Cactus Drive** **Pflugerville** **TX** **78660** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.669** **Robert Hart** **5818 Freemans Farm Street** **San Antonio** **TX** **78233** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.670** **Robert Huebel** **111 Pine Street** **Arlington** **TX** **76011** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.671** **Robert Lomas** **111 Crestline Dr** **Del Rio** **TX** **78840** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                        Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|-----------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.672 | **Robert Mackey** <br> **1337 Bull Horn Loop** <br><br> **Round Rock**      **TX**     **78665** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.673 | **Robert Skinner** <br> **4305 Llano Ct** <br><br> **Midland**      **TX**     **79707** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.674 | **Robert Sowah** <br> **7024 Pickford Ct** <br><br> **Arlington**      **TX**     **76001** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.675 | **Robert Thompson** <br> **1408 S Dallas St** <br><br> **Midland**      **TX**     **79701** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.676 | **Robert Trevino** <br> **618 W F AVE** <br><br> **KINGSVILLE**      **TX**     **78363** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.677 | **Roberto Martinez** <br> **3404 Sunset Valley Dr** <br><br> **Donna**      **TX**     **78537** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.678 | **Roberto Renteria** <br> **5950 Paso Real Dr** <br><br> **Brownsville**      **TX**     **78521** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor      **Alternative Solar, LLC**                                Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.679 | Robin Shapiro<br>5430 N Rampart St<br><br>New Orleans          LA      70117 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.680 | Rochelle Odon<br>5767 Campus Boulevard<br><br>New Orleans          LA      70126 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.681 | Roderick F. Jimenez<br>5322 Santa Cruz St<br><br>San Antonio          TX      78228 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.682 | Rodolfo Campos<br>12417 Trailing Oaks Street<br><br>Live Oak          TX      78233 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.683 | Rodolfo Juarez<br>401 Jolley Street<br><br>Uvalde          TX      78801 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.684 | Ronald Victor<br>206 FOURTH ST<br><br>SAINTROSE          LA      70087 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.685 | Ronnie Milford<br>2726 Red Bluff Ramp Rd<br><br>San Angelo          TX      76904 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) |
|--------|---------------------------|------------------------|

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|-------------|---------------------------------------------------------------------|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| **4.686** | Roque Gonzalez<br>1111 Veterans Memorial Blvd<br><br>Kenner        LA      70062 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.687** | Rosa Maria De Llano<br>317 Belaire Dr<br><br>Laredo        TX      78041 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.688** | Rosa Rauda<br>5500 Feliciana Drive<br><br>New Orleans        LA      70126 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.689** | Rosa Sosa<br>6811 Martinique Dr<br><br>San Antonio        TX      78227 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.690** | Rosalinda Olveda<br>610 Anthem Ln<br><br>New Braunfels        TX      78132 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.691** | ROSE CARROLL<br>398 Sharon Ln<br><br>Willis        TX      77378 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.692** | Rosemarie Green<br>1747 Jacobin St NW<br><br>Palm Bay        FL      32907 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                     Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.693 | **Rosemarie Solomon** **5901 N Derbigny St** **New Orleans** **LA** **70117** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.694 | **Rosie Lopez** **2718 Purdy Ct** **Laredo** **TX** **78046** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.695 | **Roxanne Zachary** **1230 Continental Dr S** **Pleasanton** **TX** **78064** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.696 | **Ruben Valle** **6501 Ranch Ave.** **Midland** **TX** **79705** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.697 | **Rufina Alvarez** **1530 West Washington Street** **Denison** **TX** **75020** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.698 | **Ryan & Alice Rhodes** **4 Birch Circle Unit CL** **Uvalde** **TX** **78801** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.699 | **Ryan Bourgeois** **2620 Cascade Dr** **Marrero** **LA** **70072** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| **4.700** | **Ryan Clements** <br> **41185 Lakeway Cove Ave** <br><br> **Gonzales** **LA** **70737** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.701** | **Ryan Fey** <br> **67716 Ring Neck Dove Dr** <br><br> **Covington** **LA** **70433** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.702** | **Ryan Forehand** <br> **128 West 58th Street** <br><br> **Cut Off** **LA** **70345** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.703** | **Salvador Delgado** <br> **1054 Webster St** <br><br> **Eagle Pass** **TX** **78852** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.704** | **Salvador Hernandez** <br> **2874 Quail Crossing** <br><br> **Seguin** **TX** **78155** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.705** | **Samantha Garcia** <br> **344 Boise Ct** <br><br> **Brownsville** **TX** **78526** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| **4.706** | **Samantha Ramirez** <br> **3212 Grotto Dr** <br><br> **Brownsville** **TX** **78526** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor __Alternative Solar, LLC_____ Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.707 | Sammy Shannon <br> 300 County Road L <br><br> Kress          TX     79052 | Line _____ <br> ☑ Not listed.  Explain: <br> Notice Only | __ __ __ __ |
| 4.708 | Samuel Escobar <br> 2505 South Sevilla Street <br><br> Pharr          TX     78577 | Line _____ <br> ☑ Not listed.  Explain: <br> Notice Only | __ __ __ __ |
| 4.709 | Samuel& Cynthia Gamboa Derate <br> 306 Menlo Boulevard <br><br> San Antonio          TX     78223 | Line _____ <br> ☑ Not listed.  Explain: <br> Notice Only | __ __ __ __ |
| 4.710 | San juanita Portillo de sanchez <br> 216 Nicolas Lopez St <br><br> Rio Grande City          TX     78582 | Line _____ <br> ☑ Not listed.  Explain: <br> Notice Only | __ __ __ __ |
| 4.711 | Sanjauna & Jesse Mesa <br> 7911 Chaps Drive <br><br> San Antonio          TX     78227 | Line _____ <br> ☑ Not listed.  Explain: <br> Notice Only | __ __ __ __ |
| 4.712 | Santa Concepcion <br> 1034 North 2nd Street <br><br> Raymondville          TX     78580 | Line _____ <br> ☑ Not listed.  Explain: <br> Notice Only | __ __ __ __ |
| 4.713 | Santiago Chavez III <br> 3508 Eduardo E Hayes Rd <br><br> Laredo          TX     78046 | Line _____ <br> ☑ Not listed.  Explain: <br> Notice Only | __ __ __ __ |

Debtor __**Alternative Solar, LLC**__        Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.714 | Santos Flores<br>2738 Meadow View Dr<br><br>Brownsville    TX   78526 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.715 | Sara Caldwell<br>12803 El Sendero St<br><br>San Antonio    TX   78233 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.716 | Sara Garner<br>1934 Ridge Park Drive<br><br>San Antonio    TX   78232 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.717 | Sara vite Callaway<br>1421 Basin St<br><br>Harlingen    TX   78550 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.718 | Sarah & Jesse St. John<br>11 Mayborough Court<br><br>Spring    TX   77382 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.719 | Sarah London<br>61 Grand Canyon Dr<br><br>New Orleans    LA   70131 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |
| 4.720 | Sarah Pavageau<br>7005 Asher Street<br><br>Metairie    LA   70003 | Line _____<br>☑ Not listed. Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**           Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.721 | **Saul & Brandon Alday** <br> **701 East Edwards Street** <br><br> **Crystal City**    **TX**    **78839** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.722 | **Saul & Dennica Huerta** <br> **1411 Crow Ct** <br><br> **San Antonio**    **TX**    **78245** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.723 | **Saul Urdiales** <br> **6509 Brushy Creek Drive** <br><br> **Killeen**    **TX**    **76549** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.724 | **Sean Buck** <br> **2610 Starlight Court** <br><br> **San Antonio**    **TX**    **78261** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.725 | **Sean Fehrenbacher** <br> **15323 Night Heron** <br><br> **San Antonio**    **TX**    **78253** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.726 | **Sergio Nunez** <br> **117 Coahuila Loop** <br><br> **Laredo**    **TX**    **78045** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.727 | **Sergio Perales** <br> **560 California Road** <br><br> **Los Fresnos**    **TX**    **78566** | Line _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                 Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.728**  **Shannon Barrera**
**4410 Dreux Ave**

**New Orleans**      **LA**    **70126**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.729**  **Shannon Callegan**
**8474 Main St**

**Sorrento**      **LA**    **70778**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.730**  **Shannon Solis**
**318 Territory Oak**

**San Antonio**      **TX**    **78253**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.731**  **Shanon Menina**
**2309 S Friendship Dr**

**Harvey**      **LA**    **70058**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.732**  **Shante Moses**
**330 Cumberland Dr**

**Slidell**      **LA**    **70458**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.733**  **Shari Knippa**
**112 Tulip Garden Trail**

**San Marcos**      **TX**    **78666**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.734**  **Sharon Johnson & Pearlie Heights**
**3007 Citron Garden**

**Converse**      **TX**    **78109**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

Debtor  **Alternative Solar, LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|------------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.735 | **Sharon Mccurdy** **432 North Dallas Street** **Van Alstyne       TX      75495** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.736 | **Shawna-lee Roberts** **300 Hawthorn Dr** **Nevada       TX      75173** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.737 | **Shawndrica Hadley** **5301 Edenboro Rd** **New Orleans       LA      70127** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.738 | **Sheila Cabrera** **441 Colorado Drive** **San Benito       TX      78586** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.739 | **Shelbi & William Griffin SD** **14415 BRIARMIST ST** **SAN ANTONIO       TX      78247** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.740 | **Shemane Pepe** **5310 Warrington Dr** **New Orleans       LA      70122** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| 4.741 | **Shenyarai Pellerin** **7523 1st Lake Dr** **Slidell       LA      70461** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
| --- | --- |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.742 | Sherwina McGuire<br>2620 Madrid St<br><br>New Orleans          LA      70122 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.743 | Shonta Lubin<br>757 Gold Finch Wy Moss<br><br>Bluff          LA      70611 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.744 | SIMONETTA MCKENZIE<br>4000 Gainer Ct<br><br>Hutto          TX      78634 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.745 | Sofia Lopez<br>2025 Virginia Boulevard<br><br>San Antonio          TX      78203 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.746 | Soledad Garcia de Rodriguez<br>11761 Jones St<br><br>La Sara          TX      78561 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.747 | Sonny Cormier<br>1917 George Dr<br><br>Opelousas          LA      70570 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.748 | Sourisak Sakdarak<br>2402 Bay Wind Drive<br><br>Corpus Christi          TX      78414 | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                    Case number (if known) _____

| | |
|---|---|
| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| **4.749** | **Stephanie Gutierrez** **1203 Red Rock Ranch** **San Antonio       TX      78245** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.750** | **Stephen Hui** **2305 McGregor Ln** **Cedar Park       TX      78613** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.751** | **Stephen Sallinger** **2117 Stumpf Blvd** **Terrytown       LA      70056** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.752** | **Stephen White** **1511 SPRINGHOUSE ST** **SAN ANTONIO       TX      78521** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.753** | **Stephen Zwahr** **7516 Cherrybark Oak Dr** **Gonzales       LA      70737** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.754** | **Sterling Stewart** **2589 Lonesome Creek Trail** **New Braunfels       TX      78130** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |
| **4.755** | **Steve Maccallum** **321 Long Hill Dr** **Sulphur       LA      70665** | Line _____ ☑ Not listed. Explain: **Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                      Case number (if known) _____

## Part 3:    Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.756**   **Steven & Dorthea Goodson**

**5314 Siltstone Loop**

**Killeen**          **TX**      **76542**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.757**   **Steven Strait**

**1300 Angel Fire Drive**

**Wylie**          **TX**      **75098**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.758**   **Susan Alvarez**

**500 White Wing Way**

**Round Rock**          **TX**      **78664**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.759**   **Susan Donahue**

**67173 Locke St**

**Mandeville**          **LA**      **70471**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.760**   **Susan Oliver**

**4619 Briardale Street**

**San Antonio**          **TX**      **78217**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.761**   **Suzan Moore**

**5834 Ivans Farm**

**San Antonio**          **TX**      **78244**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.762**   **Swen Richter**

**6500 Welch Avenue**

**Fort Worth**          **TX**      **76133**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   **Alternative Solar, LLC**                                   Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.763**   **Sylvia & Ruben Santos**
**4802 Lord Road**

**San Antonio**        **TX**      **78220**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__  __  __  __

**4.764**   **Sylvia Bazan**
**1629 N 7th St**

**Harlingen**        **TX**      **78550**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__  __  __  __

**4.765**   **Sylvia Cardoza**
**2315 Paseo Encantado**

**Mission**        **TX**      **78572**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__  __  __  __

**4.766**   **Sylvia Cardoza**
**2315 Paseo Encantado**

**Mission**        **TX**      **78572**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__  __  __  __

**4.767**   **Tahia Ahmed**
**2320 Lattimore St**

**Denton**        **TX**      **76209**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__  __  __  __

**4.768**   **Taijuan Thomas**
**130 Yosemite Ln**

**Terrell**        **TX**      **75160**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__  __  __  __

**4.769**   **Tameeka Ross**
**7547 Cherrybark Oak Dr**

**Gonzales**        **LA**      **70737**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__  __  __  __

Debtor  **Alternative Solar, LLC**                                    Case number (if known) _____

---

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.770**  **Tammy & David Kurdupski**
**885 Pine St**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Vidor**                **TX**     **77662**

**4.771**  **TENOLAN & ASHLEY FINLEY**
**12523 Crathie Dr**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Atascocita**         **TX**     **77346**

**4.772**  **Teresa Cleborne**
**1011 Magnolia Hill**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**San Antonio**       **TX**     **78251**

**4.773**  **TERRIE GUTIERREZ**
**643 Mc Dougal Avenue**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**San Antonio**       **TX**     **78223**

**4.774**  **Terry Taylor**
**1111 Trinidad Street**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Beaumont**         **TX**     **77703**

**4.775**  **Thalia Williams**
**4507 Secretariat Drive**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**Killeen**            **TX**     **76549**

**4.776**  **The Law Office of Carter H. Thompson**
**9105 Bell Mountain Drive**

Line __3.1__

☐ Not listed.  Explain:

__ __ __ __

**Austin**             **TX**     **78730**

Debtor     **Alternative Solar, LLC**                              Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.777**   **Theresa Walls**
**5831 Providence Pl**

**New Orleans**     **LA     70126**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.778**   **Thomas Connor**
**1420 Via Quijano Lane**

**El Paso**     **TX     79912**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.779**   **Thomas Grafton**
**2205 Brighton Pl**

**Harvey**     **LA     70058**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.780**   **Thomas Ramsbottom**
**7609 Calhoun Cove**

**McKinney**     **TX     75071**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.781**   **Thora Pacquette**
**412 Holstein Dr**

**Belton**     **TX     76513**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.782**   **Tiffany Logan**
**3515 Piedmont Drive**

**New Orleans**     **LA     70122**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.783**   **Tiffany Ruffin**
**184 Radcliffe Dr**

**Lafayette**     **LA     70501**

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

Debtor    **Alternative Solar, LLC**                                Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.784**  **TIM AND KIM DAVENPORT**
**2111 Oakwood Dr**

**Lake Jackson       TX     77566**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.785**  **Timothy Molinere**
**1581 Montegut Rd**

**Montegut       LA     70377**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.786**  **Tom Maritim**
**1813 Sundown Drive**

**Killeen       TX     76543**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.787**  **Tonia Baker**
**817 Rupp St**

**Gretna       LA     70053**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.788**  **Tony  Billiot**
**56669 Fiebelman St**

**Slidell       LA     70458**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.789**  **TRAVIS MELLAND**
**1002 Lakeshore Blvd**

**Little Elm       TX     75068**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.790**  **Travis Taylor**
**935 Magdalena Street**

**Sulphur       LA     70663**

Line _____
☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor    **Alternative Solar, LLC**                              Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.791 | **Travis Williamson** **348 Edgehill Drive** **Pleasanton        TX    78064** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.792 | **Tremell Withrow** **781 Terry Pkwy** **Terrytown        LA    70056** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.793 | **Tresa & Kevin Burns** **2807 Antelope Street** **Vernon        TX    76384** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.794 | **Trevor Booth** **8922 Silent Cross** **San Antonio        TX    78250** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.795 | **Tricia Boutte** **1209 Kingswood Dr** **Westwego        LA    70094** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.796 | **Tristin Turner** **3016 Ottaviano Way** **Hutto        TX    78634** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |
| 4.797 | **Troave Profice** **5502 Wingate Dr** **New Orleans        LA    70122** | Line _____ ☑ Not listed.  Explain: **Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.798 | **TRUONG DANG**<br>**654 rue saint michael**<br><br>**Terrytown        LA      70056** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.799 | **Twandesha Denis**<br>**3128 Two Sisters Wy**<br><br>**Pensacola        FL      32505** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.800 | **Tyler Clouatre**<br>**3310 River Park**<br><br>**Addis            LA      70710** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.801 | **Tyler Smith**<br>**1523 Bradney Dr**<br><br>**Houston          TX      77077** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.802 | **Ubaldo  Melendez**<br>**9230 Florida Rd**<br><br>**Brownsville      TX      78521** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.803 | **Urban Chupe**<br>**217 West Longview Street**<br><br>**Corpus Christi   TX      78408** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.804 | **Uribe Villegas**<br>**15011 Mandarin Crossing**<br><br>**Pflugerville     TX      78660** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor  **Alternative Solar, LLC**                    Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.805**  **Valorie Rodriguez**
**1102 Mount Eden Drive**

**San Antonio**        **TX**     **78213**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.806**  **Velna Reinwald**
**239 Mc Dougal Avenue**

**San Antonio**        **TX**     **78223**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.807**  **Veronica Martinez**
**9228 Alaska Rd**

**Brownsville**        **TX**     **78521**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.808**  **Vicente Sanchez**
**110 Un Amor Ct**

**Del Rio**        **TX**     **78840**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.809**  **VICTOR BELLO PT**
**11910 Hendon Ln**

**Houston**        **TX**     **77072**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.810**  **Victor Carlos Perez**
**2013 Harriett Dr**

**Corpus Christi**        **TX**     **78416**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.811**  **Victor Cohea**
**4618 Good Dr**

**New Orleans**        **LA**     **70127**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor __**Alternative Solar, LLC**_____ Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.812 | Victor Melendez<br>1138 Seven Iron Way<br><br>San Antonio       TX     78221 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.813 | Victor Valero<br>9010 Cliff Dr<br><br>Laredo       TX     78045 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.814 | Victorico Juarez<br>5000 Glade St<br><br>Fort Worth       TX     76114 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.815 | Victorina Gamez de Urrutia<br>9725 Alaska Rd<br><br>Brownsville       TX     78521 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.816 | Viviana Caballero<br>6917 Molinos Dr<br><br>Laredo       TX     78043 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.817 | Wallace Dimery<br>6505 Rein Drive<br><br>Killeen       TX     76542 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.818 | Wanda Richard<br>542 Warrington Dr<br><br>New Orleans       LA     70122 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

| Debtor | **Alternative Solar, LLC** | Case number (if known) | |
|---|---|---|---|

## Part 3:  Additional Page for Others to Be Notified About Unsecured Claims

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.819 | Wanda Scott<br>3235 Vineyard Trail<br><br>Harker Heights    TX    76548 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.820 | Wayne Monte<br>2649 Seagull Dr<br><br>Marrero    LA    70072 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.821 | Wayne Taylor<br>2017 General Taylor<br><br>New Orleans    LA    70115 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.822 | Welton Lawrence<br>2329 WESTMERE ST<br><br>HARVEY    LA    70058 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.823 | Wilford Brooks<br>7580 Cherrybark Oak Dr<br><br>Gonzalez    LA    70737 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.824 | William & Rhonda Chancellor<br>1355 Meadowlark<br><br>Pleasanton    TX    78064 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| 4.825 | William Richard Davis<br>1341 Andante Drive<br><br>Fort Worth    TX    76134 | Line _____<br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Alternative Solar, LLC**                                    Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------------------|

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.826**  **William Sawyer**  
219 East 29th Street  

San Angelo          TX      76903  

Line _____  
☑ Not listed.  Explain:  
**Notice Only**  

___ ___ ___ ___

**4.827**  **William Sturges**  
318 Blanco Avenue  

Luling              TX      78648  

Line _____  
☑ Not listed.  Explain:  
**Notice Only**  

___ ___ ___ ___

**4.828**  **Willie Turner**  
2144 Law Street  

New Orleans         LA      70119  

Line _____  
☑ Not listed.  Explain:  
**Notice Only**  

___ ___ ___ ___

**4.829**  **Wilma Weaver**  
5404 Church Street  

Orange              TX      77632  

Line _____  
☑ Not listed.  Explain:  
**Notice Only**  

___ ___ ___ ___

**4.830**  **Woodrow Randall**  
11141 N Forest Park Ct  

New Orleans         LA      70128  

Line _____  
☑ Not listed.  Explain:  
**Notice Only**  

___ ___ ___ ___

**4.831**  **Xavier & Gloria Hernandez**  
2503 Southwest 21st Street  

San Antonio         TX      78226  

Line _____  
☑ Not listed.  Explain:  
**Notice Only**  

___ ___ ___ ___

**4.832**  **Yanely Gutierrez**  
4 Tabasco Ct  

Brownsville         TX      78526  

Line _____  
☑ Not listed.  Explain:  
**Notice Only**  

___ ___ ___ ___

Debtor   **Alternative Solar, LLC**                          Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.833 | **Yareissi Cantu** <br> **3202 Los Arcos Cir** <br><br> **Weslaco        TX     78599** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.834 | **Yasmin Pena** <br> **311 Deluxe St** <br><br> **Rio Grande City      TX     78582** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.835 | **YESE & CESAR JIMENEZ** <br> **5117 Galaxie Road** <br><br> **Garland        TX     75044** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.836 | **Yolanda Rubio Camacho** <br> **31591 Pfc Juan G Garza Jr Rd** <br><br> **San Benito      TX     78586** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.837 | **Yolanda Torres** <br> **5724 Marlene Drive** <br><br> **Haltom City      TX     76148** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.838 | **Yvette Bowens** <br> **2041 Treasure St** <br><br> **New Orleans      LA     70122** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |
| 4.839 | **Yvette Paysse** <br> **2708 Cardinal Dr** <br><br> **Marrero        LA     70072** | Line _____ <br> ☑ Not listed. Explain: <br> **Notice Only** | __ __ __ __ |

Debtor   **Alternative Solar, LLC**                                           Case number (if known) _____

---

**Part 3:**   **Additional Page for Others to Be Notified About Unsecured Claims**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|

**4.840**   Zachariah & Marlana Berry
6200 Marble Falls Drive

Killeen                    TX        76542

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.841**   ZACK AND JENNIFER JONES
5217 Leander Way

Midlothian                 TX        76065

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

**4.842**   Zipporah Jennings
3841 Woodbriar Drive

Harvey                     LA        70058

Line _____

☑ Not listed.  Explain:
**Notice Only**

___ ___ ___ ___

Debtor   **Alternative Solar, LLC** _____   Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. + | **$3,727,888.77** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$3,727,888.77** |

**Fill in this information to identify the case:**

Debtor name __**Alternative Solar, LLC**__

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known) _____    Chapter __**7**__

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease Contract to be REJECTED | 6700 GCD LLC |
|-----|-----|-----|-----|
| | | | 4137 BREAN DOWN |
| | State the term remaining | | |
| | List the contract number of any government contract | | PFLUGERVILLE         TX         78660 |

**Fill in this information to identify the case:**

Debtor name     **Alternative Solar, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

☑ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.**  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Douglas Anderson** | **571 WILLOW AVE** <br> Number     Street <br><br> **New Braunfels**      **TX**   **78130** <br> City                State   ZIP Code | **Wesco Distribution, Inc** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2  **Douglas Anderson** | **571 Willow Ave** <br> Number     Street <br><br> **New Braunfels**      **TX**   **78130** <br> City                State   ZIP Code | **Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3  **Eric Jae El Allen** | **1426 Hummingbird** <br> Number     Street <br><br> **San Antonio**      **TX**   **78245** <br> City                State   ZIP Code | **C T Corporation System** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4  **Eric Jae El Allen** | **1426 Hummingbird** <br> Number     Street <br><br> **San Antonio**      **TX**   **78245** <br> City                State   ZIP Code | **Cobalt Funding** | ☐ D <br> ☑ E/F <br> ☐ G |

Debtor **Alternative Solar, LLC**          Case number (if known) _____

## ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

*Check all schedules that apply:*

| | Name | Mailing address | Name | |
|---|---|---|---|---|
| 2.5 | Eric Jae El Allen | 1426 Hummingbird<br>Number   Street<br><br>San Antonio   TX   78245<br>City   State   ZIP Code | Small Business Administration | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Eric Jae El Allen | 1426 Hummingbird<br>Number   Street<br><br>San Antonio   TX   78245<br>City   State   ZIP Code | 6700 GCD LLC | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | Eric Jae El Allen | 1426 Hummingbird<br>Number   Street<br><br>San Antonio   TX   78245<br>City   State   ZIP Code | Chase | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | Eric Jae El Allen | 1426 Hummingbird<br>Number   Street<br><br>San Antonio   TX   78245<br>City   State   ZIP Code | Wesco Distribution, Inc | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | Eric Jae El Allen | 1426 Hummingbird<br>Number   Street<br><br>San Antonio   TX   78245<br>City   State   ZIP Code | CED - Greentech | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | Eric Jae El Allen | 1426 Hummingbird<br>Number   Street<br><br>San Antonio   TX   78245<br>City   State   ZIP Code | American Express | ☐ D<br>☑ E/F<br>☐ G |
| 2.11 | Eric Jae El Allen | 1426 Hummingbird<br>Number   Street<br><br>San Antonio   TX   78245<br>City   State   ZIP Code | Gelt Financial | ☑ D<br>☐ E/F<br>☐ G |

Debtor   **Alternative Solar, LLC**                              Case number (if known) _____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| Name | Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| **2.12 Eric Jae El Allen** | **1426 Hummingbird**<br>Number    Street<br><br>**San Antonio       TX   78245**<br>City                State  ZIP Code | **Idea 247, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| **2.13 Eric Jae El Allen** | **1426 Hummingbird**<br>Number    Street<br><br>**San Antonio       TX   78245**<br>City                State  ZIP Code | **Backd Finance** | ☑ D<br>☐ E/F<br>☐ G |
| **2.14 Uros Ceglaj** | **16333 Vance Jackson Rd #2325**<br>Number    Street<br><br>**San Antonio       TX   78258**<br>City                State  ZIP Code | **Gelt Financial** | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Alternative Solar, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................. | **$1,300,000.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................ | **$2,080,659.11**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.................................................................................. | **$3,380,659.11**

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ | **$4,206,770.09**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.................................................... | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................. | + **$3,727,888.77**

4. **Total liabilities**
   Lines 2 + 3a + 3b.................................................................................................... | **$7,934,658.86**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Alternative Solar, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/20/2023**      X **/s/ Eric Allen**
    MM / DD / YYYY         Signature of individual signing on behalf of debtor

                              **Eric Allen**
                              Printed name

                              **CEO**
                              Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Alternative Solar, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

### Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **01/01/2023** <br> MM / DD / YYYY to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$25,000.00** |
| For prior year: | From **01/01/2022** <br> MM / DD / YYYY to | **12/31/2022** <br> MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$43,000,000.00** |
| For the year before that: | From **01/01/2021** <br> MM / DD / YYYY to | **12/31/2021** <br> MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$15,861,089.63** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable.  *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties.  List each source and the gross revenue for each separately.  Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **Alternative Solar, LLC**                                           Case number (if known) _____
_____
Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Eric Allen** | **October 4, 2022** | **$60,000.00** | **Mr. Allen transferred money to the Debtor to help with payroll. When Debtor received more funds from ongoing jobs, the payroll advance was refunded.** |
| | Insider's name | | | |
| | **1426 Hummingbird** | | | |
| | Street | | | |
| | **San Antonio**          **TX**   **78245** | | | |
| | City                          State     ZIP Code | | | |
| | Relationship to debtor | | | |
| | **CEO** | | | |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:      Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Cobalt Funding Solutions v. Alternativesolar, Llc D/B/A The Alternative Solar Home Solutions, Eric Jae El Allen** | **Debt Collection** | **Kings County Supreme Court** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | | | **360 Adams St #4** | ☐ Concluded |
| | | | Street | |
| | Case number | | | |
| | **0536062** | | **Brooklyn**          **NY**   **11201** | |
| | | | City                      State    ZIP Code | |

Debtor    **Alternative Solar, LLC**                                          Case number (if known) _____
      Name

| | | | |
|---|---|---|---|
| **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| 7.2. **Austin Business Finance, LLC vs. AlternativeSolar, LLC and Eric J. Allen** | **Debt Collection** | **Travis County 261st District Court** <br> Name <br> **1000 Guadalupe** <br> Street <br> **3rd floor** | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |

**Case number**
**D-1-GN-23-000196** _____

**Austin**          **TX**   **78701**
City                State  ZIP Code

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

### Part 4:    Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

### Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | Date of loss | Value of property lost |
|---|---|---|---|
| **Trailer was stolen from warehouse. Debtor did not file a police report and there is no insurance claim or proceeds expected.** | **$0.00** | **12/2022** | **$9,000.00** |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 206A/B *(Schedule A/B: Assets -- Real and Personal Property)*. | Date of loss | Value of property lost |
|---|---|---|---|
| **2021 Tesla Model 3 - vehicle involved in a car accident on November 1, 2022. Kempner Insurance has taken possession of the vehicle and gap insurance will be satisfying the note directly to lienholder. Debtor does not anticipate any funds directly.** | **$0.00** | **11/1/2022** | **$34,675.00** |

| Debtor | Alternative Solar, LLC | Case number (if known) | |
|--------|------------------------|------------------------|---|
| | Name | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Joyce W Lindauer Attorney, PLLC | $3,838 - included filing fee | Jan 2023 | $3,838.00 |

**Address**

1412 Main Street
Street
Suite 500

| Dallas | TX | 75202 |
|--------|-----|-------|
| City | State | ZIP Code |

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Pacific Energy Networks | Pacific Energy Networks was under contract to purchase and acquire the Debtor. They breached the contract and demanded a return of all monies paid for sale. | 12/15/2022 | $230,000.00 |

**Address**

5781 Schafer Ave
Street

| Chino | CA | 91710 |
|-------|-----|-------|
| City | State | ZIP Code |

**Relationship to debtor**

N/A

Debtor    **Alternative Solar, LLC**                                                    Case number (if known) _____
          Name

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.2. **Brett Stewart** | **Debtor refunded former client for services paid for, but not yet rendered.** | **1/3/2023** | **$12,334.00** |
| **Address** | | | |
| **8499 Spring Creek Loop** | | | |
| Street | | | |
| **Salado**          **TX**   **76571** | | | |
| City                State  ZIP Code | | | |
| **Relationship to debtor** | | | |
| **Customer** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.3. **Khadijah Green-Gaskin** | **Debtor refunded former client for services paid for, but not yet rendered.** | **1/4/2023** | **$10,000.00** |
| **Address** | | | |
| **6546 Hibiscus Falls** | | | |
| Street | | | |
| **San Antonio**          **TX**   **78218** | | | |
| City                     State  ZIP Code | | | |
| **Relationship to debtor** | | | |
| **N/A** | | | |

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.4. **Steven Taylor** | **Debtor refunded former client for services paid for, but not yet rendered.** | **12/24/2022** | **$20,841.97** |
| **Address** | | | |
| **29285 Berry Todd Rd** | | | |
| Street | | | |
| **Lacombe**          **LA**   **70445** | | | |
| City                 State  ZIP Code | | | |
| **Relationship to debtor** | | | |
| **N/A** | | | |

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **9373 Contessa Drive** | From   **2017**   To   **2019** |
| Street | |
| **San Antonio**          **TX**   **78216** | |
| City                     State  ZIP Code | |

Debtor    **Alternative Solar, LLC**                                 Case number (if known) _____
          Name

| **Address** | **Dates of occupancy** |

14.2.  **1438 Pat Booker**                                    From    **2019**       To    **2021**
        Street

**Universal City**                    **TX**    **78148**
City                                  State    ZIP Code

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
     ☐ No. Go to Part 10.
     ☐ Yes. Fill in below:

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

Debtor    **Alternative Solar, LLC**                                          Case number (if known) _____
          Name

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21.  Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

■  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24.  Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

| Debtor | **Alternative Solar, LLC** | | Case number (if known) | |
| | Name | | | |

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25.  Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Eric Allen** | **1426 Hummingbird**<br>**San Antonio, TX 78245** | **CEO** | **100%** |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| **Uros Ceglaj** | **16333 Vance Jackson Rd #2325**<br>**San Antonio, TX 78258** | **CFO** | From  12/2021  To  2/2022 |

Debtor  __Alternative Solar, LLC_____  Case number (if known) _____
Name

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Eric Allen** <br> Name <br> **1426 Hummingbird** <br> Street <br><br> **San Antonio    TX    78245** <br> City        State    ZIP Code <br><br> **Relationship to debtor** <br> **CEO** | **Salary** <br> **$400,000.00** | **January 2022 - Present** | **Salary** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2. **Uros Ceglaj** <br> Name <br> **16333 Vance Jackson Rd #2325** <br> Street <br><br> **San Antonio    TX    78258** <br> City        State    ZIP Code <br><br> **Relationship to debtor** <br> **Former CFO** | **Salary** <br> **$53,333.00** | **January 2022 - February 2022** | **Salary** |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Debtor  **Alternative Solar, LLC**\
      Name

Case number (if known) _____

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/20/2023**\
      MM / DD / YYYY

**X  /s/ Eric Allen**\
    Signature of individual signing on behalf of the debtor

Printed name  **Eric Allen**

Position or relationship to debtor  **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No\
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re  **Alternative Solar, LLC**

Case No.  _____

Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................... | **$3,500.00** |
| Prior to the filing of this statement I have received....................................................... | **$3,500.00** |
| Balance Due............................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

☐ Debtor          ☑ Other (specify)
                        **Eric Allen, Owner**

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **01/20/2023** | **/s/ Joyce W. Lindauer** |
| *Date* | *Joyce W. Lindauer*           Bar No.  21555700 |
| | Joyce Lindauer |
| | Joyce W. Lindauer Attorney, PLLC |
| | 1412 Main Street, Suite 500 |
| | Dallas, TX 75202 |
| | Phone: (972) 503-4033 / Fax: (972) 503-4034 |

---

**/s/ Eric Allen**

*Eric Allen*
*CEO*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **Alternative Solar, LLC**                                         CASE NO

                                                                            CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date   1/20/2023                                 Signature   **/s/ Eric Allen**
                                                             **Eric Allen**
                                                             **CEO**

Date _____          Signature _____

6700 GCD LLC
4137 BREAN DOWN
PFLUGERVILLE, TX 78660


Aaron Huntley
210 WILLIAMSBURG PL
SAN ANTONIO, TX 78201


Abel Munoz Jr
2436 Viola Ave
Corpus Christi, TX 78415


Abimelec Valcarcel
9611 Murandy Drive
Killeen, TX 76542


Adam Martinez
335 Haverford Drive
San Antonio, TX 78217


Adolph Koenig
235 Edge Avenue
San Antonio, TX 78223


Adriana Silva
2908 Fuerte Ave
McAllen, TX 78504


Agustine Rico
2337 March Lane
Grand Prairie, TX 75050


Ainsworth Gorkin PLLC
PO Box 605
New York, NY 10038

Alana Cassell
7113 Runnymede Dr
Marrero, LA 70072


Albert & Priscilla Casares
401 Mary Street
San Antonio, TX 78214


Alberta Ramos
2527 E 17th St
Brownsville, TX 78521


Alberto Ramírez
3344 Resaca Vista Drive
Brownsville, TX 78526


Albiu Garcia
2713 Tyler Ave
McAllen, TX 78503


Alejandro Castillo
3064 Alvin Cir
Eagle Pass, TX 78852


Alejandro Delgado
4825 S OKLAHOMA AVE
BROWNSVILLE, TX 78521


Alejandro Sanchez
1827 Gettysburg St
Donna, TX 78537


ALEX AGUILAR
9650 Landis Dr
Beaumont, TX 77707

Alex Rico
1823 Westcloud Lane
San Antonio, TX 78227


Alexander Geddes
525 Warrington Dr
New Orleans, LA 70122


Alexander Glen
6050 DANUBIO CT
BROWNSVILLE, TX 78526


Alfredo Blancas
7511 Bronco Lane
San Antonio, TX 78227


Alfredo Chavarria
3415 La Terraza Wy
Laredo, TX 78046


Alfredo Gomez
4006 Cochran Street
Houston, TX 77009


Alicia Arévalo de ibarra
1322 E Kennedy Ave
Alton, TX 78573


Ally Automotive Financing
P. O. Box 380901
Bloomington, MN 55438


Alma Valle
315 Pine Hearst Dr
Brownsville, TX 78521

Alvin Williams
6147 Kingston Ct
New Orleans, LA 70131

Amado Tenorio
531 WESTMINSTER AVENUE
SAN ANTONIO, TX 78228

Amalia Monreal
10707 N 23rd Ln
McAllen, TX 78504

Amanda Estrada
2718 KAISER DR
SANANTONIO, TX 78222

American Express
P O Box 360001
Fort Lauderdale, FL 33336

Amparo Ochoa
543 Solar Drive
San Antonio, TX 78227

Ana Saenz
7418 Pin Oak Ln
Olmito, TX 78575

Andre Williams
330 Eden Isles Blvd
Slidell, LA 70458

Andrea Hatchett
218 Rodeo Drive
Keller, TX 76248

Andrea Reed
3837 Ames Blvd
Marrero, LA 70072

Andrew Moise
712 Division Street
Metairie, LA 70001

Andria Lewis
2621 Bayou Chauvin Dr
Marrero, LA 70072

Angela Shelton
6041 Franklin Avenue
New Orleans, LA 70122

Angelica & Patrick Olivarez
5043 Prince Valiant
San Antonio, TX 78218

Angelica Garcia
1403 Roper St
Houston, TX 77034

Anna Arevalo
6723 Ambling St
San Antonio, TX 78238

Anna Benavides
1209 Northpoint Dr
Pharr, TX 78577

Annette Estrada
1310 S Crockett Ave
Sonora, TX 76950

Anthony Marino
5010 Debore Cir
New Orleans, LA 70126

Anthony Timmermann
332 PLACID MDW
NEW BRAUNFELS, TX 78130

Antonio Gonzalez
728 Heathcliff Dr
Everman, TX 76140

Antonio Salazar
5814 Kettering Dr
San Antonio, TX 78228

Antonio Villanueva
8623 Northridge Loop
Laredo, TX 78045

Araceli vela Riojas
3204 Melissa St
Mercedes, TX 78570

Aracely Valdez
11411 Pro Cove
San Antonio, TX 78221

Arden Angelina Diamantis
2425 Bolivar Street
Beaumont, TX 77701

Arianna Castillon
1402 El Venado Dr
Eagle Pass, TX 78852

Aricia Lopez
5643 Pratt Dr
New Orleans, LA 70122


Arieann Leblanc
4710 Lurline St
New Orleans, LA 70127


Arnold Blunt
905 Schoultz Dr
Covington, LA 70433


Arnoldo Gonzalez
5205 N MOCKINGBIRD AVE
PHARR, TX 78577


Arnulfo Sanchez
3711 La Sabre Drive
San Antonio, TX 78218


Artemio Garcia
1931 Leath St
Dallas, TX 75212


Arthur Davis
8111 Hathaway Lane
Killeen, TX 76542


Arturo Guerrero
2350 Lemonwood St
Eagle Pass, TX 78852


Arturo Martinez
912 W Cantu Rd
Del Rio, TX 78840

Ashley Baudy
12547 FLEET RIVER RD
HOUSTON, TX 77047

Ashley Gray
2523 Brown Cir
Bossier City, LA 71111

Ashley Lolatte
8702 Sarasota Woods
San Antonio, TX 78250

Ashley Montross
411 E Butterfly Cir
Terrytown, LA 70056

Ashley Ryan
416 N Johnson St
New Orleans, LA 70112

Aureliano Rodriguez
1201 Nava St
Uvalde, TX 78801

Austin Bedford
1015 Kubitz Road
Copperas Cove, TX 76522

Austin Business Finance, LLC
Attn: Chris Mundt, Esq.
2101 S IH 35 Frontage Road
Fourth Floor
Austin, TX 78741

Ava gay Marshall
817 Bridle Dr
DeSoto, TX 75115

Backd Finance
2101 S IH-35 Frontage Road
Suite 400
Austin, TX 78741


Baldemar De Leon
2331 Westward Drive
San Antonio, TX 78227


Baltazar & Norma Castro
513 Perez St
Uvalde, TX 78801


Beatrice & Guillermo Medrano
8525 Village Creek
San Antonio, TX 78251


Beh Bo
6834 King David
Corpus Christi, TX 78414


Benjamin Garza
216 Austin St
Rio Grande City, TX 78582


Benjamin Klump
4110 Cork Dr
Corpus Christi, TX 78413


Bernabe Cavazos Garcia
712 West Eagle Avenue
Pharr, TX 78577


Bertha Jackson
7830 Butterfield Road
New Orleans, LA 70126

BEVERLY YOUNG
7701 Jones Rd
College Station, TX 77845


Blanca Flores
8719 Bridington
San Antonio, TX 78239


Blanca Herrera
1406 Seminole Valley Dr
Alamo, TX 78516


Blanca Martinez
19010 Remington Park Drive
Houston, TX 77073


BMW Financial Services
PO Box 83290
Chicago, IL 60691


Bonnie Kleinpeter
4045 Foret St
Addis, LA 70710


Braden Rooney
9952 Wading Pool Path
Austin, TX 78748


Bradley Puckett
2110 St Nick Dr
New Orleans, LA 70131


Brandi Joseph
8804 Rosecrest Ln
River Ridge, LA 70123

Brandon Wells
206 Coastal Wildwood Drive
Rockport, TX 78382


Brandt Michelet
12303 Brighton Ln
Meadows Place, TX 77477


Braulio Lugo
6303 Parkdale Drive
Dallas, TX 75227


Brenda Wanta
602 Little Oak Dr
Austin, TX 78753


Brett Lapeyrouse
355 Providence Bay Rd
Slidell, LA 70461


Brett Reece
6010 Ozark Trail Lane
Garland, TX 75043


Brett Young
1414 Prentiss Avenue
New Orleans, LA 70122


Bruce Grant
548 Welham Loop
LaPlace, LA 70068


Bryan & Jennifer Hill
1212 Princess Lane
Hurst, TX 76053

Bryan Smith
7210 St James Ct
Corpus Christi, TX 78413


C T Corporation System
330 N Brand Blvd
Suite 700
Attn: SPRS
Glendale, CA 91203

Cabreia Ellsworth
1102 Dakota Drive
Temple, TX 76504


Caridad Rodriguez
3809 Bolivar Drive
Killeen, TX 76549


Carla Leveling
108 Ellinger Ranch Rd
Buffalo Gap, TX 79508


Carlos Acevedo
134 Cresta Dr
Laredo, TX 78045


Carlos Arizmendis
9424 West Queen Palm
San Benito, TX 78586


Carlos F Lopez
134 County Road 4631
Hondo, TX 78861


Carlos issac McKinnon
600 Torreon Dr
Brownsville, TX 78526

Carlos Ventura
1305 Damon St
Rosenberg, TX 77471


Carmen Valenzuela
116 Lodgepole Trail
Del Rio, TX 78840


Carolina & Alvaro Araiza
4200 Phoenix Dr
Carrollton, TX 75010


Carolyn Bowman
14707 Gladebrook Drive
Houston, TX 77068


Carrie Beene
2352 Allen Toussaint
New Orleans, LA 70122


Carrie Jackson
9985 Sand Dune Dr
Frisco, TX 75034


Casey Burrough
2107 Petseri Park
San Antonio, TX 78251


Casey Webb
905 East Cantey Street
Fort Worth, TX 76104


Cathy Office
5417 Marigny Street
New Orleans, LA 70122

CED - Greentech
PO Box 207115
Dallas, TX 75320


Celestino Bernal Jr.
2322 LLANO MOLANO LN
EDINBURG, TX 78542


Chamundeswari & Mahesh Pedavalli
2260 Jasper Dr
Krugerville, TX 76227


Charles & Katie Hallstrom
1418 Clementson Dr
San Antonio, TX 78260


Charles Talbert & Amanda Nunez
4435 Mercury Dr
San Antonio, TX 78219


Charles Terry
208 Meadowcreek Dr
DeSoto, TX 75115


Chase
P.O. Box 78036
Phoenix, AZ 85062-8036


Chase Michael Kyser
2107 Brook Lane
Kingsville, TX 78363


Cheryl Goodspeed
23206 Kendall Way
San Antonio, TX 78264

Chris Beck
1705 Aden Dr
Houston, TX 77003


Chris Cockrill
10510 Borlaug Street
Converse, TX 78109


Chris Grimo
106 Millsaps Pl
Kenner, LA 70065


Christina and Michael Garcia
3942 Shiva Drive
Corpus Christi, TX 78410


CHRISTINE & JEFF POPE
10491 Silverock Drive
Dallas, TX 75218


Christine Ruiz
14 VILLA DEL SOL
BROWNSVILLE, TX 78526


Christopher Houser
2806 ROCKY OAK ST
SANANTONIO, TX 78232


Christopher Slaton
11406 Crayford Drive
Houston, TX 77065


Christopher Willy
257 S Presidential Cir
Lake Charles, LA 70611

Cirilo Lopez
904 Calle Roble
Brownsville, TX 78521


Clara Garcia
9877 W Luz Ave
Brownsville, TX 78520


Clarine Courson
104 Steven St
Hutto, TX 78634


Clay Routh
13910 Bonnington Drive
Houston, TX 77034


Cobalt Funding
99 Wall Street
Suite 3618
New York, NY 10005


Cody LeBert
205 W Lee St
Sulphur, LA 70663


Cohl Langendorff
1017 Bromley Court
Seguin, TX 78155


Connie Baker
2337 Valmont Street
New Orleans, LA 70115


Connie Rodriguez
5901 St Roch Ave
New Orleans, LA 70122

Connor Chauffe
401 River Oaks Dr
Luling, LA 70070


Consuelo Villalon
943 W Military Rd
Sullivan City, TX 78595


Corey Bazille
6531 Lawnridge Dr
Baton Rouge, LA 70818


Cornelio Reyna
2033 17th St
Corpus Christi, TX 78404


Corrie Gilley
3 Toro Ct
Odessa, TX 79765


Crespin Perez
344 Mulberry St
Uvalde, TX 78801


Criselda Botello Trevino
242 DELUXE ST
RIOGRANDE CITY, TX 78582


Crystal Fuentes
783 Hauff Ln
Brownsville, TX 78521


CSC
251 Little Falls Drive
Wilmington, DE 19808

Curtis M Williams
4410 Weiskopf Ln
Corpus Christi, TX 78413

Cynthia Carraman
3406 Sereno Dr
Laredo, TX 78046

Cynthia Crum
330 West 3rd Street
Leming, TX 78050

Cynthia Foster
653 Spring Branch Dr
Slidell, LA 70460

Cynthia Karl
2033 Bayou Oaks Dr
Harvey, LA 70058

Dabrick Brill
15106 Natural Spring Way
Austin, TX 78728

Dalila Alcorta & Hector Navarro
1814 Lee Hall Street
San Antonio, TX 78201

Dalinda Valdez & Luis Reyes
9200 N 28th St
McAllen, TX 78504

Daniel Burlett
2594 Foliage Drive
Marrero, LA 70072

Daniel Demaree
15309 I-20 Frontage
Cisco, TX 76437


Daniel Hale
3009 Legacy Loop
Pineville, LA 71360


Daniel Hammons
180 Jolie Oaks Blvd
Thibodaux, LA 70301


Daniel Kozak
323 Enchanted Way
Del Rio, TX 78840


Daniel Martinez
2726 Woodland Drive
Pleasanton, TX 78064


Daniel Ramirez & Myriam Santiago
2426 Jean St
LAREDO, TX 78046


Daniel Ramirez Hernandez
2504 East Bella Vista Avenue
Mission, TX 78573


Daniella Cordero
1015 Galapagos
San Antonio, TX 78214


Daniella Herrera
2905 Tehuacan Dr
Eagle Pass, TX 78852

Danny Lombardo
380 Solitaire Path
New Braunfels, TX 78130


Darleen Trevino
407 Northeast 3rd Street
Andrews, TX 79714


Darlene & Simmie Carter
2153 Colonial Drive
LaPlace, LA 70068


Darlene Wyman
310 Glenbrook
San Antonio, TX 78220


Darrick Chee
3225 Chancellorsville Drive
Forest Hill, TX 76140


Darryl Sanders
5031 St Anthony Ave
New Orleans, LA 70122


David  Solis
28390 Baker Potts Rd
Harlingen, TX 78552


David & Elizabeth Alvarez
771 Westward Trail
Uvalde, TX 78801


David & Margaret Dean
344 Edgehill Drive
Pleasanton, TX 78064

David Cooper
120 Simon Road
Pleasanton, TX 78064


David Cruz Jr
1423 Cambridge Dr
Corpus Christi, TX 78415


David Dorrell
117 E Candlestick Dr
Lumberton, TX 77657


David Gomez derate
140 County Road 2728
Mico, TX 78056


David Martinez
123 Sabyan Dr
San Antonio, TX 78218


David Miller
1066 SW Dartmouth Ave
Port St. Lucie, FL 34953


David Mitchell
9127 Wild Trails St
San Antonio, TX 78250


David Rosalio Pena
3146 County Road 49A
Corpus Christi, TX 78415


David Sanchez
4622 Twin Creek
San Antonio, TX 78238

David Stein
218 Tumblebrook Street
Slidell, LA 70461

David Vargas
4117 Zinnia Avenue West
McAllen, TX 78504

Davidson Ogbes
1509 Forest Park Drive
Alvarado, TX 76009

Dayliuba Martinez
607 Candleberry Cir
Pflugerville, TX 78660

Deandre Banford
3223 Lillian Dr
Jackson, LA 70748

Deanna Patecek
2001 Stall Dr
Harvey, LA 70058

Deborah Craft
2508 Van Arpel Dr
LaPlace, LA 70068

Dee Fedrick
421 Barton Ave
Luling, LA 70070

Delia Castillo
8509 S Estrella St
Pharr, TX 78577

Demetrious Dillon
2640 Halsey Avenue
New Orleans, LA 70114


Denise Carter
5229 Music St
New Orleans, LA 70122


Denise Nix
3900 W Bamboo Dr
Harvey, LA 70058


Denise Paulk
14616 Frisco Ranch Dr
Little Elm, TX 75068


Dennis Chaney
6515 Hoofs Lane
San Antonio, TX 78240


Deodata Escobedo Gutierrez
733 Zebra Dr
Laredo, TX 78045


Devan Guidry
7183 LA-14
Bell City, LA 70630


Devin Lapeyrouse
302 S Central Blvd
Chauvin, LA 70344


Dewayne Williams
5606 N HEATHERSTONE DR
SHREVEPORT, LA 71129

DH Pace Company
1901 E 119th Street
Olathe, KS 66061


Diana Ayala Ramirez
16387 Lupita Pl
Harlingen, TX 78552


Diana Fox
118 Honeysuckle Ln
San Antonio, TX 78213


Diana Garcia
1411 Paulita St
San Benito, TX 78586


Diana Zendejas
1775 Old Creek Ct
Brownsville, TX 78521


Dinah Estrada & Jesus Hernandez
8231 Prickly Oak
San Antonio, TX 78223


Dionicio & Irma Bedolla
3787 S Foster Rd
San Antonio, TX 78222


Donald  Payne
4821 Rebecca Blvd
Kenner, LA 70065


DONALD AND PATRICIA BOWEN
5041 Penrose Avenue
Fort Worth, TX 76116

Donald Bacot
5696 STILLWATER DR
NEW ORLEANS, LA 70128


Donald Boudreaux
4413 Loveland St
Metairie, LA 70006


Donna Albarado
1802 Fairway St
Kenner, LA 70062


Donnie Morgan
7014 Capella Cir
San Antonio, TX 78252


Dora Maldonado
408 N Mississippi St
Alton, TX 78573


DORIS AND CHRISTIAN BUATSI
201 S MacArthur Blvd
Coppell, TX 75019


Doris Nelson
3734 Pauger Street
New Orleans, LA 70122


Douglas Anderson
571 WILLOW AVE
New Braunfels, TX 78130


DUNG AND LONG VAN
11226 Hall Greens Court
Houston, TX 77075

Dustin Conners
3812 Lolan Ct
Marrero, LA 70072


Dustin Mclain and Team
4306 Ramona Cir
Apt A
Harlingen, TX 78550


Dwight Arganbright
397 Westlake Blvd
Eagle Pass, TX 78852


Ed & Susan Caballero
1205 Destiny Ct
Wylie, TX 75098


Edgar Reyna
7013 Austrian Pine
Brownsville, TX 78526


Edith Olguin Marrs
412 Sol Dorado St
Mission, TX 78572


Edmundo Sanchez
4156 Pommard Dr
Kenner, LA 70065


Eduardo Ramirez
1105 Dark Horn Dr
Laredo, TX 78045


Eduardo Zaragoza
5048 Viking Coral
San Antonio, TX 78244

Edward Adams
2423 Oriole Street
New Orleans, LA 70122


Elana  Marrero-Savoie
5121 Metropolitan Dr
New Orleans, LA 70126


Eleazar Garcia
411 W Mckinley Ave
Alton, TX 78573


Elida Guerra
1310 9th St
Galena Park, TX 77547


Eliezer Colon
4310 Rifle Drive
Killeen, TX 76542


Eliseo Cacares
3927 Mossy Oaks Rd E
Spring, TX 77389


Eliseo Carrales
1004 E Henderson St
Bishop, TX 78343


Elizabeth  Ojeyinka
1323 Wild Mustang Trail
Richmond, TX 77406


Elizabeth Foust
5827 Sun Bay
San Antonio, TX 78244

Elizabeth Malloy
700 President Dr
San Antonio, TX 78216

Eloy Chapa Jr
521 Co Rd 205
Falfurrias, TX 78355

Eloy Pazmino
3110 Claymore Street
Killeen, TX 76542

Emanuel Salazar
1512 Res Dr
Brownsville, TX 78526

Emilio Bernal
427 Estrella St
San Antonio, TX 78237

Emilio Villarreal
8709 CROSSWAY DR
LAREDO, TX 78045

Enrique Rivera
5602 Chuckwagon Circle
Killeen, TX 76542

Eric Hartman
901 Jasper Street
Vidor, TX 77662

Eric Jae El Allen
1426 Hummingbird
San Antonio, TX 78245

Eric Mendez Esparza
400 W Union St
Leesville, LA 71446


Erica Karina Moreno
301 Rosalinda Dr
Del Rio, TX 78840


Erik Hegge
3001 Little Nolan Road
Killeen, TX 76542


Erik Kalbacher
114 Boras Ln
Des Allemands, LA 70030


Erika Saldana
8605 S Norma St
Pharr, TX 78577


Erin  Nilsson
210 Legendre Dr
Slidell, LA 70460


Erinn Venerable
1221 N Center St
Arlington, TX 76011


Ernest Gabriel
5326 N Rampart St
New Orleans, LA 70117


Esmeralda Castillo
2331 Westward Drive
San Antonio, TX 78227

Esmeralda Meza
2713 Savoy Pl
Midland, TX 79705

Esparanza Sanchez
2322 E Monroe Ave
Harlingen, TX 78550

Esteban Herrera
4164 Boca Bay Drive
Dallas, TX 75244

Estefana Espinoza
2505 Acapulco Ave
Mission, TX 78574

Estefania De Hoyos
1625 Rene Solis Dr
Laredo, TX 78046

Estella Sanchez
6050 Sunrise Bend Drive
San Antonio, TX 78244

Ester Perez
1116 Malone Dr
Weslaco, TX 78596

Esther Stackhouse
1502 Meadowcrest Drive
Garland, TX 75042

Eufemio Martinez
27418 William Cir
San Benito, TX 78586

Eugenio Valdez
6745 Tenaza Dr
Brownsville, TX 78526


Evaristo Ruiz
2946 Rolling Hills Drive
Carrollton, TX 75007


Federico Garza Almendariz
648 St James Dr
Brownsville, TX 78521


Felipe Espinoza
2277 Lighthouse Dr
New Braunfels, TX 78130


Felipe Moreno
33094 Melon Dr
Los Fresnos, TX 78566


Felix & Michelle Graces
2201 Meadowgrove Dr
Corpus Christi, TX 78414


Felix Camarillo
613 N 7th St
Alamo, TX 78516


Fernando & Angelica Cortez
931 Cormorant
San Antonio, TX 78245


Fidencio Prado Jr.
211 South Liberty Loop
San Juan, TX 78589

Flor Morales
1506 Mardell St
San Antonio, TX 78201


Ford Credit
P O Box 650575
Dallas, TX 75265


Frances Cradic
4137 Piedmont Dr
New Orleans, LA 70122


Frances Roberts
3822 Florinda Street
Houston, TX 77021


Francisca Delgado Deleon
3717 El Canario St
Mercedes, TX 78570


Francisco Gaitan
1228 North High Street
Uvalde, TX 78801


Francisco Lopez
19906 Drake Shadows Ln
Katy, TX 77449


Francisco Rizo
145 SHEPARD CT
BROWNSVILLE, TX 78521


Fredrick Combs
179 Ashton Parc Slidell
Slidell, LA 70458

Gabriel Sosa
12717 Magnolia Mound Trail
Austin, TX 78727

Gabriela Herrera
1801 Blue Bird Ln N
Harlingen, TX 78550

Gabriela Sanchez
15310 Eaglebrook Street
San Antonio, TX 78232

GABRIELLE AND CLARENCE DUGAS
907 North 8th Street
Orange, TX 77630

Gaige Rodriguez
2704 Bark Ave
Marrero, LA 70072

Garielle Neal
4610 Cerise Ave
New Orleans, LA 70127

Garrah Leshe
1302 Wellerman Rd
West Monroe, LA 71291

Garrett Geib
5653 Surry Mountain Trail
Fort Worth, TX 76179

Gelt Financial
6401 Congress Ave, Suite 215
Boca Raton, FL 33487

George Chavez
711 Bernard Dr
San Antonio, TX 78221


George Crumbock
7033 Powderhorn Court
Corpus Christi, TX 78413


George Kaualoku
4203 Tropical Dr
San Antonio, TX 78218


George Kypuros
382 Kypuros Rd
Eagle Pass, TX 78852


Gerald Manson
2586 Donald Dr
Baton Rouge, LA 70809


Gerardo Gonzalez
1275 Norma Ln
Brownsville, TX 78521


Gerardo Mata
2803 Chapel Pl
Corinth, TX 76210


Gifty Amos
22119 Roxanne Field Lane
Hockley, TX 77447


Gilberto Cuellar
513 Pantera Dr
Alamo, TX 78516

GILBERTO MARTINEZ
1609 FROST ST
ROSENBERG, TX 77471


Glenda  Cooper
1309 Kent Ave
Metairie, LA 70001


Glenda Marlene Mendez
1516 Res Dr
Brownsville, TX 78526


Glenda Thomas
22725 Plainsland Dr
Zachary, LA 70791


Glenna Reams
4612 Anetta Dr
Midland, TX 79703


Gloria Rodriguez
516 NORTH 8TH STREET
ALAMO, TX 78516


GM Financial
PO Box 1630
Fort Worth, TX  76101


Goodleap
8781 Sierra College Blvd.
Roseville, CA 95661


Granville Betton
214 marble garden ln
Conroe, TX 77304

Gregorio Ramos
27539 Nelson Rd
San Benito, TX 78586


Griffith Wayne
3712 Liro Ln
Harvey, LA 70058


Guadalupe T Trevino
1101 N Reagan St
San Benito, TX 78586


Guadalupe Vega
2514 Scabbard Drive
Corpus Christi, TX 78414


Guillermo Espinoza
5516 Adam Stefan St
Edinburg, TX 78542


Guillermo Ledesma & Eva Longoria
960 E Harris Ave
Raymondville, TX 78580


Guillermo Romero
401 South Alta Vista Boulevard
Beeville, TX 78102


Gwendolyn Jones
412 Wallace Dr
New Orleans, LA 70122


Haocheng Lin
768 Pierre Ln
Plano, TX 75023

Harold Dice
411 CRESCENTWOOD LOOP
SLIDELL, LA 70458


Hau Vo
1251 Sinskey Dr
Marrero, LA 70072


Hayde Salazar
2041 Carranza Street
Brownsville, TX 78526


Heather Lankford
1521 Fairway Dr
Westlake, LA 70669


Hector Figueroa
2123 Travis Dr
Carrollton, TX 75006


HECTOR MEJIA
112 Coahuila Loop
Laredo, TX 78045


Henryk Konhauser
3317 Saddle Club Lane
Crowley, TX 76036


Heriberta Rodriguez de Arriaga
6109 China St
Brownsville, TX 78521


Herlinda Olivarez
383 Quentin Dr
San Antonio, TX 78201

```
Hermenegilda Hinojosa
1609 La Estrella St
Mission, TX 78572


Heron Castillo
2275 Mile 3 North
Mercedes, TX 78570


Hilda & Henry Escobedo
2106 MEADOWGROVE DR
CORPUS CHRISTI, TX 78414


HILDA AND DAMIAN VILTZ
6210 Charles Ave
Port Arthur, TX 77640


Hilry Hunt
5213 Timber Crest Dr
New Orleans, LA 70131


Hipolito Soria
600 Viento Tropical St
Mission, TX 78572


Homer Hernandez
549 Yoakum Street
San Benito, TX 78586


Hope Ogle
408 Oakbluff Dr
Denton, TX 76210


Hugh Katz
601 West 1st Street
Hico, TX 76457
```

Hui Ok Connor
1513 BELLVIEW CT
EL PASO, TX 79912


I E C I, LLC
1940 Colorado Avenue
Kenner, LA 70062


Idalia Inzunza De Gastelum
2209 Southwest Augusta Square
McAllen, TX 78503


Idea 247, Inc.
200 SE 1st Street
Suite 703
Miami, FL 33131


Idelia Sauceda
1517 Charolais Dr
Austin, TX 78758


Idolina & Fructuoso Sierra
117 TULIPAN ST
ELSA, TX 78543


Irma Munguia
1822 6th St
Rosenberg, TX 77471


Irma Warner
6220 Bellaire Dr
New Orleans, LA 70124


Isabel Hernandez
765 W Villaret Blvd
San Antonio, TX 78224

Isidro Medina
2013 Nolan Street
San Antonio, TX 78202


Israel Vazquez
1536 Eastside Drive
Mesquite, TX 75149


Jack Lawrence
6806 Mustang Creek Road
Killeen, TX 76549


Jack Ruiz
3718 South Mittman Street
San Antonio, TX 78223


Jacklyn Martinez
2930 Rowan Dr
Laredo, TX 78046


Jacob Tremblay
6613 Hardwick Street
Corpus Christi, TX 78412


Jacqueline Benitez
2401 Coby Dr
Mission, TX 78574


Jaime Valenzuela Hernandez
1510 17th St
Corpus Christi, TX 78404


Jamar Johnson
7830 Allison Road
New Orleans, LA 70126

James & Rosalyn Kirkwood
1501 Nina Dr
Killeen, TX 76549


James Barry
258 Wayside Drive
San Antonio, TX 78213


James Cassity
305 W Fern Ave
McAllen, TX 78501


James Duhon
327 Bishop Ct
Thibodaux, LA 70301


James Francois
187 Kingfisher Rd
Sterlington, LA 71280


James Germany
10828 White Pine Dr
Greenwell Springs, LA 70739


James Mark
27210 Rio Pass
Boerne, TX 78015


James Martin
273 County Rd 110
Uvalde, TX 78801


James Riddle
15701 Dyna Street
Corpus Christi, TX 78418

Jameson & Dunagan, P.C.
5429 LBJ Freeway, Suite 700
Dallas, Texas 75240

Janice Will
4291 County Road 862
McKinney, TX 75071

Jared Cryer
600 North Cherry Street
Aubrey, TX 76227

Jasmine Reddick
3304 Lakewood Dr
Violet, LA 70092

Jason Bolding
7650 Heathridge
San Antonio, TX 78250

Javier & Marylou Perez
302 Astoria Drive
San Antonio, TX 78220

Javier Borrego & Jo L Moreno
3316 Harvard Ave
McAllen, TX 78504

Javier Nunez
131 Tamarack Loop
Laredo, TX 78045

JEC Electric
8925 TX-111
Ganado, TX 77962

JEFF & LINDSAY MEDLEY
11015 McMoore Lane
Beaumont, TX 77713


Jeffrey Correa
6521 Macroom Meadows Lane
Houston, TX 77048


Jeffrey Roller
323 Forrest Trail
Universal City, TX 78148


Jennifer Brooks
152 W Henfer Ave
River Ridge, LA 70123


JENNIFER cooey & Frederick Tiede
1845 County Road 807
Cleburne, TX 76031


Jennifer Russell
342 Jamaica Dr
San Antonio, TX 78227


Jessica Aguilar
902 E Washington Ave
Harlingen, TX 78550


Jessica Arbour
416 Melbrook Dr
Gretna, LA 70056


Jessica Balcer
119 Dumoulin Avenue #1
San Antonio, TX 78210

Jessica Doan
2210 EMERALD LAKE DR
HARLINGEN, TX 78550


Jessica Griffith
12303 Brighton Ln
Meadows Place, TX 77477


Jessica Hacker
1020 Fox Willow Ct
Burleson, TX 76028


Jessica Kirk
3609 Aspen Drive
Harvey, LA 70058


Jessica Zimmermann
1016 Isabella St
Sulphur, LA 70663


Jesus Macias-Fernandez
624 Cat Island Ct
Slidell, LA 70461


Jesus Ortiz
1034 North 2nd Street
Raymondville, TX 78580


Jesus Renteria
5979 Tecate Dr
Brownsville, TX 78521


Jesus Sanchez
2420 Grisell Drive
Laredo, TX 78041

Jhoana Arellano
1642 Sunbend Falls
San Antonio, TX 78224


Jimmie Hughes
172 COUNTY ROAD 2816
MICO, TX 78056


Jimmy Wooley
2468 Old Golf Course Road
Belton, TX 76513


Jin Kim
14073 Stone Gate Dr
Baton Rouge, LA 70816


Jitin Jaitly
2201 Obsidian Dr
Aubrey, TX 76227


Joan & Omar Bjelde
304 Baseline Rd
Krugerville, TX 76227


Joaquin Pina
11201 Gideon Lincecum Ln
Burton, TX 77835


Joe Flores
2908 East Harrington Drive
Corpus Christi, TX 78410


Joe Romo
5518 Castle Brook Dr
San Antonio, TX 78218

Joel DeLeon
127 Tabard Dr
San Antonio, TX 78213


Joel Garcia
510 Huron Street
Cleburne, TX 76031


John Arvie
4461 Bay View Dr
Marrero, LA 70072


John Green
30401 Dawson Ln
Hammond, LA 70403


John Hall
11463 Farm to Market Road 279
Brownsboro, TX 75756


John Reeves
5439 Eads St
New Orleans, LA 70122


Johnie Knox
232 Lebanon Street
San Antonio, TX 78223


Johnny Trevino
703 Leo Lane
Killeen, TX 76542


Jonas Del Angel
5601 Escondido Pass
McAllen, TX 78504

Jonathan Jagnanan
4707 Goldeneye Dr
Baytown, TX 77521


Jorge Baldemar Uresti
2615 Granjeno Ave
Hidalgo, TX 78557


Jorge Colon
9338 Bowen Dr
San Antonio, TX 78250


Jorge Gonzalez Mancha
743 Pelican Pt
San Antonio, TX 78221


Jorge Infante
8923 Lady Di Loop
Laredo, TX 78045


Jorge Siller
4925 Ruidoso Pl
Brownsville, TX 78520


Jorge Vadillo
3830 TOLOSA ST
BROWNSVILLE, TX 78520


Jorge Vasquez
3620 Joaquin Ponce Dr
Laredo, TX 78046


Jorge Zepeda
249 Westlake Blvd
Eagle Pass, TX 78852

Jose C Almarez
283 La Paz Loop
Del Rio, TX 78840


Jose Flores Mireles
3802 california ave
Kenner, LA 70065


Jose Jr Lerma
5702 Crest Forest Dr
Corpus Christi, TX 78415


Jose Lino Resendez
4000 Santa Erica
Mission, TX 78572


Jose Luis Hernandez
2709 Seville Blvd
Brownsville, TX 78526


Jose Luna
6108 Centurion Ave
Edinburg, TX 78542


Jose ruben Mireles
757 S 15TH
STRAYMONDVILLE, TX 78580


Jose Solis
305 Lake Carnegie Court
Laredo, TX 78041


Jose Taveras
349 Private rd 4658
Hondo, TX 78861

Josefina Longoria
705 Chapman St
San Benito, TX 78586


Joseph Sylve
827 Homedale Street
New Orleans, LA 70124


Joseph Walker
14 FALLING LEAF CT
FRIENDSWOOD, TX 77546


Josh Juett
12122 Woodsrim Street
Live Oak, TX 78233


Joshua Martin
2221 Spoonbill Dr
Corpus Christi, TX 78414


Joshua Rivera
3833 Shannon Dr
Harvey, LA 70058


Journey Woodall
632 CHESTNUT LN
SAGINAW, TX 76179


Juan Deleon
6009 Brockhampton Street
Corpus Christi, TX 78414


Juan Enrique Pachuca
618 W 17TH ST
WESLACO, TX 78596

Juan Flores
812 Gable Dr
Pharr, TX 78577


Juan J. Barrera Chapa
1900 Barbara Street
Mission, TX 78572


Juan Jose & Zenaida Martinez
216 Colorado St
Weslaco, TX 78596


Juan Llanos
4908 Lubbock Avenue
Fort Worth, TX 76115


Juan Lopez
3022 Northwest 29th Street
Fort Worth, TX 76106


Juan Martinez Carvajal
1603 S Jackson St
Kaufman, TX 75142


Juan Medrano
9671 Pinehurst Ln
Dallas, TX 75227


Juan Moreno
8624 Blue Sage Ln
Brownsville, TX 78520


Juan Perez
513 Pantera Dr
Alamo, TX 78516

Juan Ramirez
5205 Eloy St
Brownsville, TX 78521


Juan Sanchez
517 Perez St
Uvalde, TX 78801


Juan Valdiviez
2302 Dennis Ave
Brownsville, TX 78526


Juan Victoria
15703 Kings Cypress Ln
Cypress, TX 77429


Juanita Trevino
7635 Branston
San Antonio, TX 78250


Jude Zimmerman
905 Wood Trail
Azle, TX 76020


Julian Martinez Derate
627 Edgebrook Lane
San Antonio, TX 78213


Julie & David Heitzman
5415 Stormy Trail
San Antonio, TX 78247


Julio Fernandez
4621 Christie St
Corpus Christi, TX 78415

Juliza Guajardo
5344 Nicholstone St
Brownsville, TX 78526


Junius Houston
500 Driftwood Cir
Slidell, LA 70458


Justin & Kimberly White
3511 Sereno Dr
Laredo, TX 78046


Justin Cano
10610 Margarita Loop
Converse, TX 78109


Justin Cruz
612 South 11th Street
Carrizo Springs, TX 78834


Karen Kliewer
349 Co Rd 375
San Antonio, TX 78253


Karie Kriegel
202 North County Road 1026
Kingsville, TX 78363


Karina Arroyo
710 W Eagle Ave
Pharr, TX 78577


Karl Helmer
2720 Bayou Teche Dr
Marrero, LA 70072

Katherine & Lauro Garcia
510 W Galbraith St
Hebbronville, TX 78361


Kathleen Fletcher
281 Melba Ave NW
Palm Bay, FL 32907


Kathleen Francis
2286 Clover Ridge
New Braunfels, TX 78130


Kathryn A Sims
1112 Edison Dr
San Antonio, TX 78201


Kathryn Earnest
2040 Beck Street
New Orleans, LA 70131


Katie Widmer
2250 Co Rd 448
Taylor, TX 76574


Katrina & Walter Dybis
2027 Saint Nick Drive
New Orleans, LA 70131


Kedrick Pitts
5712 Baccich St
New Orleans, LA 70122


Kedrick Pitts
11372 Hampton Ct
Denham Springs, LA 70726

Kegan Perry
2613 Brannan Street
Corpus Christi, TX 78405


Keith Smith
3552 Dominion Ridge Cir
San Angelo, TX 76904


Kelvin Medina
847 Kathy Dr
Gretna, LA 70056


Kenneth Jenkins
5002 Village Green
San Antonio, TX 78218


Kenneth Justice
341 La Paz Loop
Del Rio, TX 78840


Kenneth Ricard
5408 State Rte 568
Waterproof, LA 71375


KENWICK AND LEAH GAINES
11902 Shady Sands Pl
Pearland, TX 77584


Kerri Domangue
347 Camille Dr
Patterson, LA 70392


Kerri Van Horn
1505 MAPLEWOOD DR
SLIDELL, LA 70458

Kerry Farris
1211 Weston
San Antonio, TX 78251


Kevin Franklin
2522 Sage St
New Orleans, LA 70122


Kevin Kordish
716 Herman Drive
Hurst, TX 76054


Kevin Tate
104 Cherry Dr
Lumberton, TX 77657


KEYARA GROGAN
7140 SWEETGUM ROAD
BEAUMONT, TX 77713


Khadijah Green-Gaskin
6546 Hibiscus Falls
San Antonio, TX 78218


Khoa Pham
6420 Glenwick Dr
Fort Worth, TX 76123


Kiara Hogans
2708 Bayou Cane Dr
Marrero, LA 70072


Kim & Michael Hilton
8315 Meadville Street
Houston, TX 77061

Kimberly  Avery
4504 Bayou Des Familles Dr
Marrero, LA 70072


Kimberly Watson
114 Weese Ln
Pleasanton, TX 78064


Korey Davis
2614 Tinian Drive
Corpus Christi, TX 78418


Kovid Bhandari
6505 Macarena Drive
Corpus Christi, TX 78414


Kristal Castro
114 W Pecos St
Uvalde, TX 78801


Kristopher Cortinas
3516 Oviedo Dr
Brownsville, TX 78520


Kuo-Jen Yuan
5919 Marigny St
New Orleans, LA 70122


Lamar Dunn
5130 Village Park
Marion, TX 78124


Lamiska Knight
2526 73rd Ave
Baton Rouge, LA 70807

LaRon Elliot
2709 Natural Lane
Killeen, TX 76549


Larry & Edna Rodriguez
2710 Centenario Dr
Laredo, TX 78045


Larry Bennett
7003 Jalna Street
Houston, TX 77055


Larry Byrd
915 Kyle Lane
Athens, TX 75751


Larry Hidalgo
3547 Heather Meadow
San Antonio, TX 78222


Lateefah Blackwell
2037 Spanish Oaks Drive
Harvey, LA 70058


Latifah Gray
157 Duperier Ave
New Iberia, LA 70563


Latonya Webb
109 Parkside Rd
Forney, TX 75126


Laura Garza
823 Allende Drive
San Antonio, TX 78237

Lauren Courville
651 Lionel Ln
Lake Charles, LA 70605


Lawrnce & Lawrence Esparza
1813 S Palm Ct Dr
Harlingen, TX 78552


Le huyen Vu
3243 Essie Road
Houston, TX 77086


Leah Ledtje
2633 Gemini St
Harvey, LA 70058


Leandro Ramirez
2106 Abacus Drive
San Antonio, TX 78224


Leland Roussell
112 Ash Dr
Converse, TX 78109


Leonard Mensay
1229 Klondike St
San Antonio, TX 78245


Leslie Danache
7124 CARIBBEAN DR
BROWNSVILLE, TX 78520


Leviticus Leggett
8405 GRAYSON TRL
KILLEEN, TX 76542

Librado Ramirez
102 Savannah Dr
San Antonio, TX 78213


Lidia Glazier
1907 Rocky Mountain Trail
Harker Heights, TX 76548


Lidia Guerrero
225 Esma St
San Antonio, TX 78223


Linda Brady
350 Oak Creek Way
New Braunfels, TX 78130


LIONEL THEODORE
1916 Lac La Belle Dr
Harvey, LA 70058


LISA RUSSELL
7627 Dowdell Road
Spring, TX 77389


Liza Yebra
717 Fresno Dr
EDINBURG, TX 78542


Lloyd Nelton
5822 LA-56
Chauvin, LA 70344


LOIDA PADONG
2090 Driskill Street
Beaumont, TX 77706

Lon Levy
27558 Saint Louis Street
Lacombe, LA 70445


Loraine Almodovar
2857 Cottondale Dr
Deltona, FL 32738


Lorenzo Mcmillian
2321 Comet Street
New Orleans, LA 70131


Lori Bollay
3200 Canadian River Loop
Killeen, TX 76549


Lucio Zamarripa
3820 Campacuas Dr
Mercedes, TX 78570


Luis & Maria Guadalupe Botello
316 Norma Drive
Irving, TX 75061


Luis Angel Resendez
714 Juarez Avenue
Zapata, TX 78076


Luis Garcia
728 Antelope Ln
Laredo, TX 78045


Luis Munoz
15101 Cerralvo Dr
Laredo, TX 78045

Luis Rosario
1012 McKavett Drive
Fort Worth, TX 76140


Lupe Ramos
2104 North Nebraska Avenue
Weslaco, TX 78599


Lurry Royer
36449 Hermina St
Slidell, LA 70460


Luz Garcia
7516 Camelot Dr
Mission, TX 78572


Magdalena Gonzalez
1517 Jose St N
Weslaco, TX 78596


Magdalena Jackson-sanchez
543 Demya Dr
San Antonio, TX 78227


Malachi Rodriguez
416 Minter St
Uvalde, TX 78801


Malcolm Corpening
1485 Bowen Rd
Lake Charles, LA 70611


Manny & Taylor De Leon
121 East 6th Street
Yorktown, TX 78164

Manuel Villa & Dominique Armendariz
600 E Crockett St
Ennis, TX 75119


Mara Ingersoll
205 Saint Clair Drive
Longview, TX 75605


Marben Israel
3957 Desert Bluff Drive
El Paso, TX 79938


Marcia Ferrer
156 County Road 4631
Hondo, TX 78861


Marcial  Cortinas
4815 Oklahoma Ave
Brownsville, TX 78521


Marco Ramos
2742 STONE WAY
Eagle Pass, TX 78852


Marcos Gaona Garcia
3519 South Elevation Drive
Edinburg, TX 78542


Marcus Steiner
1802 Laurie St
Rayne, LA 70578


Margarita Talbott
2102 Market St
Laredo, TX 78043

Margarito Rios
106 N 28th Ave
Edinburg, TX 78542


Maria & Vincent Salmeron
8011 Latigo Dr
San Antonio, TX 78227


Maria Barron
8755 Elam Rd
Dallas, TX 75217


Maria Calvo
1075 N 6th St
Raymondville, TX 78580


Maria D Guzman
712 West Eagle Avenue
Pharr, TX 78577


Maria De La Luz
6295 Fargo Ave
Brownsville, TX 78521


Maria De Los Angeles Briseno
6354 Montebello Cir
Brownsville, TX 78521


Maria Gonzales
839 South San Dario Avenue
San Antonio, TX 78237


Maria Graciela Rodriguezure
724 Hauff Ln
Brownsville, TX 78521

Maria Hinojosa
2034 Matehuala Ct
Brownsville, TX 78526

Maria Salinas
9238 Carmalee Street
Houston, TX 77075

Maria Selvera
1014 E Taylor St
Brownsville, TX 78520

Maria Villarreal
147 San Juan Drive
Roma, TX 78584

Maria& Jimmy Salinas
1211 E Virginia Ave
Victoria, TX 77901

Maricela Ortega
1400 South Abram Road
Palmview, TX 78572

Marilyn Weiss
2300 lattimore st
Denton, TX 76209

Mario Ferreyro
5202 Estancia Ln
Laredo, TX 78046

Marisa Marie Martinez
804 E Henderson St
Bishop, TX 78343

Marisol Martinez
6722 Freedom Oaks
San Antonio, TX 78242


MARK AND JENNY STANZEL
1834 Waterwood Dr
Arlington, TX 76012


Mark Walters PT
709 Minutemen Dr
Laredo, TX 78046


Marquand Price
4610 Lennox Boulevard
New Orleans, LA 70131


Martha a Guevarra de torres
3114 E 24th St
Brownsville, TX 78521


Martha Ann Cunningham
1104 Reitz Drive
Cedar Hill, TX 75104


Mary Garcia
1204 West Alamo Street
Carrizo Springs, TX 78834


Mary Martin
843 Coulee Bend Blvd
Moss Bluff, LA 70611


Mary Rayford
2602 Shelton St
Bellmead, TX 76705

Mary Salinas
424 Center Rd
LAREDO, TX 78045


Mary Stortz
4704 Hackberry Drive
New Orleans, LA 70121


Matt Mansuri
2134 Forest Way
Westlake, LA 70669


Matthew Didier
2816 Sierra Drive
Fort Worth, TX 76116


Matthew Gandara
708 Debora Street
Troy, TX 76579


Mauricio Vega Jr
14910 Ridge Hill Dr
San Antonio, TX 78233


Mayla Palomo
125 Pruddy Oaks Drive
Liberty Hill, TX 78642


Mayra Gonzalez
4203 SANTA FE ST
MISSION, TX 78752


Mecene Jean
897 Oakwood Dr
Terrytown, LA 70056

Melinda Zuniga
3917 Azali Dr
Corpus Christi, TX 78414


Melissa & Richard Bruce
6706 STUYVESANT CT
CORPUS CHRISTI, TX 78414


Mercedes Ramirez
407 E San Benito St
Rio Grande City, TX 78582


Mercedes Sanchez
1013 Keats St
San Antonio, TX 78211


Mia St Martin
2565 Lavender Street
New Orleans, LA 70122


Michael & Angelina McDonald
9215 Longmire Trace
San Antonio, TX 78245


Michael Abramovich
3521 Timber Ridge Trail
McKinney, TX 75071


Michael Cantu
714 Blueleaf
San Antonio, TX 78245


Michael Curtis James
2914 Quebec Drive
Corpus Christi, TX 78414

Michael Hunt
18269 Terraceside Dr
Prairieville, LA 70769


Michael Mcdaniel
3608 Charles St
Richland Hills, TX 76180


Michael Robinson
3926 Fairmont Dr7
New Orleans, LA 70122


Michael Thompson
510 Waterford St
Farmersville, TX 75442


Michelle Gomez
4302 Willow Street
Corpus Christi, TX 78411


Michelle Hawkins
2024 Essen Ct
Celina, TX 75009


Michelle Rodriguez
9314 Claret
San Antonio, TX 78254


MIKE & JULIE GRIFFIN
1301 Lakeridge Dr
Ennis, TX 75119


Miluska Paz Zavala & Miguel Olalde
715 Shorleaf
San Antonio, TX 78245

Minerva Gonzalez
322 Catherine Ave
Rio Hondo, TX 78583


Ming Chan
1904 Emerald Breeze Ct.
Houston, TX 77089


Minski
1346 N Zaragoza St
El Paso, TX 79936


Naga Paritala
3302 Mattie Grey Lane
Melissa, TX 75454


Nanci Bassey
5435 Osprey Drive
Houston, TX 77048


Nattina Wilkerson
2606 S 27th St
Waco, TX 76706


Nelson Santiago-Mercado
2105 Basalt Drive
Killeen, TX 76549


Nicholas Conrad
87 Quail Creek Dr
Del Rio, TX 78840


Nicholas Humphrey
3900 Aspen Drive
Harvey, LA 70058

Nicky Dimonde
100 St Gaspar St
Youngsville, LA 70592

Nicolas Garza
208 NYE DR
Laredo, TX 78041

Nicolas Torres
453 Ceresa Ln
Brownsville, TX 78521

Nicole & Jonathan Vogel
26 San Carlos Ave
Jefferson, LA 70121

Nisa Chimnai
1210 Ferndale Dr
El Lago, TX 77586

Nolberto Cortez
429 Manshir Cir
Edinburg, TX 78539

Nora Cazares
326 Collado Dr
Laredo, TX 78045

Octavio Murguia Diaz
313 N 11th St
McAllen, TX 78501

Odalis Alvarado
416 Minter St
Uvalde, TX 78801

Ofelia Trejo
334 Fair Ave
San Antonio, TX 78223


Olivia Jones
5105 Westcliff Road
Killeen, TX 76543


Omar Turner
2207 Lewis Trail
Grand Prairie, TX 75052


Orfelinda Balderas
3211 Nabors Road
Mission, TX 78574


Orlando Gutierrez
6822 Crosstimbers Drive
Corpus Christi, TX 78413


Orvin Williams
2408 Sail Port Street
Pearland, TX 77584


Oscar Gracia
1606 W Israel Ave
Alton, TX 78573


Oscar Joseph
5163 St Anthony Ave
New Orleans, LA 70122


Oscar Villarreal
4825 Kostoryz Rd
Corpus Christi, TX 78415

Pablo Longoria
416 Beech Ave
Donna, TX 78537


Patricia Martinez
38 Atlantic Ave
Brownsville, TX 78521


Patricia RAMOS
404 Mountain View Dr
Del Rio, TX 78840


Patricio Ramos
511 Diaz St
Uvalde, TX 78801


Patsy Barnes
7921 Dorsett Dr
New Orleans, LA 70128


Paul J Walker
6113 Creekhaven Drive
Mesquite, TX 75181


Paul Stone
3503 Viburnum Dr
Wylie, TX 75098


Paul Walker
2101 Crawford Dr
Mesquite, TX 75149


Paulo Villarreal LST
558 Gilbert Ln
San Antonio, TX 78213

Pedro Amador
933 Pueblo Ct
Brownsville, TX 78526


Pedro Conde
411 W Raymond Ave
Raymondville, TX 78580


Penny Schmidt
5220 Pork Chop Drive
Fort Worth, TX 76126


Pepe Navarro
1655 Nantucket St
Deltona, FL 32725


Pete Alvarez
128 Fenley St
Uvalde, TX 78801


Petra Garcia
851 Iowa Ave
Mercedes, TX 78570


Phillip Ulibarri
2950 Kerri Elizabeth
San Antonio, TX 78237


Photthasith Sirimanotham
6049 Tarafaya Drive
Corpus Christi, TX 78414


Rachael Settles
6645 Vista View Drive
Woodway, TX 76712

Rafael Flores Malave
2202 Lava Lane
Killeen, TX 76549


Rafael Martinez
211 Shasta Avenue
San Antonio, TX 78221


Rafael Ramirez
1604 Rock Quarry Rd
Crystal City, TX 78839


Rafael Ramos Valencia
766 W PALMA VISTA DR
PALMVIEW, TX 78572


Ralph Martinez
556 W Mayfield Blvd
San Antonio, TX 78211


Ramiro Rodriguez
204 E Leticia St
San Juan, TX 78589


Ramona Ramirez
555 Gettysburg Road
San Antonio, TX 78228


Randy Cheramie
145 Danos St
Raceland, LA 70394


Raquel Pantoja
3207 Fontenay Park
San Antonio, TX 78251

Raven Reese
417 Cherrywood Dr
Gretna, LA 70056


Ray Ramirez
15803 Heidelberg Drive
LaCoste, TX 78039


Raymond Charles Jr.
3600 Aspen Drive
Harvey, LA 70058


Raymond Weber
7008 Ridgefield Dr
New Orleans, LA 70128


Raymundo Espinoza
1831 West Poplar Street
San Antonio, TX 78207


Ra'Jard Roberts
513 Olympia St
DeSoto, TX 75115


Rebecca Brockhaus Denham
1324 Perrin Dr
Arabi, LA 70032


REBECCA JOHNSON
745 E Dartmouth Ln
Deer Park, TX 77536


Reddy Kuravalapalli
3203 Morris Lane
Melissa, TX 75454

Rene Montemayor
3520 Pinder Ave
Laredo, TX 78041


Revolution
522 N 1120 E
Orem, UT 84097


Reynaldo Demesa
7815 Abbey Place
San Antonio, TX 78218


Ricardo Carbajal
3621 Rosalva Ave
McAllen, TX 78503


Ricardo Gutierrez
1840 Rebecca Ln
Eagle Pass, TX 78852


Richard Barnett
3016 ENCINO DR
FORT WORTH, TX 76116


Richard Gaspard
5012 Towering Oaks Ave
Marrero, LA 70072


Richard Leanna
5835 Sun Farm
San Antonio, TX 78244


Richard Taylor PT
1916 Prospect Street
Houston, TX 77004

Richard Teague
1514 Lindenwood Dr
Orange, TX 77630


Ricky and Sharletta Lawton
1354 Ann Arbor Avenue
Dallas, TX 75216


Ricky Rodriguez
8719 Bridington
San Antonio, TX 78239


Rigoberto Garcia
4625 CHRISTIE ST
CORPUS CHRISTI, TX 78415


Rob Allen & Melissa Ibey
19117 Pencil Cactus Drive
Pflugerville, TX 78660


Robert Hart
5818 Freemans Farm Street
San Antonio, TX 78233


Robert Huebel
111 Pine Street
Arlington, TX 76011


Robert Lomas
111 Crestline Dr
Del Rio, TX 78840


Robert Mackey
1337 Bull Horn Loop
Round Rock, TX 78665

Robert Skinner
4305 Llano Ct
Midland, TX 79707


Robert Sowah
7024 Pickford Ct
Arlington, TX 76001


Robert Thompson
1408 S Dallas St
Midland, TX 79701


Robert Trevino
618 W F AVE
KINGSVILLE, TX 78363


Roberto Martinez
3404 Sunset Valley Dr
Donna, TX 78537


Roberto Renteria
5950 Paso Real Dr
Brownsville, TX 78521


Robin Shapiro
5430 N Rampart St
New Orleans, LA 70117


Rochelle Odon
5767 Campus Boulevard
New Orleans, LA 70126


Roderick F. Jimenez
5322 Santa Cruz St
San Antonio, TX 78228

Rodolfo Campos
12417 Trailing Oaks Street
Live Oak, TX 78233

Rodolfo Juarez
401 Jolley Street
Uvalde, TX 78801

Ronald Victor
206 FOURTH ST
SAINTROSE, LA 70087

Ronnie Milford
2726 Red Bluff Ramp Rd
San Angelo, TX 76904

Roque Gonzalez
1111 Veterans Memorial Blvd
Kenner, LA 70062

Rosa Maria De Llano
317 Belaire Dr
Laredo, TX 78041

Rosa Rauda
5500 Feliciana Drive
New Orleans, LA 70126

Rosa Sosa
6811 Martinique Dr
San Antonio, TX 78227

Rosalinda Olveda
610 Anthem Ln
New Braunfels, TX 78132

ROSE CARROLL
398 Sharon Ln
Willis, TX 77378


Rosemarie Green
1747 Jacobin St NW
Palm Bay, FL 32907


Rosemarie Solomon
5901 N Derbigny St
New Orleans, LA 70117


Rosie Lopez
2718 Purdy Ct
Laredo, TX 78046


Roxanne Zachary
1230 Continental Dr S
Pleasanton, TX 78064


Ruben Valle
6501 Ranch Ave.
Midland, TX 79705


Rufina Alvarez
1530 West Washington Street
Denison, TX 75020


Ryan & Alice Rhodes
4 Birch Circle Unit CL
Uvalde, TX 78801


Ryan Bourgeois
2620 Cascade Dr
Marrero, LA 70072

Ryan Clements
41185 Lakeway Cove Ave
Gonzales, LA 70737


Ryan Fey
67716 Ring Neck Dove Dr
Covington, LA 70433


Ryan Forehand
128 West 58th Street
Cut Off, LA 70345


Salvador Delgado
1054 Webster St
Eagle Pass, TX 78852


Salvador Hernandez
2874 Quail Crossing
Seguin, TX 78155


Samantha Garcia
344 Boise Ct
Brownsville, TX 78526


Samantha Ramirez
3212 Grotto Dr
Brownsville, TX 78526


Sammy Shannon
300 County Road L
Kress, TX 79052


Samuel Escobar
2505 South Sevilla Street
Pharr, TX 78577

Samuel& Cynthia Gamboa Derate
306 Menlo Boulevard
San Antonio, TX 78223


San juanita Portillo de sanchez
216 Nicolas Lopez St
Rio Grande City, TX 78582


Sanjauna & Jesse Mesa
7911 Chaps Drive
San Antonio, TX 78227


Santa Concepcion
1034 North 2nd Street
Raymondville, TX 78580


Santiago Chavez III
3508 Eduardo E Hayes Rd
Laredo, TX 78046


Santos Flores
2738 Meadow View Dr
Brownsville, TX 78526


Sara Caldwell
12803 El Sendero St
San Antonio, TX 78233


Sara Garner
1934 Ridge Park Drive
San Antonio, TX 78232


Sara vite Callaway
1421 Basin St
Harlingen, TX 78550

Sarah & Jesse St. John
11 Mayborough Court
Spring, TX 77382


Sarah London
61 Grand Canyon Dr
New Orleans, LA 70131


Sarah Pavageau
7005 Asher Street
Metairie, LA 70003


Saul & Brandon Alday
701 East Edwards Street
Crystal City, TX 78839


Saul & Dennica Huerta
1411 Crow Ct
San Antonio, TX 78245


Saul Urdiales
6509 Brushy Creek Drive
Killeen, TX 76549


Sean Buck
2610 Starlight Court
San Antonio, TX 78261


Sean Fehrenbacher
15323 Night Heron
San Antonio, TX 78253


Sergio Nunez
117 Coahuila Loop
Laredo, TX 78045

Sergio Perales
560 California Road
Los Fresnos, TX 78566

Shannon Barrera
4410 Dreux Ave
New Orleans, LA 70126

Shannon Callegan
8474 Main St
Sorrento, LA 70778

Shannon Solis
318 Territory Oak
San Antonio, TX 78253

Shanon Menina
2309 S Friendship Dr
Harvey, LA 70058

Shante Moses
330 Cumberland Dr
Slidell, LA 70458

Shari Knippa
112 Tulip Garden Trail
San Marcos, TX 78666

Sharon Johnson & Pearlie Heights
3007 Citron Garden
Converse, TX 78109

Sharon Mccurdy
432 North Dallas Street
Van Alstyne, TX 75495

Shawna-lee Roberts
300 Hawthorn Dr
Nevada, TX 75173

Shawndrica Hadley
5301 Edenboro Rd
New Orleans, LA 70127

Sheila Cabrera
441 Colorado Drive
San Benito, TX 78586

Shelbi & William Griffin SD
14415 BRIARMIST ST
SAN ANTONIO, TX 78247

Shemane Pepe
5310 Warrington Dr
New Orleans, LA 70122

Shenyarai Pellerin
7523 1st Lake Dr
Slidell, LA 70461

Sherwina McGuire
2620 Madrid St
New Orleans, LA 70122

Shonta Lubin
757 Gold Finch Wy Moss
Bluff, LA 70611

SIMONETTA MCKENZIE
4000 Gainer Ct
Hutto, TX 78634

Small Business Administration
10737 Gateway West #300
El Paso, TX 79935


Sofia Lopez
2025 Virginia Boulevard
San Antonio, TX 78203


Solar Integrated Roofing Corporation
3101 N Central Ave, Suite 760
Phoenix, AZ 85012


Soledad Garcia de Rodriguez
11761 Jones St
La Sara, TX 78561


Sonny Cormier
1917 George Dr
Opelousas, LA 70570


Sourisak Sakdarak
2402 Bay Wind Drive
Corpus Christi, TX 78414


Spartan Renovations, LLC
420 Metairie Hammond HWY
Metairie, LA 70005


Stephanie Gutierrez
1203 Red Rock Ranch
San Antonio, TX 78245


Stephen Hui
2305 McGregor Ln
Cedar Park, TX 78613

Stephen Sallinger
2117 Stumpf Blvd
Terrytown, LA 70056


Stephen White
1511 SPRINGHOUSE ST
SAN ANTONIO, TX 78521


Stephen Zwahr
7516 Cherrybark Oak Dr
Gonzales, LA 70737


Sterling Stewart
2589 Lonesome Creek Trail
New Braunfels, TX 78130


Steve Maccallum
321 Long Hill Dr
Sulphur, LA 70665


Steven & Dorthea Goodson
5314 Siltstone Loop
Killeen, TX 76542


Steven Strait
1300 Angel Fire Drive
Wylie, TX 75098


Sun Source
10000 Ranch Hand Ave
Las Vegas, NV 89117


Susan Alvarez
500 White Wing Way
Round Rock, TX 78664

Susan Donahue
67173 Locke St
Mandeville, LA 70471


Susan Oliver
4619 Briardale Street
San Antonio, TX 78217


Suzan Moore
5834 Ivans Farm
San Antonio, TX 78244


Swen Richter
6500 Welch Avenue
Fort Worth, TX 76133


Sylvia & Ruben Santos
4802 Lord Road
San Antonio, TX 78220


Sylvia Bazan
1629 N 7th St
Harlingen, TX 78550


Sylvia Cardoza
2315 Paseo Encantado
Mission, TX 78572


Tahia Ahmed
2320 Lattimore St
Denton, TX 76209


Taijuan Thomas
130 Yosemite Ln
Terrell, TX 75160

Tameeka Ross
7547 Cherrybark Oak Dr
Gonzales, LA 70737


Tammy & David Kurdupski
885 Pine St
Vidor, TX 77662


TENOLAN & ASHLEY FINLEY
12523 Crathie Dr
Atascocita, TX 77346


Teresa Cleborne
1011 Magnolia Hill
San Antonio, TX 78251


TERRIE GUTIERREZ
643 Mc Dougal Avenue
San Antonio, TX 78223


Terry Taylor
1111 Trinidad Street
Beaumont, TX 77703


Tesla
1 Tesla Road
Austin, TX 78725


Thalia Williams
4507 Secretariat Drive
Killeen, TX 76549


The Law Office of Carter H. Thompson
9105 Bell Mountain Drive
Austin, Texas 78730

Theresa Walls
5831 Providence Pl
New Orleans, LA 70126


Thomas Connor
1420 Vía Quijano Lane
El Paso, TX 79912


Thomas Grafton
2205 Brighton Pl
Harvey, LA 70058


Thomas Ramsbottom
7609 Calhoun Cove
McKinney, TX 75071


Thora Pacquette
412 Holstein Dr
Belton, TX 76513


Tiffany Logan
3515 Piedmont Drive
New Orleans, LA 70122


Tiffany Ruffin
184 Radcliffe Dr
Lafayette, LA 70501


TIM AND KIM DAVENPORT
2111 Oakwood Dr
Lake Jackson, TX 77566


Timothy Molinere
1581 Montegut Rd
Montegut, LA 70377

Tom Maritim
1813 Sundown Drive
Killeen, TX 76543


Tonia Baker
817 Rupp St
Gretna, LA 70053


Tony  Billiot
56669 Fiebelman St
Slidell, LA 70458


TRAVIS MELLAND
1002 Lakeshore Blvd
Little Elm, TX 75068


Travis Taylor
935 Magdalena Street
Sulphur, LA 70663


Travis Williamson
348 Edgehill Drive
Pleasanton, TX 78064


Tremell Withrow
781 Terry Pkwy
Terrytown, LA 70056


Tresa & Kevin Burns
2807 Antelope Street
Vernon, TX 76384


Trevor Booth
8922 Silent Cross
San Antonio, TX 78250

Tricia Boutte
1209 Kingswood Dr
Westwego, LA 70094


Tristin Turner
3016 Ottaviano Way
Hutto, TX 78634


Troave Profice
5502 Wingate Dr
New Orleans, LA 70122


TRUONG DANG
654 rue saint michael
Terrytown, LA 70056


Twandesha Denis
3128 Two Sisters Wy
Pensacola, FL 32505


Tyler Clouatre
3310 River Park
Addis, LA 70710


Tyler Smith
1523 Bradney Dr
Houston, TX 77077


Ubaldo  Melendez
9230 Florida Rd
Brownsville, TX 78521


Urban Chupe
217 West Longview Street
Corpus Christi, TX 78408

Uribe Villegas
15011 Mandarin Crossing
Pflugerville, TX 78660


Uros Ceglaj
16333 Vance Jackson Rd #2325
San Antonio, TX 78258


Valero
1 Valero Way
San Antonio, TX 78249


Valorie Rodriguez
1102 Mount Eden Drive
San Antonio, TX 78213


Velna Reinwald
239 Mc Dougal Avenue
San Antonio, TX 78223


Verizon
PO Box 3397
Bloomington, IL 61702


Veronica Martinez
9228 Alaska Rd
Brownsville, TX 78521


Vicente Sanchez
110 Un Amor Ct
Del Rio, TX 78840


VICTOR BELLO PT
11910 Hendon Ln
Houston, TX 77072

Victor Carlos Perez
2013 Harriett Dr
Corpus Christi, TX 78416


Victor Cohea
4618 Good Dr
New Orleans, LA 70127


Victor Melendez
1138 Seven Iron Way
San Antonio, TX 78221


Victor Valero
9010 Cliff Dr
Laredo, TX 78045


Victorico Juarez
5000 Glade St
Fort Worth, TX 76114


Victorina Gamez de Urrutia
9725 Alaska Rd
Brownsville, TX 78521


Viviana Caballero
6917 Molinos Dr
Laredo, TX 78043


Vivint, Inc.
4931 and 4907 N 300 W
Provo, UT 84604


Wallace Dimery
6505 Rein Drive
Killeen, TX 76542

Wanda Richard
542 Warrington Dr
New Orleans, LA 70122


Wanda Scott
3235 Vineyard Trail
Harker Heights, TX 76548


Wayne Monte
2649 Seagull Dr
Marrero, LA 70072


Wayne Taylor
2017 General Taylor
New Orleans, LA 70115


Welton Lawrence
2329 WESTMERE ST
HARVEY, LA 70058


Wesco Distribution, Inc
306 E Nakoma St
San Antonio, TX 78216


Wilford Brooks
7580 Cherrybark Oak Dr
Gonzalez, LA 70737


William & Rhonda Chancellor
1355 Meadowlark
Pleasanton, TX 78064


William Richard Davis
1341 Andante Drive
Fort Worth, TX 76134

William Sawyer
219 East 29th Street
San Angelo, TX 76903


William Sturges
318 Blanco Avenue
Luling, TX 78648


Willie Turner
2144 Law Street
New Orleans, LA 70119


Wilma Weaver
5404 Church Street
Orange, TX 77632


Woodrow Randall
11141 N Forest Park Ct
New Orleans, LA 70128


Xavier & Gloria Hernandez
2503 Southwest 21st Street
San Antonio, TX 78226


Yanely Gutierrez
4 Tabasco Ct
Brownsville, TX 78526


Yareissi Cantu
3202 Los Arcos Cir
Weslaco, TX 78599


Yasmin Pena
311 Deluxe St
Rio Grande City, TX 78582

YESE & CESAR JIMENEZ
5117 Galaxie Road
Garland, TX 75044

Yolanda Rubio Camacho
31591 Pfc Juan G Garza Jr Rd
San Benito, TX 78586

Yolanda Torres
5724 Marlene Drive
Haltom City, TX 76148

Yvette Bowens
2041 Treasure St
New Orleans, LA 70122

Yvette Paysse
2708 Cardinal Dr
Marrero, LA 70072

Zachariah & Marlana Berry
6200 Marble Falls Drive
Killeen, TX 76542

ZACK AND JENNIFER JONES
5217 Leander Way
Midlothian, TX 76065

Zipporah Jennings
3841 Woodbriar Drive
Harvey, LA 70058