

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 30, 2023.**

_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ALTERNATIVE SOLAR, LLC | § | |
| DBA THE ALTERNATIVE SOLAR HOME | § | BANKRUPTCY NO. 23-50062-CAG |
| SOLUTIONS AKA ALTERNATIVESOLAR, LLC | § | |
| | § | |
| DEBTOR | § | |

### FINAL ORDER MOOTING TRUSTEE'S MOTION TO COMPEL TURNOVER OF DEBTOR'S BOOKS AND RECORDS

On this day, the Court has considered the Trustee's *Motion to Compel Turnover of Debtor's Books and Records* (the "Motion"). The Court considered the pleadings, evidence, and argument of counsel, and finds the relief requested in the Trustee's Motion is moot because the Debtor has turned over the requested information and documents to the Trustee. It is therefore

4856-7339-9178, v. 2

**ORDERED** that the Motion and the relief requested therein is hereby **DENIED AS MOOT WITHOUT PREJUDICE** for the reasons stated on the record.

# # #

<u>Prepared and submitted by</u>:

Elliott S. Cappuccio
State Bar No. 24008419
ecappuccio@pulmanlaw.com
Leslie Sara Hyman
Texas State Bar No. 00798274
lhyman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494
(210) 892-1610 (Fax)

**COUNSEL FOR THE TRUSTEE**

4856-7339-9178, v. 2