**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 14, 2023.**



_____
**CRAIG A. GARGOTTA
CHIEF UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS (SAN ANTONIO)

| | |
|---|---|
| **In re:**<br>ALTERNATIVE SOLAR, LLC<br>**Debtor(s).** | **Case No. 23-50062-CAG** |
| Ally Bank,<br>**Movant.** | **Chapter 7** |
| v.<br>ALTERNATIVE SOLAR, LLC<br>**Debtor(s),**<br>JOSE C RODRIGUEZ<br>**Trustee**<br>**Respondent(s).** | |

### ORDER GRANTING ALLY BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On this day came on to be considered the Motion for Relief from the Automatic Stay ("Motion") filed by Ally Bank ("Movant") in the above-referenced case. The Court finds that the

Motion was properly served pursuant to the Federal and Local rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14)-day negative notice language. The Court finds that good cause exists for entry of the following order.

**IT IS THEREFORE ORDERED** that the Motion is hereby **GRANTED** to authorize Movant to enforce all its rights and remedies in the Collaterals as mentioned in TBALE 1, as permitted under contract and State law, and if applicable, to permit Movant to file an unsecured claim for any remaining deficiency balance.

**TABLE 1:**

| Sr. No. | Collaterals |
|---|---|
| 1 | 2020 Chevrolet Silverado 2500HD Extended Cab Work Truck 2WD (VIN 1GB2WLE79LF284281) |
| 2 | 2020 Chevrolet Silverado 3500HD Crew Cab Work Truck 2WD (VIN 1GB4WREY8LF335564) |
| 3 | 2021 Chevrolet Silverado 2500 HD Extended Cab Work Truck 4WD 6.6L V8 (VIN 1GC2YLE70MF263682) |
| 4 | 2022 Ford F-250 XL 2WD Crew Cab 6.75' Box (VIN 1FD7W2A6XNED40595) |
| 5 | 2018 Toyota Tundra Crew Cab SR5 4.6L V8 (VIN 5TFEM5F11JX123046) |
| 6 | 2020 Ram Ram 1500 Crew Cab Rebel 5.7L V8 (VIN 1C6RRELT9LN305981) |
| 7 | 2022 Ford F-250 XL 2WD Crew Cab 6.75' Box (VIN 1FD7W2A64NED53276) |
| 8 | 2019 Ford Transit Connect Extended Passenger Van XL (VIN NM0LS7E21K1400198) |

**IT IS FURTHER ORDERED** that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(a)(3) is waived.

**IT IS FURTHER ORDERED** that this order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

###

Prepared By:

Patrick M. Lynch
State Bar #24065655
Quilling, Selander, Lownds, Winslett
& Moser, P.C.
2001 Bryan St., Suite 1800
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

Attorney For Movant
Ally Bank